## Dorothy Brown
## Clerk of the Circuit Court
## Cook County

Case Information Summary for Case Number
2007-CH-35958

Filing Date: 12/7/2007
Division: Chancery Division
Ad Damnum: $0.00

Case Type: MORTGAGE FORECLOSURE
District: First Municipal
Calendar: 52

**JUDGE MORAN**
**MAGISTRATE JUDGE NOLAN**

### Party Information

**Plaintiff(s)**
CRESCENT CARE

**Attorney(s)**
LATHAM DAVID H
150 N WACKER DR 1400
CHICAGO IL, 60606
(312) 782-1910

**Date of Service**

**Defendant(s)**
TOTAL HOME HEALTH

**Attorney(s)**

### Case Activity

Activity Date: 12/7/2007                 Participant: CRESCENT CARE
MORTGAGE FORECLOSURE COMPLAINT FILED

Court Fee: 294.00                        Attorney: LATHAM DAVID H

Activity Date: 12/7/2007                 Participant: CRESCENT CARE
CASE SET ON CASE MANAGEMENT CALL

Court Date: 4/30/2008                    Judge: QUINN, ROBERT
Court Time: 0930                         Attorney: LATHAM DAVID H
Court Room: 2804

Party: Def.
Ex: A

Please note: Neither the Circuit Court of Cook County nor the Clerk of the Circuit Court of Cook County warrants the accuracy, completeness, or the currency of this data. This data is not an official record of the Court or the Clerk and may not be represented as an official court record.

If data does not appear in a specific field, we likely do not have the responsive data in our master database.

Return to Search Page