JUDGE MORAN
MAGISTRATE JUDGE NOLAN

08 C 127

## Affidavit

I, Alan Porter Kirk, first being duly sworn on oath depose and state that if called to testify at trial or hearing, I could competently testify to the following facts of which I have personal knowledge:

1. My name is Alan Porter Kirk. I am employed by Total Home Health, Inc. (hereinafter referred to as "Total") as its Vice-President. Total is located at 780 Sth McLean Blvd., Elgin, IL 60123. Total is a durable medical equipment company involved providing a variety of home medical services and equipment such as oxygen, oxygen equipment and other related supplies. Attached to this affidavit are select pages from the contract that was accepted by the Department of Veterans Affairs (hereinafter referred to as the "VA") on May 17, 2007 by Michael J. Cunningham for the Contracting Officer at the time namely Mary N. Skladanek. The current Contracting Officer at the VA which Total reports to is Ms. Carol Murphy or her designee, Mr. Jon Ohnesorge. The select pages from VA contract no. VA 69D-PC-0105 are pages: 1 and each of pages 45 through 85, consecutively (attached as Ex. APK, 1). Pages 45 through 85 contain the Part II Scope of Contract and Statement of Work as well as the Part III Contract Terms and Conditions. Parts II and III are standard terms that every bidder on the contract would have had to comply with.

2. The complete contract is 130 pages long and is currently involved in an Administrative Objection Proceeding regarding a FOIA (ie Freedom of Information Act) request to the VA which seeks information on RFP 69D-226-06 that was initiated by attorney Anthony J. Jacob. An "RFP" is a "Request for Proposal". RFP 69D-226-06, upon acceptance,

1

Party: Def.

Ex: D

became VA 69D-PC-0105 which is the VA contract at issue in the Plaintiff's cause of action and Total's Notice of Removal (see Ex. APK, 1 at pp.1, boxes 2 and 5).

3. Total is resisting the FOIA, as was presented to Total by Pamela Gerstner, GLAC FOIA Officer. Pamela Gerstner's July 10, 2007 letter is two pages long and contains the two page FOIA Request from attorney Anthony J. Jacob of Hinshaw & Culbertson (attached as Ex. APK, 2). Total is resisting the Jacob's FOIA request, for the reasons set forth by Total's attorney attached at Ex. APK, 3 (Ex. APK, 3 contains the affidavits of myself Alan P. Kirk and of Total's Chief Operating Officer R. Scott Hughes). The exchange of information under Exs. APK, 2 and 3, reflects the nature of the relationship, in the context of 28 U.S.C. § 1442(a)(1), between the VA officers and Total, in that Total takes direction from and reports to the VA in order comply with its contractual obligations; and, the VA obtains information from Total in order to comply with the VA's governmental obligations. The FOIA proceedings demonstrate that it is acting under a federal officer of the VA by Total's providing the basis for the VA officers to determine whether a "(b)(4)" exemption can be invoked against Anthony J. Jacobs May 24, 2007 FOIA request *which is directed to the VA*. Pamela Gerstner's July 10, 2007 letter at par. 3 denotes that the information provided by Total "was not a 'voluntary submission' but was 'required' to be submitted in order to participate in the RFP process. The outcome of the "(b)(4)" objection proceeding is not yet known to the undersigned. In the event that discovery arises that requires full disclosure of the VA 69 D-PC-105 contract and the documentation which formulated its predecessor solicitation known as RFP 69D-226-06, then Total will seek an appropriate protective order in order to protect the company's commercial and

2

proprietary interests as it has previously done under the authority of VA officer Pamela Gerstner.

4. In terms of the day to day reporting and activities of the contract wherein Total acts under federal officers of the VA this arises currently under Ms. Carol Murphy, VA contracting officer (ie "CO" as is referred to throughout Ex. APK, 1) who has as her subordinate Mr. Jon Ohnesorge, VISN 12 Quality Assurance, Home Respiratory Program. The undersigned is on the telephone on a daily basis speaking about adjustments to forms, complaint procedures, and methods to better serve the Veterans through methods of quality assurance. On a daily basis Total submits Daily Action Reports (ie DARs) to the VA's Contracting Officers Technical Representative for all VA contact as arises in the VISN 12 area (examples of which are attached at Ex. APK, 4, containing a 13 page fax that contains a sample of the DARs that Total sends into the VA Contracting Officer Technical Representative with pages 8, 10 and 12 containing Totals' confirmation log proving that a DAR was sent. Due to privacy concerns I have had my attorney redact the information in the columns reflecting "Last Name Initial" and "Last 4"). Pps. 59- 61 of Ex. APK, 1 illustrates the breadth of the VA's and Total's obligations to service this country's veteran population, in the VISN 12 area, as outlined in "Part II Scope of Contract and Statement of Work", see Ex. APK, 1 at pp. 45 and continuing through pp. 85.

5. Ex. APK, 1 at pp. 45 at B.1.a. provides: "The contract shall be for the actual requirements of the VA as ordered by the VA during the life of the contract. The Contracting Officer's Technical Representative (COTR) or designee will provide the contractor with notification   to initiate individual beneficiary service requirements,

3

including the beneficiary's oxygen prescription, equipment, supplies, and services to be provided including date and place of delivery, the contractor will confirm receipt of the request immediately upon notification; the COTR or designee will also provide notification if VA owned equipment is provided; the COTR or designee will also provide notification of VA initiated discontinuance of service.  The notification may be made orally, but will be confirmed in writing or fax on the same day.  The written documents will include the authorizing official's signature." Part III, at pp. 66 , par. (q), of the contract also reflects that "The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.".

6. Ex. APK, 1 pp. 45 at B.1a. makes clear that the manner by which Total operates under its VA contract shall be "... as ordered by the VA...".  From a day to day operating standpoint, the contract is operated based on the orders which Total receives from the VA officers as they arise from Ms. Carol Murphy, CO, or her designee, Mr. Jon Ohnesorge, whose title is VISN 12 Quality Assurance, Home Respiratory Program or through the input of the daily DARs which Total sends to the COTR to document its compliance (see the columns "Task", "Assigned To", "Date Completed" and "Notes").  Similarly, the undersigned is in daily conversations with the Mr. Jon Ohnesorge in order to ensure compliance and improved quality control with the VA's orders.

By: *Alan Porter Kirk*

Alan Porter Kirk, Vice President of
Total Home Health, Inc.

**FURTHER, AFFIANT SAYETH NAUGHT AT THIS TIME.**
SUBSCRIBED AND SWORN TO before me this
day of December 2007

*Elizabeth Mercado Dunof*

"OFFICIAL SEAL"
ELIZABETH MERCADO-DUENAS
Notary Public, State of Illinois
My Commission Expires  04/18/11

4

| SOLICITATION/CONTRACT/ORDER FOR COMMERCIAL ITEMS *OFFEROR TO COMPLETE BLOCKS 12, 17, 23, 24, & 30* | | 1. REQUISITION NUMBER Amendment No. 04 | | PAGE 1 OF 130 |
|---|---|---|---|---|

| 2. CONTRACT NO. VA69D-PC-0105 | 3. AWARD/EFFECTIVE DATE 6/1/07 | 4. ORDER NUMBER N/A | 5. SOLICITATION NUMBER 69D-226-06 | 6. SOLICITATION ISSUE DATE 06/28/06 |
|---|---|---|---|---|
| 7. FOR SOLICITATION INFORMATION CALL: ▶ | a. NAME Mary N. Skladanek | | b. TELEPHONE NUMBER (*No collect calls*) (414) 902-5413 | 8. OFFER DUE DATE/ LOCAL TIME 11/15/06, 4P (local) |

9. ISSUED BY:  CODE 69D/GLAC

Department of Veterans Affairs
Great Lakes Acquisition Center
5000 West National Ave. Building 5
Milwaukee WI 53295-0005

10. THIS ACQUISITION IS
☒ UNRESTRICTED OR  ☐ SET ASIDE          % FOR

☒ SMALL BUSINESS          ☐ EMERGING SMALL BUSINESS

NAICS: 532291          ☐ HUBZONE SMALL BUSINESS

SIZE STANDARD $6.5 Million          ☐ SERVICE-DISABLED VETERAN-OWNED SMALL BUSINESS          ☐ 8(A)

| 11. DELIVERY FOR FOB: DESTINATION UNLESS BLOCK IS MARKED ☒ SEE SCHEDULE | 12. DISCOUNT TERMS: 2% Net 20 | ☐ 13a. THIS CONTRACT IS A RATED ORDER UNDER DPAS (15 CFR 700) | 13b. RATING N/A 14. METHOD OF SOLICITATION ☐ RFQ   ☐ IFB   ☒ RFP |
|---|---|---|---|
| 15. DELIVER TO: SAME AS BLOCK 9 | CODE 69D | 16. ADMINISTERED BY: SAME AS BLOCK 9 | CODE 69D |

| 17a. CONTRACTOR/ OFFEROR | CODE | FACILITY CODE | 18a. PAYMENT WILL BE MADE BY | CODE |
|---|---|---|---|---|
| Total Home Health, Inc 780 S McLean Blvd Elgin IL 60123 Phone: 800-834-4234  DUNS No. | | | see pages 3-4   NOV 27 2006 PM 03:44 | |

TELEPHONE NO._____  DUNS NO._____

☐ 17b. CHECK IF REMITTANCE IS DIFFERENT AND PUT SUCH ADDRESS IN OFFER

18b. SUBMIT INVOICES TO ADDRESS SHOWN IN BLOCK 18a UNLESS BLOCK BELOW IS CHECKED ☒ SEE ADDENDUM

| 19. ITEM NO. | 20. SCHEDULE OF SUPPLIES/SERVICES | 21. QUANTITY | 22. UNIT | 23. UNIT PRICE | 24. AMOUNT |
|---|---|---|---|---|---|
| | Home Oxygen/HME Supplies & Services VISN 12 | | | see pages 4-44 | see pages 4-44 |
| | | | | Party: D. Total Ex: APk. 1 | |
| | 38 USC 8153 | | | | |
| | (*Use Reverse and/or Attach Additional Sheets as Necessary*) | | | | |

| 25. ACCOUNTING AND APPROPRIATION DATA Obligate on 1358 and/or individual orders | 26. TOTAL AWARD AMOUNT (*For Govt. Use Only*) EST. $ 1,500,143.50 |
|---|---|

☒ 27a. SOLICITATION INCORPORATES BY REFERENCE FAR 52.212-1, 52.212-4. FAR 52.212-3 AND 52.212-5 ARE ATTACHED. ADDENDA ☒ ARE ☐ ARE NOT ATTACHED
☐ 27b. CONTRACT/PURCHASE ORDER INCORPORATES BY REFERENCE FAR 52.212-4. FAR 52.212-5 IS ATTACHED. ADDENDA ☐ ARE ☐ ARE NOT ATTACHED

☒ 28. CONTRACTOR IS REQUIRED TO SIGN THIS DOCUMENT AND RETURN TWO (2) COPIES TO ISSUING OFFICE. CONTRACTOR AGREES TO FURNISH AND DELIVER ALL ITEMS SET FORTH OR OTHERWISE IDENTIFIED ABOVE AND ON ANY ADDITIONAL SHEETS SUBJECT TO THE TERMS AND CONDITIONS SPECIFIED HEREIN.

☐ 29. AWARD OF CONTRACT: REF _____ OFFER DATED _____. YOUR OFFER ON SOLICITATION (BLOCK 5), INCLUDING ANY ADDITIONS OR CHANGES WHICH ARE SET FORTH HEREIN, IS ACCEPTED AS TO ITEMS:

| 30a. SIGNATURE OF OFFEROR/CONTRACTOR *Alan P Kirk* | 31a. UNITED STATES OF AMERICA (SIGNATURE OF CONTRACTING OFFICER) *Michael D. Cunningham* |
|---|---|
| 30b. NAME AND TITLE OF SIGNER (*Type or print*) Alan P Kirk | 30c. DATE SIGNED 11/25/06 | 31b. NAME OF CONTRACTING OFFICER (*Type or print*) for Mary N. Skladanek | 31c. DATE SIGNED 5/17/07 |

AUTHORIZED FOR LOCAL REPRODUCTION
PREVIOUS EDITION IS NOT USABLE

STANDARD FORM 1449 (REV. 3/2005)
PRESCRIBED BY GSA – FAR (48 CFR) 53.212

## PART II SCOPE OF CONTRACT AND STATEMENT OF WORK

### A.    GENERAL

### 1. AWARD OF CONTRACT

a. One award (all of VISN 12) but no more than two awards (northern and southern tiers) will be made to the JCAHO-accredited vendor(s) whose offer meets all of the Governments requirements and represents the best value to the Government considering price and technical factors. The contract will result in a firm-fixed-price requirements contract for a period of one year with four additional one-year performance periods (exercised at the discretion of the government).

### B.    SCOPE OF WORK

### 1. HOME OXYGEN & HME

a. From time-to-time, the number of veterans being served by this agreement will change. VISN 12 currently serves estimated 2665 oxygen-using patients. The volumes or amounts shown in the solicitation are estimates only and impose no obligation on the VA either minimum or maximum. The contract shall be for the actual requirements of the VA as ordered by the VA during the life of the contract. The Contracting Officer's Technical Representative (COTR) or designee will provide the contractor with notification to initiate individual beneficiary service requirements, including the beneficiary's oxygen prescription, equipment, supplies and services to be provided including date and place of delivery, the contractor will confirm receipt of the request immediately upon notification; the COTR or designee will also provide notification if VA owned equipment is provided; the COTR or designee will also provide notification of VA initiated discontinuance of service. The notification may be made orally, but will be confirmed in writing or fax on the same day. The written documents will include the authorizing official's signature.

b. Home Oxygen – Clinician's orders for home oxygen, use of home-based life support systems (e.g., ventilators), and related respiratory equipment (PAP devices, suction machines, nebulizers and compressors) are processed through the Prosthetics and Sensory Aids Service (PSAS) of the medical centers located in VISN 12. Initiation of treatment, delivery and pick-up of equipment and resolution of problems related to equipment or patient care are under the direction of PSAS at each VA location. The Plan of Service must be developed by the contractor's Respiratory Care Practitioner (RCP), in accordance with the Plan of Care and the appropriate clinical staff at each VA. No alteration to the prescription will be permitted without written prior approval of the Contracting Officer's Technical Representative (COTR) or the COTR's designated representative.

c. Home Medical Equipment (HME) – The purpose is to provide prescribed HME to patients of the Department of Veterans Affairs (DVA) at their residences. The contractor shall furnish all necessary labor, materials and equipment to assemble, deliver, pick-up, clean, repair, and store HME as well as Respiratory Equipment to include patient education and preventive maintenance inspections (PMI) (as requested)on specified equipment.

### (I) DEFINITIONS:

(a) PLAN OF CARE – A plan based on data gathered during patient assessment that identifies the patient's care needs, lists the strategy for providing services to meet those needs, documents treatment goals and objectives, outlines the criteria for terminating specified interventions, and documents the individual's progress in meeting specified goals and objectives in conjunction with the Prosthetic Electronic Consult/Request.

(b) PLAN OF SERVICE – A plan to identify patient problems with equipment, compliance, goals and the approach for corrective action.

d. All issuing and follow-up care provided under this contract shall be provided in accordance with all current JCAHO standards with compliance to all current National Patient Safety Goals. CONTRACTOR (AND ANY/ALL SUBCONTRACTORS) MUST BE JCAHO ACCREDITED FOR HOME CARE and must maintain this certification for the duration of the contract. If the contractor is re-surveyed by JCAHO during the contract term, the contractor shall notify the Contracting Officer of survey dates, the outcome of the survey, and provide copies of

new certificates as issued. Prior to contract award, the contractor's facilities may be inspected by the VA. This will also apply to any/all subcontractors and will be monitored by the contractor for compliance. COTR will be notified if subcontractor(s) is utilized.

e. The contractor shall treat all veterans with compassion, dignity and respect while adhering to patient confidentiality in the performance of this contract that is consistent with the VA Mission Statement. It is of the utmost importance that the highest level of professionalism be demonstrated when veteran/caregiver contact is made. Veterans served by this contract have significant physical disabilities and/or chronic illnesses, which influence their lifestyle and behavior. The service by the contractor must clearly show a commitment to courtesy and concern to the veteran by all personnel concerned in the furnishing of services as specified under the terms of this contract. The contractor must incorporate age specific competencies in all employees' job descriptions that come in contact with any veteran/caregiver affected by this contract.

f. The contractor's comprehensive procedure manual shall become part of this contract and be provided to each COTR prior to execution of the contract. The manual shall include but is not limited to delivery/set up, infection control, safety, rights and responsibilities, inventory, employee training and annual competency assessment records, primary source verification of state licensed employees (prior to visiting VA patients), performance improvement, etc. The contractor shall be required to have a DO NOT RESUCITATE (DNR) policy in accordance with State Regulations. A copy of the DNR policy shall also become part of this contract.

g. The contractor and their representatives shall neither directly nor indirectly make recommendations/comments to patients with respect to the services being provided to the VA under this contract. The contractor shall refrain from discussing decisions to repair/replace items of equipment or any services not specifically delineated in this contract to patients. Any concerns raised by the patient/caregiver outside the scope of this contract regarding services provided shall be addressed to the appropriate Prosthetics COTR for resolution.

h. Before entering a patient's home, the contractor's representative(s) shall present a picture identification card/badge to the patient/primary caregiver and verbally identify themselves. The contractor's representative(s) shall ask permission to enter the home. All costs associated with obtaining cards/badges are the contractor's responsibility.

i. Only the Contracting Officer (CO) and the COTR or designee has authority to initiate or discontinue individual patient services under this contract. Upon notice of termination of services, the contractor shall remove all equipment from the veteran's home as stated in the specifications. All billings shall cease at the time the order was sent and shall be prorated for the period of time actually used.

j. Home visits will be scheduled at a minimum of 15 annually, by each VISN 12 facility, of the patients on home respiratory care for contract compliance. These random home visits are necessary to provide quality assurance for continuity of care. A written report shall be provided to the contractor approximately five working days after the visits. The contractor will have five working days after the receipt of the VA report to respond to any discrepancies in the report.

k. Periodic, unscheduled on-site contractor visits will be made by COTR or designee to monitor the contractor's performance under this contract. The contractor agrees to make available all records and documentation necessary during the visits. The COTR will perform (2) unannounced contractor visits each calendar year to inspect the contractor's facility and review records to ascertain the contractor's compliance with the performance requirements of this contract. A written report of each inspection shall be submitted to the contractor within (7) seven working days of the completed inspection. The contractor will have (7) seven working days after the receipt of the VA report to respond to any discrepancies in the report.

l. VISN 12 hours of operation at all facilities are 8:00 a.m. to 4:30 p.m.

C.    **GEOGRAPHICAL SERVICE AREA**

1. This contract includes providing for the Home Oxygen Service and Home Medical Equipment needs of VISN12 VA Medical Center patients. While the vast majority of these patients reside with in the Zones described in Table II

located at the end of the Statement of Work, an occasional patient may require services covered under this contract that resided outside the designated zones. In such case the VA requests the services be provided under this contract and the rate is negotiable taking distance into consideration.

## D.    EQUIPMENT REQUIREMENTS

### 1. DELIVERY OF HOME OXYGEN AND HME

a. Contractor shall deliver and set up new and reissued HME and oxygen equipment and accessories within the patient's residence in accordance with requirements of this contract. Contractor will also provide and document patient education on the safe use of the HME and Respiratory equipment.

b. The price of all Contractor-provided equipment under this contract shall include delivery, set-up and education within all zones as indicated under the geographical area section of this contract.

c. If the contractor is unable to locate patients due to change of address, or for any another reason, the contractor personnel should immediately contact the appropriate COTR or designee for further instructions.

d. The contractor shall be responsible for contacting the veteran to schedule a time that is convenient for the veteran/caregiver to accomplish required service. Should the contractor be unable to keep scheduled appointments for service, the patient shall be advised at least two (2) hours prior to the appointment time. If arrangements for deliveries could not be accomplished with the three (3) working day time frame, other than at the patient's request, the appropriate prosthetic activity shall be notified in writing via fax or invoice.

e. Refusal of service - All beneficiaries has the right of refusal of service. In the event a beneficiary refuses service or orders the equipment to be removed from the home, the Contractor shall comply with the beneficiary's wishes, however in addition to a written report; the Contractor shall report the specifics of the refusal to the COTR by telephone within 1 hour. If the refusal occurs during a home visit, the Contractor's staff shall make an attempt to notify the COTR or designee of the refusal during the home visit.

f. All reissued HME or oxygen equipment delivered shall be cleaned/sanitized/disinfected by approved methods and shall be in first-class operating condition in accordance with the manufacturer's recommendations. In the event that a piece of unserviceable HME or oxygen equipment is delivered or the delivery is incomplete as determined by the COTR or designee, (i.e., all components not delivered) subsequent trips shall be made without additional cost to the government. Subsequent trips must be made within 1 day of the COTR or designee's incomplete determination.

## E.    PROCEDURES FOR PLACING ORDERS AND RESPONSE TIME

### 1. HOME RESPIRATORY EQUIPMENT

a. Contractor shall furnish oxygen in accordance with a valid prescription from appropriate VA Facility. Typically, deliveries of respiratory equipment shall be made within twenty-four (24) hours of request **unless prescription dictates an alternate timeframe**. The contractor will have ample drivers and RCPs to provide emergent deliveries when requested throughout the service area. Respiratory equipment includes but is not limited to the following:

- Oxygen concentrators
- Ventilators (respirators, including positive pressure units)
- Liquid oxygen stations and Portable units
- Suction machines
- Compressors
- Nebulizers
- CPAP/BIPAP'S
- C Tanks (aluminum)
- D Tanks (aluminum)
- E Tanks (aluminum)

- MM Tanks
- Accessories or supplies as described elsewhere in the RFP

b. Contractor shall provide in-line (defined as "to connect) oxygen to VA owned CPAP/BiPAP's at no charge. This set-up shall be in conjunction with the oxygen concentrator at the request of the DVA.

c. PSAS will place all orders via fax. Contractor shall have a facsimile in place at their facility to allow continous communication. Contractor will confirm receipt of all requests for home oxygen to PSAS immediately upon receipt via fax. The contractor shall have personnel on duty, or within paging range, to respond to calls at all times. Individual orders for patients can be placed telephonically, but will also be followed by fax on same day of calling in order. Verbal information given to the contractor shall include, patient's name, patient's address, patient's telephone number, social security number, type of system and application requested, concentration, flow rate of oxygen, duration, and date & time of requested delivery.

d. The amount of respiratory equipment furnished shall not exceed those stated in the written prescription, except in case of emergency. If the contractors RCP suspects abuse or excessive usage (e.g. tanks, liquid pounds), the RCP must notify the appropriate COTR within three to five (3-5) working days for possible patient re-evaluation. In no case will the veteran be denied oxygen. Under no circumstances shall the contractor discontinue oxygen without an order from the appropriate VA Facility. The contractor shall not solicit or deal directly with the veteran except as stated above.

e. Discontinuation of Service

(I) The government shall notify the Contractor in the event of an order to discontinue oxygen service to any beneficiary covered under this contract. Notification shall be by telephone and/or facsimile. Payment will be pro-rated based upon the notification date of discontinuance of service. The Contractor shall notify the government within next business day of a patient death, or upon finding a patient has moved out of the service area.

(II) The Contractor shall remove equipment from the beneficiary's residence at the earliest possible time but no later than 5 business days unless approved by Prosthetics. The date and time of equipment pickup shall be coordinated with the patient and/or next of kin and/or significant other. The Contractor shall make every effort to meet the beneficiary's or beneficiary's families' requests for pickup times. The Contractor shall honor beneficiary's or family's requests to pickup equipment before or after funerals or family gatherings relative to beneficiary funerals. The Contractor shall treat such requests with the utmost courtesy, and give such requests the highest priority.

## 2. HOME MEDICAL EQUIPMENT

a. Government owned HME equipment includes but is not limited to:

- Any type/size hospital bed (electric or manual); mattress; rails
- Trapeze assemblies
- Patient lift
- Wheelchairs (manual and electric)
- Bathroom safety equipment
- Over bed tables
- Portable ramps
- Various types of pumps
- Scooters

b. PSAS will place all purchase orders via fax for the purchase and delivery of HME from the contractor, or for the delivery or pickup of government owned HME. An immediate return receipt fax for all orders placed to ensure prompt service is requested. Delivery of new/reissued, or pickups of HME, shall be made within three (3) working days or less. In special cases, deliveries of new/reclaimed, or pickup of home medical equipment, shall be required within twenty-four (24) hours. Every effort shall be made to confine deliveries and pickups to normal business

hours. However, PSAS may place an order for immediate service; therefore, the contractor may be called on to make deliveries at any time, twenty-four (24) hours a day, seven days a week, including Federal Holidays.

c. In some instances, new equipment for delivery may need to be picked up at the VA facility. This will be indicated on the purchase order. In some instances, equipment picked up may need to be delivered to the VA facility. This will also be indicated on the purchase order. There is no additional payment for pickup or delivery of items from/to VA Medical Centers.

## F.    PRESCRIPTION, PLAN OF CARE, PLAN OF SERVICE

### 1. HOME OXYGEN

a. The prescription for home oxygen is a document signed by a VA clinician directing the contractor to provide specific respiratory equipment and quantities, specific flow rates/percentages and method of administration, which are processed through the Prosthetics Service at each VA facility within VISN 12

b. **Plan of Care** – A plan based on data gathered during patient assessment that identifies the patient's care needs, lists the strategy for providing services to meet those needs, documents treatment goals and objectives, outlines the criteria for terminating specified interventions, and documents the individual's progress in meeting specified goals and objectives. The contractors RCP's must maintain and have direct communication with the VA's Home Oxygen Coordinator directly related to the care of the patient. No change in the care plan shall be made unless coordinated with the VA's Home Oxygen Coordinator and is stated on the Plan of Care.

c. **Plan of Service** – A plan to identify patient problems with equipment, compliance, goals and the approach for corrective action. The Plan of Service shall be developed and implemented by contractor's RCP by the fifth (5th) workday after initial delivery of oxygen equipment and updated **as the prescription dictates**. It will be closely monitored by the VA for strict compliance to the Plan of Care.

d. Home Oxygen Patients - The Home Oxygen Plan of Care, i.e., Prosthetics Electronic Home Oxygen Request/Consult, will be initiated by the VA, will be revised by the VA according to the patient's health status and/or environment, and forwarded to the contractor. The RCP visit for each <u>new</u> oxygen patient shall include a complete assessment in accordance with the Plan of Care, or as requested. These assessments will be documented on the contractor's Plan of Service and all information will be forwarded, via fax, to the appropriate VA's Home Oxygen Coordinator within three (3) working days. The Plan of Service will be created by the contractor's RCP and will include: equipment training, home assessment, safety, reinforcement of prescription adherence, tubing change schedule, any problems in the patient's health status, compliance with the Plan of Care, and ensuring equipment and treatment is appropriate for the patient's use in the home environment. RT visits will be monthly for ventilator patients and will be signed by both the patient/caregiver and the contractor's RCP. Signed copies of the contractor's Plan of Service shall be faxed to the Home Oxygen Coordinator within three (3) working days and a copy provide to each COTR with the monthly oxygen bill. A copy of the Plan of Service will be provided to the patient.

e. Technician reports, when applicable, shall be submitted to the appropriate COTR with the monthly billing statements for processing home oxygen payments. Payment will not be made for services provided in that month if complete documentation is not included with the invoice. The reports for oxygen patients must include the following:

- Type of equipment
- Documented liter flow to correlate with current prescription and re-education if patient is not adhering to the order as prescribed
- Concentration of oxygen
- When equipment is replaced, reason for replacement
- Quantities of tanks delivered
- Inspection of back up systems to include date, serial numbers, and maintenance performed
- Signature of veteran/caregiver(s)

- Any supplies that are required to maintain an adequate amount for proper tubing change schedule monthly (4 cannulas and 2 - 25' extension tubing with connectors if applicable)
- Documented re-education when applicable (i.e., filter cleaning, tubing changes, fire hazards, tank storage)

## G.    SET-UP, MODIFICATIONS, AND PATIENT EDUCATION

### 1. HOME OXYGEN & HME

a. (I) Contract prices for each item includes delivery, set-ups, modifications and patient education to the veteran and/or caregiver in the use and care of the equipment. At the time of delivery a ground safety check will be performed on all outlets being utilized for HME and Respiratory equipment. This safety check will be documented on the VA's Equipment Delivery Checklist for VA owned HME and on the contractor's technician report for oxygen equipment. All equipment (rental, VA owned or newly purchased) shall be set-up in the area of the patient's preference, if safety permits.

(II) Contractor shall relay to the patient on behalf of the VA that any identified ungrounded/unsafe outlets are the responsibility of the patient to correct. The VA shall not be responsible or liable for any unsafe electrical condition caused by the contractor or veteran. Contractor shall be responsible for identifying safety hazards and clearly documenting them on the patient education training form.

b. Contractor shall provide ventilator services to include active RCP participation in discharge planning at the VA facility. Ventilator services consist of new starts, delivery, set-ups, patient/family education and monthly follow ups by a Respiratory Therapist in the home environment.

c. The contractor's personnel setting up and assembling any equipment shall:

- Make adequate site preparation of the home equipment;
- Unpack and assemble equipment in a condition to be used to include removal of all packaging material from patient's residence;
- Instruct the patient and/or caregiver in the correct use, care/handling, cleaning and maintenance of equipment, including a demonstration of correct use and observing a return demonstration by the patient and/or caregiver;
- Instruct patient on basic home safety, electric/fire safety, storage, and where to call in case of an emergency;
- Infection control and precautions;
- Patient's rights and responsibilities;
- Emergency preparedness.
- Ensure all alarms are functioning and are audible in accordance with the National Patient Safety Goals

d. Contractor personnel shall assure rental equipment is visibly labeled with contractor's name and toll-free telephone number for patient and/or caregiver's information, due to emergency malfunctions and repairs. Patients shall also be provided with written information about when and who they should contact at the VA/Contractor for equipment maintenance, and/or repairs for VA owned equipment.

e. (I) The contractor shall include the following VA documents with their information packet when delivering equipment to all patients served under this contract:

- Prosthetics Oxygen/HME patient's right and responsibilities.
- PSAS disaster plan for home medical equipment/oxygen patients.
- Miscellaneous Patient Education Materials

(II) Copies of these documents will be provided to the contractor for use in duplicating sufficient copies for the information packets.

f. The contractor must provide patient education instructions to the veteran and/or caregiver, in accordance with all JCAHO standards, in the proper use/function, safety, maintenance, cleaning and infection control of the furnished item(s). Instructions provided will be both verbal and in writing. The contractor will specifically document the patient education.

- HME – Education shall be conducted by qualified personnel experienced and familiar with the item(s) specified under this solicitation.

- RESPIRATORY EQUIPMENT - (contractor or VA owned)-
  Initial set-up of oxygen equipment may be made by a Delivery Technician (with follow up by RT within 72 hours), Respiratory Care Practitioner or any other qualified personnel such as Registered Nurse (RN). All other requested respiratory equipment will be set up by an RT (Suction, if other than a yankauer), Nebulizers, ventilators and conserving devices). Contractor shall notify COTR if the patient's home needs alteration to accommodate required equipment.

- Exception to set-up of respiratory equipment - Set up of VA owned CPAPs, BiPAPs and Auto Paps will be by the contractor's RCP's or done by VISN 12 facility's Respiratory Departments.

- If initial set-up for oxygen is accomplished by anyone other than the RCP, then the RCP must follow up within 72 hours.

- During the initial set-up for concentrator, liquid systems or ventilator patients, the contractor will establish the required follow-up technician schedule. During these visits the oxygen patients will be provided (if applicable) with four (4) nasal cannulas, two (2) 25-foot pieces of tubing and two (2) prefilled humidifiers (as requested) as outlined in Group II Home Oxygen Equipment, rental of equipment at no charge. The technician visits are included in the monthly rental charge of equipment.

- The contractor, at the special RCP visit price shall accommodate additional requests from VA Respiratory Care Department/COTR's for special follow-ups. A "special follow-up request" consists, but is not limited to, any non-scheduled visit by a RT for re-educating a patient on use of or adding accessories to existing respiratory equipment CPAP/BiPAPs and shall be billed at the special pricing rate for a Respiratory Therapist visit as indicated in Group II, section D, line item 3.

g. No Smoking Policy (Oxygen Patients)

(I) The Contractor shall provide and post on all entrances into the residence, a sign stating "Warning Oxygen in Use, No Smoking" or other verbiage that smoking is not allowed due to oxygen being present and document that the beneficiary/care giver is instructed in the safe use of oxygen and equipment per OSHA. If the patient refuses to place these sign at their residence it should be documented on the technician report and sent to COTR with the monthly billing report.

(II) Contractors must provide educational materials for patients and their families or caregivers on the hazards of smoking while oxygen is in use. According to the Plan of Care sent by PSAS, each patient will be identified as a standard risk (universal Precautions) or high risk patient. These educational materials must be provided at delivery and every six months thereafter. The following checklist, at a minimum, must be implemented in the care of these patients and documented on the technician's report.

(A) No Smoking – Oxygen in Use signs are provided and posted
(B) Smoke-alarm is present and is functioning properly
(C) Verify that the veteran has been instructed to test all smoke alarms monthly

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

(D) If veteran/caregiver continues to smoke while oxygen is in use, they shall be instructed to remove the cannula, shut off oxygen supply and wait for oxygen to dissipate prior to smoking and/or encourage them to go outside

(E) Veteran and family or cohabitants are given education materials regarding the hazards of smoking and using an open flame near oxygen.

(III) Any patient identified by the vendor during home visits using his/her oxygen while smoking or the equipment/supplies indicate smoking while on oxygen, will be
re-educated regarding hazards associated with smoking in the presence of oxygen by the vendor and the appropriate Home Oxygen Coordinator will be forwarded a report of the incident.

h. Contractor will provide tank holders for all patients utilizing more than six (6) E-cylinders per month for safe storage at the veteran's home.

## H.    EQUIPMENT PREVENTIVE MAINTENANCE/REPAIRS

### 1. HOME OXYGEN & HME

a. Contractor shall have procedures designed to assure equipment is safe, sanitary and operating according to Owners Equipment Manual (OEM) when used in the patient's home.

b. The safety and working condition of all equipment shall be monitored. The contractor will schedule PMI's at the request of the VA for VA equipment. All other contractor owned equipment will be monitored according to the manufacturer's guidelines.

(I) HOME OXYGEN – The following schedule must be adhered to as requested by COTR, while taking into consideration patient's medical condition, and/or hours of use of the equipment (PMIs must be performed as follows):

| Performed by | Equipment | Frequency of PMI/Visit |
|---|---|---|
| Technician | Oxygen concentrator | Quarterly (minimum to include: reinforcing, prescription adherence, safety issues, tubing change schedule cleaning/disinfection schedule emergency contact information |
| Technician | Liquid Stationary | Monthly |
| RCP | Ventilators | Monthly |
| RCP | CPAP/BiPAP Machine | As request by VA |
| Technician | Air Compressor | As requested by VA to include supplies as needed for humidification |

(II) NOTE:  Preventive maintenance of all concentrators and liquid systems is the responsibility of the contractor as these are provided on a rental basis.  This is an on-going responsibility of the contractor to assure that all units are functioning at all times and replaced as needed.

(III) A copy of all PMI/repair requested by the VA shall be forwarded to appropriate VA COTR monthly.

c. In the event veterans should request repairs of government provided equipment, the contractor must call appropriate COTR or designee with estimate.  After verbal approval and issuance of purchase order number, contractor shall make necessary repairs.

d. The contract hourly labor rate for repairs of reclaimed VA owned equipment located at the contractor facility will be paid only when such services have been requested and approved by the VA.  Labor charges shall be computed in quarter hourly increments from the time work actually commences until work is completed.  Contractor shall guarantee all materials and workmanship for a period of ninety (90) days from the date or repair or reissue, whichever is later.

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

## I.     STORAGE/INVENTORY/SANITIZATION

### 1. HOME OXYGEN & HME

a. Contractor shall provide storage to allow for storage of Government owned re-claimed/new HME and respiratory equipment at no additional charge to the VA. The following is an estimate of required space needed for each facility's equipment:

| VA | Amount of Storage Space |
|---|---|
| Iron Mountain | 400 s.f. |
| North Chicago | 1000 s.f. |
| Tomah | 400 s.f. |
| Hines | 1000 s.f. |
| Milwaukee | 700 s.f. |
| Madison | 700 s.f. |
| Chicago | 1000 s.f. |

b. The storage area must be adequately equipped with shelves, bins, etc., to properly accommodate the items being stored. Stored equipment shall be maintained in a safe, clean, dry, and orderly arrangement to prevent damage and to facilitate periodic inventory inspections by COTR. Storage shall be provided separate and apart, by VA facility, from all other contractor owned equipment and supplies. The storage space shall be sufficiently insured against loss or damage equal to the value of the stored equipment. Proof of the insurance coverage will be provided to the Contracting Officer within 10 days of the effective date of the Notice to Proceed. Updates will be provided annually or whenever coverage is discontinued.

c. Contractor shall maintain a perpetual inventory and furnish the appropriate COTR, by the fifth (5th) working day of each month an updated inventory of all VA-owned equipment (ready for issue and not ready for issue) and supplies stored by the contractor. Monthly report will indicate receipts, issues and balances and will be submitted with the monthly invoice. Government property shall be used only for performance of this contract.

d. Contractor shall have inspection procedures to assure stored new/reclaimed equipment is in working order prior to delivery. All equipment shall be labeled, tagged and dated to document such procedures. Only one (1) payment will be made for the delivery of equipment. If HME failures are within the control of the Contractor, additional trips will be at contractor's expense.

e. Equipment shall be protected from the elements during storage and delivery. All clean equipment shall be covered. Clean and dirty equipment shall be separated at all times and shall be provided with protective covering during transport.

f. Contractor shall, using universal precautions, sanitize/sterilize all picked up equipment prior to placement in contractor's storage or delivery to VAMC for reissue. This procedure shall be appropriate to the type of equipment, but not less than JCAHO Standards.

g. Contractor shall be able to accept drop shipments of HME, which will be included in inventory.

## J.     MAIL OUT

### 1. MAIL OUT ORDERS (PRIMARILY FOR VA MADISON ONLY, HOWEVER OTHER VA FACILITIES WITHIN VISN 12 MAY UTILIZE, AS NEEDED)

a. The contractor will pick up and mail out supplies from the Madison VAMC, if necessary, and store it at the contractor's facility, package and mail out the equipment via UPS or equivalent to arrive at the veteran's residence within three (3) business days upon notification from the VA. Generally the equipment will be drop shipped to the contractor. The contractor will be required to fax the packing slip to Madison upon receipt.

b. Requests for this service will be sent by facsimile with a confirmation fax returned to the VA after receipt. Requests will be sent to the contractor before 1:00 p.m. to establish the three (3) business day delivery schedule.

**c. For cost effectiveness, the contractor will pack as much as allowable into one box. If a veteran is to receive more than one box, the contractor shall ship all the boxes at the same time.**

d. The contractor shall promptly notify Prosthetics when there is a problem with the shipment or delivery of an item or when an item requested for shipment is not available.

e. The contractor shall furnish appropriate size boxes and adequate packing material for shipping.

f. Rates for Mail Out Orders are included in the Schedule of Items.

## K.    RECLAIMED EQUIPMENT

### 1. HOME OXYGEN & HME

a. Contractor shall inspect and sanitize all returned equipment at no charge to the government prior to placing in storage according with Storage/Inventory requirements. After inspection of returned item(s) if items are in need of repair, the contractor will adhere to the following:

- Minor repairs – Examples: Tighten wheels and casters on wheelchairs, check for loose wiring on motorized wheelchairs and electric beds, minor spot painting of small areas of chipped paint or rust spots on recovered items to be placed in storage. After cleaning and sanitizing, the equipment shall be lubricated with an appropriate grease, oil, and /or silicone spray. Any rust spots shall be wire brushed prior to spot painting. These services will be provided at no cost to the government.

- Major repairs - if repairs are necessary, the contractor shall submit an estimate of charges for approval and acceptance by the appropriate COTR or designee, prior to repairing.

b. Contractor shall reissue reclaimed/refurbished equipment in lieu of purchased and/or issuance of new items in storage. Contractor shall repair/refurbish VA owned equipment within three to five (3-5) days, in accordance with the manufacturer's guidelines with verification documented on VA's Equipment Delivery Checklist.

c. When medical accessories/equipment, which has been reclaimed from patients, is to be reissued, the rate quoted by contractor for delivery shall include set-up, adjustments and patient education in the use of the accessories/equipment.

d. Contractor shall pick up an item when notified by the VA. All equipment returned and restored shall be added to the appropriate medical facility's inventory. When requested by the VA, the contractor at no additional cost to the Government shall dispose of items returned for disposal.

e. Ownership of all equipment (new and/or used) shall remain with the government. The contractor shall be directly responsible and accountable for all Government property while it is under his/her possession, and shall establish and maintain a system to control, protect, preserve, and maintain the items in optimum condition. The contractor shall identify Government Furnished Property (GFP) by making or tagging and segregating in such a manner to clearly indicate Government ownership.

## L.    CONTRACTOR'S RESPONSIBILITIES IN EMERGENCIES

### 1. HOME OXYGEN & HME

a. Contractor shall provide an Emergency Preparedness Plan to all VA facilities. This preparedness plan will ensure the contractor provides continuing care and support in the event of an emergency without interruption of patient services. The Contractor shall provide patients with a 24-hour toll free number to call and/or have a 24-hour

answering service available. If a toll free number is not available, the Contractor shall submit a statement with his/her proposal stating that patients utilizing his/her services may call collect.

b. Response to patient emergency calls must be made within ½ hour. Corrective action shall be completed within two (2) hours. In instances where the patient is beyond the two (2) hours response time, alternative arrangements shall be made by Contractor (i.e., access to local emergency services, a subcontractor, etc.) Under no circumstances shall the contractor refuse service if the veteran/caregiver states that it's a life-threatening situation. If such emergency occurs during normal daily business hours, the contractor should notify the (COTR) immediately. If the emergency occurs after normal daily business hours, the contractor shall take corrective action to notify the COTR immediately on the next regular workday not later than 10:00 a.m. Contractor shall provide documentation regarding the emergency.

c. Back-up cylinders for oxygen concentrators and liquid systems shall provide a supply of oxygen at the patient's prescribed use equal to the contractor's maximum response time. The contractor will document when a patient refuses back-up equipment. A copy will be forwarded to the appropriate facility.

**d. In the event of a natural disaster or emergency and the contractor is unable to deliver oxygen/respiratory equipment/HME, the patients shall be instructed that if such an emergency should occur, the contractor works with another local home medical equipment provider that will assist them. The patient can call this provider for help or to get to the nearest health care facility until services can be resumed**

## M.    TRAVELING PATIENTS

### 1. HOME OXYGEN

a. The contractor shall be responsible for coordinating all services for veterans who travel outside jurisdiction of this contract. Department of Veteran Affairs shall be responsible for notifying contractor where veteran is traveling and mode of transportation. Contractor shall be responsible for instructing the patient on how to safely travel with oxygen and how to appropriately respond in an emergency.

b. Privately owned vehicle – The contractor shall assist the veteran in preparing a travel plan, identify locations, etc. (logistics) along veterans route where oxygen refills can be obtained and coordinate billing for services and refills as appropriate. There will be no fee for this logistical service.

c. Airline – The contractor shall assist the veteran with prior arrangements to have oxygen available at point of destination for the duration of visit and to coordinate billing for services and refills as appropriate.

d. For veterans traveling within VISN 12-area contractor shall provide oxygen refills at the rate of this contract, billing appropriate VA facility.

e. For veterans who temporarily relocate from VISN 12 to another VISN, (i.e. warmer climate for winter months), accommodations shall be made to assist veterans so as not to interrupt services. The COTR needs to be contacted to establish service in another VISN. Contractor shall keep on file original prescription for oxygen. Upon return, veterans shall be responsible for contacting firm to re-establish oxygen services. Contractor shall immediately notify appropriate prosthetic personnel of veterans return. Prosthetic activity shall reinstate veteran in home oxygen program and forward new prescription for oxygen to contractor.

## N.    TECHNICAL INDUSTRY STANDARDS

### 1. HOME OXYGEN CYLINDERS AND OTHER CONTAINERS

### a. LAWS/REGULATIONS AND MARKING:

(I) Transportation, filling, and handling of cylinders and other containers for gaseous and liquid forms of oxygen shall comply with Department of Transportation (DOT) specifications and with the Federal Food, Drug and Cosmetic Act. Evidence of compliance must be provided prior to award. In addition to marking required by the

aforementioned laws and regulation, Packaging and/or Marking Requirements shall be in accordance with current industry standards.

## O.    RESERVE OXYGEN EQUIPMENT

1.  At the discretion of each VA Facility governed by this contract, contractor shall provide a maximum of twelve (12) "E" tanks/contents setups (regulators and carts) for storage at the VA facility's RT department for patient discharge purposes and emergencies while patients are visiting the hospital for appointments. The contractor shall provide, at the request of the individual facilities within VISN 12, two (2) portable liquid units and the capability to refill as determined by each VA facility. The cost for providing this equipment at VA Medical Centers is included in the cost of other items. The cost for liquid oxygen refills requested by the VAMCs for these reserve units will be billed to the appropriate VAMC at the rate listed in the Schedule of Items.

2.  E tanks shall be utilized as indicated below:

a. For home oxygen patients who are visiting the hospital and their existing tanks run out. The empty tanks shall be exchanged to accommodate the patient to return home. The "E" tanks used will be added to the specific patient monthly statement. The VA will provide the contractor with fax notification of the issuance of "E" tanks. This notice does not change the original prescription.

b. In the event of last minute discharging of patients by the VA, the tanks shall be utilized for timely discharge, while coordinating initial set-up of home oxygen services. Tank will be added to the specific patient monthly statement. Upon initial set-up of home oxygen in the home additional "E" regulators/carts shall not be authorized.

3.  Upon request from each PSAS, contractor shall replenish E tanks and contents for liquid bases.

## P.    INVOICING/REPORTS

### 1. HOME OXYGEN

a. Separate invoices will be submitted for oxygen services and home medical equipment services each month.)

b. Quality Improvement reports, utilization surveys and results of patient satisfaction surveys shall be submitted quarterly. These reports shall be submitted by the tenth (10th) working day as indicated in the contractors reporting schedule to each COTR. Reports shall be VA facility, patient and issue specific. The tech reports may be attached to invoice(s).

c. Each VA facility will pay their oxygen bill monthly, in arrears. Each facility will receive the previous month's bill by the 10th working day of the following month. The bill will consist of individual documents for each patient displaying each item, quantity, and cost and total cost. The bill will be accompanied by a summary sheet of costs, in addition to the monthly technician's report and new or updated plan of service, as appropriate. Rental of equipment shall be pro-rated for the month of installation or removal according to the date of the prescription or order. The contractor must be able to accept US Government Credit Cards.

### 2. HOME MEDICAL EQUIPMENT

a. Orders will be placed by each VA facility using the US Government Credit Card (VAF PC-2421). The contractor shall submit an individual itemized invoice for each service ordered as soon as the services have been delivered. Invoices are to be submitted to each COTR for each VAF-PC-2421 and must be accompanied by:

- The VAF PC-2421 completed by the contractor and signed by the veteran/caregiver.
- VA file copy of the Patients Rights and Responsibilities
- Equipment Delivery Checklist
- Patient Education form

b. Payment will not be authorized if documentation is incomplete.

**Q.   SAFETY AND INFECTION CONTROL**

**1. HOME OXYGEN & HME**

a. Vendor safety and infection control procedures are in accordance with JCAHO, all current National Patient Safety Goals standards in addition to other recognized federal regulatory agency standards.

**R.   INCIDENT REPORTING**

**1. HOME OXYGEN & HME**

a.   All accidents, malfunctions, injuries, deaths or sentinel events associated with the provision, delivery and use of home oxygen or HME will be immediately reported to the COTR, and equipment manufacturer, if applicable.

b. The Department of Veterans Affairs upon notification of equipment recalls will inform contractor by written notice.  The contractor shall take the necessary corrective actions and inform each VA facility in writing of actions taken.  The contractor shall in turn notify the Department of Veteran Affairs of all equipment recall notices received by them.

**S.   PERSONNEL QUALIFICATION STANDARDS**

**1. HOME OXYGEN & HME**

a. Contractor shall conduct background checks on all personnel providing services under this contract and shall ensure that these personnel are fully qualified, hold appropriate licensure, annotate primary source verification provided to each COTR at the execution of the contract and on renewal dates as they occur, and receive ongoing training and experience to perform the required services under this contract.  Competency Assessments must specifically include adult and geriatric age specific competencies for the contract providers' seeing VA patients. Upon request the contractor must be able to immediately provide copies of performance evaluations, continuing education, competency assessments, position descriptions, and certification/licensure documentation of personnel providing service under this contract to each COTR.

b. All changes in RCP's and other technical staff shall be reported to the appropriate COTR. All patients served under this contract have the right to know the identity of their RCP's and delivery personnel.  It shall be the contractor's responsibility to inform all patients of any change in personnel and to inform the patient that the change will not affect the care provided.

c. To ensure that the individuals providing services under the contract have not engaged in fraud or abuse in accordance with Sections 1128 and 1128A of the Social Security Act regarding federal health care programs, the contractor is required to check the Health and Human Services – Office of Inspector General (HHS/OIG), List of Excluded Individuals/Entities on the OIG Website (www.hhs.gov/oig) for each person providing services under this contract.  Further, the Contractor is required to certify in its proposal that all persons listed in the contractor's proposal have been compared against the OIG list and are NOT listed.  During the performance of this contract the Contractor is prohibited from using any individual or business listed on the List of Excluded Individuals/Entities.

**T.   Reserved.**

**U.   VA FURNISHED SERVICES, PROCEDURES, FORMS AND REPORTS**

1. VA shall furnish the following to Contractor:

- Home Oxygen Prescription
- Prosthetics Disaster Plan for home medical equipment/oxygen patients
- Equipment Delivery Checklist

- Miscellaneous Patient Education Materials
- Patient Education documentation form for Milwaukee (HME) only. This form may be adapted by other facilities.
- Home Oxygen Plan of Care (Prosthetic Electronic Request/Consult)
- CPAP/BiPAP Plan of Care (Prosthetic Electronic Request/Consult)

## V.    PERFORMANCE REQUIREMENTS

### 1. HOME OXYGEN & HME - PRE AND POST CONTRACT AWARD MEETINGS:

a. A post-award conference shall be held at a time and place designated by the CO, to be attended by the contractor, COTR's from each VA facility and other officials designated by the CO.  Conference agenda will be furnished by the Contracting Officer.

b. Prior to award of contract, a visit to the contractor's facility may be performed by VA personnel to inspect, evaluate and assess the contractor's existing program compared to the requirements of the solicitation.

c. After award of contract, contractor's RCP's and Driver Technicians must schedule a visit to each VA facility that they are associated with for the purpose of performance orientation.

## W.    PHASE-IN REQUIRMENTS

### 1. HOME OXYGEN/HME

a. Phase-in of home oxygen services performed under a contract shall be completed within sixty (60) days of the contract Notice to Proceed.

b. For both Oxygen and HME, after award of the contract, the contractor, at no additional cost to the VA, shall be responsible for picking up existing inventory from the previous/incumbent contractor's storage within fifteen (15) calendar days after the effective date of the Notice to Proceed.  The contractor shall coordinate a smooth transition with the previous contractor of all home oxygen equipment, in order to maintain continuity of patient care.  The contractor will provide all VA patients prescribed oxygen equipment which is in first class working condition and less than two (2) years old.

c. Prior to commencement of phase-in, each COTR shall provide the contractor with a list of current patients, to include:

- Name
- Address
- Phone Number
- Point of Contact if other than patient
- List of contractor owned equipment at each patient's residence
- List of Government owned equipment at each patient's residence
- Current Prescription

d. Contractor shall coordinate the schedule of initial patient visits with the Prosthetics COTR.

## X.    PHASE-OUT REQUIRMENTS

### 1. HOME OXYGEN & HME

a. In the event that the government does not choose to exercise its option to renew the contract, or the last option has expired, the contractor recognizes that the services under this contract are vital to the government and must be continued without interruption.  Upon expiration, another contractor may be awarded the subsequent contract to continue these vital services.  The contractor providing services under this contract shall not remove any equipment

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

59

from the patient's home until replacement equipment has been installed by the new contractor. If this involves additional time beyond the expiration date, the contractor shall be paid on a pro-rated basis in accordance with Continuity of Services clause. Therefore, the contractor agrees to (1) furnish phase-out continued patient services coverage for up to 90 days (if required) after this contract expires and (2) uses its best efforts and cooperation to effect an orderly and efficient transition to a successor contractor.

## Y.    TABLES

### 1. TABLE I – OXYGEN PATIENT ESTIMATES BY FACILITY

| VA Medical Facility | Number of Oxygen Patients |
|---|---|
| Jesse Brown VAMC - Chicago (537) | 500 |
| VA North Chicago (556) | 180 |
| VA Hines (578 | 800 |
| VA Iron Mountain (585) | 270 |
| VA Madison (607) | 425 |
| VA Tomah (676) | 240 |
| VA Milwaukee | 250 |
| Estimated Total | 2665 |

### 2. TABLE II - NUMBER OF HME ORDERS PER YEAR BY FACILITY

| VA MEDICAL CENTER | EST NO OF HME DELIVERIES/PICKUPS PER YEAR/FACILITY |
|---|---|
| HINES VAH | 400 |
| MILWAUKEE VAMC | 550 |
| MADISON VAH | 600 |
| IRON MOUNTAIN VAMC | 100 |
| TOMAH VAMC | 120 |
| NORTH CHICAGO VAMC | 50 |
| JESSSE BROWN VAMC (LAKESIDE/WEST SIDE) | 1000 |
| EST TOTAL | 2820 |

### 3. TABLE III – SERVICE ZONES:

| STATE | COUNTY | STATE | COUNTY |
|---|---|---|---|
| **ZONE 1:** | | **ZONE 10:** | |
| Michigan | Gogebic | Wisconsin | Fond du Lac |
| | Ontonagon | | Sheboygan |
| | Houghton | | Washington |
| | Keweenaw | | Ozaukee |
| | Baraga | | Waukesha |
| | Dickinson | | Milwaukee |
| | Menominee | | Walworth |
| | Marquette | | Racine |
| | Delta | | Kenosha |
| **ZONE 2:** | | **ZONE 11:** | |
| Michigan | Alger | Illinois | McHenry |
| | Schoolcraft | | Lake |
| | Luce | | Kane |

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

60

|  |  |  |  |
|---|---|---|---|
|  | Mackinac |  | Du Page |
|  | Chippewa |  | Cook |
| **ZONE 3:** |  |  | Kendall |
| Wisconsin | Douglas |  | Will |
|  | Bayfield |  | Grundy |
|  | Burnett | Indiana | Lake |
|  | Washburn |  | Porter |
|  | Sawyer | **ZONE 12:** |  |
| Minnesota | Price | Illinois | Carroll |
|  | Carlton |  | Ogle |
| **ZONE 4:** |  |  | De Kalb |
| Wisconsin | Ashland |  | Whiteside |
|  | Iron |  | Lee |
|  | Vilas |  | Rock Island |
|  | Forest |  | Henry |
|  | Oneida |  | Bureau |
|  | Price |  | La Salle |
| **ZONE 5:** |  |  | Putnam |
| Wisconsin | Polk |  | Mercer |
|  | Barron | **ZONE 13:** |  |
|  | Rusk | Illinois | Kankakee |
|  | St. Croix |  | Livingston |
|  | Dunn |  | Ford |
|  | Chippewa |  | Iroquois |
|  | Eau Claire |  | Champaign |
|  | Pepin |  | Vermilion |
|  | Pierce |  | Douglas |
| **ZONE 6:** |  |  | Edgar |
| Wisconsin | Taylor |  | Coles |
|  | Lincoln |  | Cumberland |
|  | Langlade |  | Clark |
|  | Menominee | **ZONE 14:** |  |
|  | Clark | Illinois | Stark |
|  | Marathon |  | Marshall |
|  | Wood |  | Peoria |
|  | Portage |  | Woodford |
|  | Waupaca |  | Tazewell |
|  | Waushara |  | McLean |
|  | Winnebago |  | Mason |
|  | Shawano |  | Cass |
| Minnesota | Chisago |  | Menard |
|  | Washington |  | Logan |
|  | Dakota |  | De Witt |
| **ZONE 7:** |  |  | Platt |
| Wisconsin | Marinette |  | Macon |
|  | Oconto |  | Sangamon |
|  | Door |  | Morgan |
|  | Brown | **ZONE 15:** |  |
|  | Outagamie | Illinois | Henderson |
|  | Calumet |  | Warren |
|  | Manitowoc |  | Hancock |
|  | Kewaunee |  | Mc Donough |
| **ZONE 8:** |  |  | Fulton |
| Wisconsin | Buffalo |  | Adams |
|  | Trempealeau |  | Schuyler |
|  | Jackson |  | Brown |

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

61

|  |  |  |  |
|---|---|---|---|
|  | Monroe |  | Knox |
|  | La Crosse | **ZONE 16:** |  |
|  | Vernon | Indiana | La Porte |
|  | Crawford |  | St. Joseph |
|  | Richland |  | Elkhart |
|  | Grant |  | Lagrange |
| Minnesota | Goodhue |  | Steuben |
|  | Wabasha |  | Newton |
|  | Winona |  | Jasper |
|  | Houston |  | Starke |
| **ZONE 9:** |  |  | Pulaski |
| Wisconsin | Juneau |  | Marshall |
|  | Adams |  | Fulton |
|  | Marquette |  | Kosciusko |
|  | Sauk |  | Noble |
|  | Columbia |  | Whitley |
|  | Dodge |  | Allen |
|  | Iowa |  | De Kalb |
|  | Lafayette |  | White |
|  | Dane |  | Cass |
|  | Jefferson |  | Carroll |
|  | Green |  | Miami |
|  | Rock |  | Wabash |
|  | Green Lake |  | Huntington |
| Illinois | Jo Daviess |  |  |
|  | Stephenson |  |  |
|  | Winnebago |  |  |
|  | Boone |  |  |

## Z.    SPECIAL CONTRACT REQUIREMENTS

### 1. SERVICES

a. The services specified in the Sections entitled Schedule of Supplies/Services and Special Contract Requirements may be changed by written modification to this contract

b. Other necessary personnel for the operation of the services contracted for at the VA will be provided by the VA at levels mutually agreed upon which are compatible with the safety of the patient and personnel and with quality medical care programming.

c. The services to be performed by the contractor will be performed in accordance with VA policies and procedures and the regulations of the medical staff by laws of the VA facility.

d. The services to be performed by the contractor will be under the direction of the Chief of Staff at each facility, and the VISN 12 Product Line Manager for Prosthetics.

### 2. TERM OF CONTRACT

a. This contract is **effective one year from date of award plus four one-year options** that may be exercised by the VA. The contract is subject to the availability of VA funds. No service shall be performed by the contractor after September 30, each year until the contracting officer authorizes such services in writing.

### 3. QUALIFICATIONS

a. Personnel assigned by the Contractor to perform the services covered by this contract shall be licensed in a State, Territory, or Commonwealth of the United States or the District of Columbia as appropriate. All licenses held by

the personnel working on this contract shall be full and unrestricted licenses. The qualifications of such personnel shall also be subject to review by the VA Chief of Staff and approval by the VA Facility Director at the appropriate facility.

## 4. PERSONNEL POLICY

a. The contractor shall be responsible for protecting the personnel furnishing services under this contract. To carry out this responsibility, the contractor shall provide the following for these personnel:

- Workers compensation
- Professional liability insurance
- Health examinations including: a. Annual TB Skin Test and recent (within the last year) chest X-ray if there is a history of positive TB skin test, b. Evidence of Hepatitis B immunity (hepatitis immune titer, if provider has had the series of shots; if no immunity, evidence that provider has started the Hepatitis B vaccination series.), c. Evidence of a Hepatitis C testing for HCV antibody, d. Varicella titer if provider has not had chicken pox.
- Income tax withholding, and
- Social security payments.

b. The parties agree that the contractor, its employees, agents and subcontractors shall not be considered VA employees for any purpose.

## 5. KEY PERSONNEL AND TEMPORARY EMERGENCY SUBSTITUTIONS

a. The Contractor shall assign to this contract the following key personnel: **Respiratory Care Practitioners (Licensed in the state(s) where they provide service)**

See Attached in Technical Proposal Binder
*[List contractor's employee(s) here or provide list on separate sheet]*

b.    During the term of this contract, the Contractor shall make **NO** substitutions of key personnel unless the substitution is necessitated by the individual's illness, death, or termination of employment. The Contractor shall notify the Contracting Officer, in writing, within 1 calendar days after the occurrence of any of these events.

c.    The Contractor shall provide a detailed explanation of the circumstances necessitating the proposed substitutions, complete resumes for the proposed substitutes, and any additional information requested by the Contracting Officer. Proposed substitutes shall have comparable qualifications to those of the persons being replaced. The contract will be modified to reflect any approved changes of key personnel.

## 6. JCAHO AND OTHER SPECIAL REQUIREMENTS

a. The Contractor will be responsible to ensure that Contractor employees providing work on this contract are fully trained and completely competent to perform the required work.

b. The Contractor is required to maintain records that document competence/performance level of Contractor employees working on this contract in accordance with JCAHO, National Patient Safety Goals and other regulatory body requirements. The Contractor will provide a current copy of the competence assessment checklist and annual performance evaluation to the Contracting Officer's Technical Representative (COTR) for each Contractor employee working on this contract.

c. Contractor will provide and document a general VA orientation for all Contractor employees who are providing work on this contract before the commencement of work on site. VA will provide the content of the orientation to the Contractor at the time of contract award. Documentation of the orientation will be provided to the VA COTR. This orientation will include the following topics:

- Fire and safety policy and procedure

Amendment No. 04                                                                          63
RFP 69D-226-06
Home Oxygen/HME
VISN 12

- Infection control policy and procedure
- Emergency Preparedness/Disaster policy and procedure

d. Contractor employees will attend an area/program/unit-specific orientation meeting before the commencement of work on site. The VA will schedule, conduct and document this meeting which will include discussion of the following area-specific topics:

- Fire and safety policy and procedure
- Infection control policy and procedure
- Emergency preparedness/disaster policy and procedure
- Initial competence assessment
- Area/program/unit specific orientation

e. The VA will monitor the Contractor employees' work to ensure contract compliance.

f. Not withstanding other contract requirements, upon request of the Contracting Officer, the Contractor will remove from the work site, any Contractor employee who does not comply with orientation requirements or meet competency requirements for the work being performed.

g. When changes in Contractor personnel are approved in accordance with the "Key Personnel" clause of the contract, the Contractor must provide evidence of orientation, the current competence assessment, and current performance evaluation.

h. Where the contract does not require JCAHO accreditation or other regulatory body requirements, the Contractor must perform the required work in accordance with JCAHO standards. A copy of these standards may be obtained from the Joint Commission on Accreditation of Healthcare Organizations, One Renaissance Blvd., Oakbrook Terrace, IL 60181.

7.    **INFORMATIONAL SUBCONTRACTING GOALS**

If awarded to other than a small business for over $1,000,000 for construction or $500,000 for all other and subcontracting opportunities exist, the informational subcontracting goals are:

23% Small business, 5% small disadvantaged business, 3% service-disabled veteran-owned small business, 5% women-owned small business, 3% HUBZone small business and 7% veteran-owned small business (ref. VA Form 90-2268, dated 10/5/06)

Amendment No. 04                                                                        64
RFP 69D-226-06
Home Oxygen/HME
VISN 12

## PART III CONTRACT TERMS & CONDITIONS
(SF 1449, Continuation of Block 27)

**OFFERORS MUST COMPLETE AND RETURN ALL INFORMATION DESIGNATED IN 52.212-1, INSTRUCTIONS TO OFFERORS - COMMERCIAL ITEMS, PARAGRAPH b, PRIOR TO THE TIME SPECIFIED IN BLOCK 8 OF SF 1449 IN ORDER TO BE CONSIDERED FOR AWARD.**

ACKNOWLEDGMENT OF AMENDMENTS: The offeror acknowledges receipt of amendments to the Solicitation numbered and dated as follows:

AMENDMENT NO                                    DATE

_____                    _____

_____                    _____

_____                    _____

Sealed offers for furnishing the supplies or services in the Schedule will be received at the address specified in Block 9 of SF 1449, or if hand carried, To the address shown in block 15, until the date and time specified in Block 8. CAUTION - LATE Submissions, Modifications, and Withdrawals: See provision 52.212-1. All offers are subject to all terms and conditions of this solicitation.

### 52.212-4 Contract Terms and Conditions-Commercial Items (SEPT 2005)

(a) *Inspection/Acceptance*. The Contractor shall only tender for acceptance those items that conform to the requirements of this contract. The Government reserves the right to inspect or test any supplies or services that have been tendered for acceptance. The Government may require repair or replacement of nonconforming supplies or reperformance of nonconforming services at no increase in contract price. The Government must exercise its post-acceptance rights—
(1) Within a reasonable time after the defect was discovered or should have been discovered; and
(2) Before any substantial change occurs in the condition of the item, unless the change is due to the defect in the item.

(b) *Assignment*. The Contractor or its assignee may assign its rights to receive payment due as a result of performance of this contract to a bank, trust company, or other financing institution, including any Federal lending agency in accordance with the Assignment of Claims Act (31 U.S.C. 3727). However, when a third party makes payment (*e.g.*, use of the Governmentwide commercial purchase card), the Contractor may not assign its rights to receive payment under this contract.

(c) *Changes*. Changes in the terms and conditions of this contract may be made only by written agreement of the parties.

(d) *Disputes*. This contract is subject to the Contract Disputes Act of 1978, as amended (41 U.S.C. 601-613). Failure of the parties to this contract to reach agreement on any request for equitable adjustment, claim, appeal or action arising under or relating to this contract shall be a dispute to be resolved in accordance with the clause at FAR 52.233-1, Disputes, which is incorporated herein by reference. The Contractor shall proceed diligently with performance of this contract, pending final resolution of any dispute arising under the contract.

(e) *Definitions*. The clause at FAR 52.202-1, Definitions, is incorporated herein by reference.

(f) *Excusable delays*. The Contractor shall be liable for default unless nonperformance is caused by an occurrence beyond the reasonable control of the Contractor and without its fault or negligence such as, acts of God or the public enemy, acts of the Government in either its sovereign or contractual capacity, fires, floods, epidemics, quarantine restrictions, strikes, unusually severe weather, and delays of common carriers. The Contractor shall notify the Contracting Officer in writing as soon as it is reasonably possible after the commencement of any excusable delay, setting forth the full particulars in connection therewith, shall remedy such occurrence with all reasonable dispatch, and shall promptly give written notice to the Contracting Officer of the cessation of such occurrence.

(g) *Invoice.*
(1) The Contractor shall submit an original invoice and three copies (or electronic invoice, if authorized) to the address designated in the contract to receive invoices. An invoice must include—
(i) Name and address of the Contractor;
(ii) Invoice date and number;
(iii) Contract number, contract line item number and, if applicable, the order number;
(iv) Description, quantity, unit of measure, unit price and extended price of the items delivered;
(v) Shipping number and date of shipment, including the bill of lading number and weight of shipment if shipped on Government bill of lading;
(vi) Terms of any discount for prompt payment offered;
(vii) Name and address of official to whom payment is to be sent;
(viii) Name, title, and phone number of person to notify in event of defective invoice; and
(ix) Taxpayer Identification Number (TIN). The Contractor shall include its TIN on the invoice only if required elsewhere in this contract.
(x) Electronic funds transfer (EFT) banking information.
(A) The Contractor shall include EFT banking information on the invoice only if required elsewhere in this contract.
(B) If EFT banking information is not required to be on the invoice, in order for the invoice to be a proper invoice, the Contractor shall have submitted correct EFT banking information in accordance with the applicable solicitation provision, contract clause (*e.g.*, 52.232-33, Payment by Electronic Funds Transfer—Central Contractor Registration, or 52.232-34, Payment by Electronic Funds Transfer—Other Than Central Contractor Registration), or applicable agency procedures.
(C) EFT banking information is not required if the Government waived the requirement to pay by EFT.
(2) Invoices will be handled in accordance with the Prompt Payment Act (31 U.S.C. 3903) and Office of Management and Budget (OMB) prompt payment regulations at 5 CFR Part 1315.

(h) *Patent indemnity.* The Contractor shall indemnify the Government and its officers, employees and agents against liability, including costs, for actual or alleged direct or contributory infringement of, or inducement to infringe, any United States or foreign patent, trademark or copyright, arising out of the performance of this contract, provided the Contractor is reasonably notified of such claims and proceedings.

(i) *Payment.—*
(1) *Items accepted.* Payment shall be made for items accepted by the Government that have been delivered to the delivery destinations set forth in this contract.
(2) *Prompt payment.* The Government will make payment in accordance with the Prompt Payment Act (31 U.S.C. 3903) and prompt payment regulations at 5 CFR Part 1315.
(3) *Electronic Funds Transfer (EFT).* If the Government makes payment by EFT, see 52.212-5(b) for the appropriate EFT clause.
(4) *Discount.* In connection with any discount offered for early payment, time shall be computed from the date of the invoice. For the purpose of computing the discount earned, payment shall be considered to have been made on the date which appears on the payment check or the specified payment date if an electronic funds transfer payment is made.
(5) *Overpayments.* If the Contractor becomes aware of a duplicate contract financing or invoice payment or that the Government has otherwise overpaid on a contract financing or invoice payment, the Contractor shall immediately notify the Contracting Officer and request instructions for disposition of the overpayment.

(j) *Risk of loss.* Unless the contract specifically provides otherwise, risk of loss or damage to the supplies provided under this contract shall remain with the Contractor until, and shall pass to the Government upon:
(1) Delivery of the supplies to a carrier, if transportation is f.o.b. origin; or
(2) Delivery of the supplies to the Government at the destination specified in the contract, if transportation is f.o.b. destination.

(k) *Taxes.* The contract price includes all applicable Federal, State, and local taxes and duties.

(l) *Termination for the Government's convenience.* The Government reserves the right to terminate this contract, or any part hereof, for its sole convenience. In the event of such termination, the Contractor shall immediately stop all

work hereunder and shall immediately cause any and all of its suppliers and subcontractors to cease work. Subject to the terms of this contract, the Contractor shall be paid a percentage of the contract price reflecting the percentage of the work performed prior to the notice of termination, plus reasonable charges the Contractor can demonstrate to the satisfaction of the Government using its standard record keeping system, have resulted from the termination. The Contractor shall not be required to comply with the cost accounting standards or contract cost principles for this purpose. This paragraph does not give the Government any right to audit the Contractor's records. The Contractor shall not be paid for any work performed or costs incurred which reasonably could have been avoided.

(m) *Termination for cause.* The Government may terminate this contract, or any part hereof, for cause in the event of any default by the Contractor, or if the Contractor fails to comply with any contract terms and conditions, or fails to provide the Government, upon request, with adequate assurances of future performance. In the event of termination for cause, the Government shall not be liable to the Contractor for any amount for supplies or services not accepted, and the Contractor shall be liable to the Government for any and all rights and remedies provided by law. If it is determined that the Government improperly terminated this contract for default, such termination shall be deemed a termination for convenience.

(n) *Title.* Unless specified elsewhere in this contract, title to items furnished under this contract shall pass to the Government upon acceptance, regardless of when or where the Government takes physical possession.

(o) *Warranty.* The Contractor warrants and implies that the items delivered hereunder are merchantable and fit for use for the particular purpose described in this contract.

(p) *Limitation of liability.* Except as otherwise provided by an express warranty, the Contractor will not be liable to the Government for consequential damages resulting from any defect or deficiencies in accepted items.

(q) *Other compliances.* The Contractor shall comply with all applicable Federal, State and local laws, executive orders, rules and regulations applicable to its performance under this contract.

(r) *Compliance with laws unique to Government contracts.* The Contractor agrees to comply with 31 U.S.C. 1352 relating to limitations on the use of appropriated funds to influence certain Federal contracts; 18 U.S.C. 431 relating to officials not to benefit; 40 U.S.C. 3701, *et seq.*, Contract Work Hours and Safety Standards Act; 41 U.S.C. 51-58, Anti-Kickback Act of 1986; 41 U.S.C. 265 and 10 U.S.C. 2409 relating to whistleblower protections; 49 U.S.C. 40118, Fly American; and 41 U.S.C. 423 relating to procurement integrity.

(s) *Order of precedence.* Any inconsistencies in this solicitation or contract shall be resolved by giving precedence in the following order:
(1) The schedule of supplies/services.
(2) The Assignments, Disputes, Payments, Invoice, Other Compliances, and Compliance with Laws Unique to Government Contracts paragraphs of this clause.
(3) The clause at 52.212-5.
(4) Addenda to this solicitation or contract, including any license agreements for computer software.
(5) Solicitation provisions if this is a solicitation.
(6) Other paragraphs of this clause.
(7) The Standard Form 1449.
(8) Other documents, exhibits, and attachments.
(9) The specification.

(t) Central Contractor Registration (CCR).
(1) Unless exempted by an addendum to this contract, the Contractor is responsible during performance and through final payment of any contract for the accuracy and completeness of the data within the CCR database, and for any liability resulting from the Government's reliance on inaccurate or incomplete data. To remain registered in the CCR database after the initial registration, the Contractor is required to review and update on an annual basis from the date of initial registration or subsequent updates its information in the CCR database to ensure it is current, accurate and complete. Updating information in the CCR does not alter the terms and conditions of this contract and is not a substitute for a properly executed contractual document.

Amendment No. 04                                                          67
RFP 69D-226-06
Home Oxygen/HME
VISN 12

(2)(i) If a Contractor has legally changed its business name, "doing business as" name, or division name (whichever is shown on the contract), or has transferred the assets used in performing the contract, but has not completed the necessary requirements regarding novation and change-of-name agreements in FAR Subpart 42.12, the Contractor shall provide the responsible Contracting Officer a minimum of one business day's written notification of its intention to (A) change the name in the CCR database; (B) comply with the requirements of Subpart 42.12; and (C) agree in writing to the timeline and procedures specified by the responsible Contracting Officer. The Contractor must provide with the notification sufficient documentation to support the legally changed name.

(ii) If the Contractor fails to comply with the requirements of paragraph (t)(2)(i) of this clause, or fails to perform the agreement at paragraph (t)(2)(i)(C) of this clause, and, in the absence of a properly executed novation or change-of-name agreement, the CCR information that shows the Contractor to be other than the Contractor indicated in the contract will be considered to be incorrect information within the meaning of the "Suspension of Payment" paragraph of the electronic funds transfer (EFT) clause of this contract.

(3) The Contractor shall not change the name or address for EFT payments or manual payments, as appropriate, in the CCR record to reflect an assignee for the purpose of assignment of claims (see Subpart 32.8, Assignment of Claims). Assignees shall be separately registered in the CCR database. Information provided to the Contractor's CCR record that indicates payments, including those made by EFT, to an ultimate recipient other than that Contractor will be considered to be incorrect information within the meaning of the "Suspension of payment" paragraph of the EFT clause of this contract.

(4) Offerors and Contractors may obtain information on registration and annual confirmation requirements via the internet at http://www.ccr.gov or by calling 1-888-227-2423 or 269-961-5757.

## Addenda to FAR 52.212-4

METRIC PRODUCTS:    Products manufactured to metric dimensions will be considered on an equal basis with those manufactured using inch-pound units, providing they fall within the tolerances specified using conversion tables contained in the latest revision of Federal Standard No. 376, and all other requirements of this document are met.

If a product is manufactured to metric dimensions and those dimensions exceed the tolerances specified in the inch-pound units, a request should be made to the Contracting Officer to determine if the product is acceptable. The Contracting Officer, in concert with the COTR will accept or reject the product.

## 52.252-2 Clauses Incorporated by Reference (FEB 1998)

This contract incorporates one or more clauses by reference, with the same force and effect as if they were given in full text. Upon request, the Contracting Officer will make their full text available. Also, the full text of a clause may be accessed electronically at this/these address(es):

FAR:     http://www.acqnet.gov/far/
VAAR:   http://www.va.gov/oamm/acquisitions/ars/policyreg/vaar/

FEDERAL ACQUISITION REGULATION (48 CFR Chapter 1)
VA FEDERAL ACQUISITION REGULATIONS (48 CFR Chapter 8)

| NUMBER | TITLE | DATE |
|---|---|---|
| 52.203-3 | Gratuities | APR 1984 |
| 52.222-24 | Preaward On-Site Equal Opportunity Compliance Evaluation | FEB 1999 |
| 52.224-1 | Privacy Act Notification | APR 1984 |
| 52.224-2 | Privacy Act | APR 1984 |
| 52.232-17 | Interest | JUN 1996 |
| 52.232-18 | Availability of Funds | APR 1984 |
| 52.237-3 | Continuity of Services | JAN 1991 |
| 52.242-13 | Bankruptcy | JUL 1995 |
| 52.246-2 | Inspection of Supplies -- Fixed Price | AUG 1996 |
| 52.246-16 | Responsibility for Supplies | APR 1984 |
| 52.242-15 | Stop-Work Order | AUG 1989 |

Amendment No. 04                                                                                         68
RFP 69D-226-06
Home Oxygen/HME
VISN 12

| 852.203-71 | Display of VA Hotline Poster | DEC 1992 |
| 852.216-70(D) | Estimated Quantities | APR 1984 |
| 852.270-1 | Representatives of Contracting Officers | APR 1984 |
| 852.270-4 | Commercial Advertising | NOV 1984 |
| 852.271-70 | Nondiscrimination in Services Provided Beneficiaries | APR 1984 |

**52.204-9 Personal Identity Verification of Contractor Personnel (JAN 2006)**

(a) The Contractor shall comply with agency personal identity verification procedures identified in the contract that implement Homeland Security Presidential Directive-12 (HSPD-12), Office of Management and Budget (OMB) guidance M-05-024, and Federal Information Processing Standards Publication (FIPS PUB) Number 201.

(b) The Contractor shall insert this clause in all subcontracts when the subcontractor is required to have physical access to a federally-controlled facility or access to a Federal information system.

**52.216-1 Type of Contract (APR 1984)**

The Government contemplates award of a firm-fixed-price, requirements contract resulting from this solicitation.

**52.216-18 Ordering (OCT 1995)**

(a) Any supplies and services to be furnished under this contract shall be ordered by issuance of delivery orders or task orders by the individuals or activities designated in the Schedule. Such orders may be issued from the effective date of contract award through the last day of the final Option Year or as extended by the VA within the terms and conditions of the contract.

(b) All delivery orders or task orders are subject to the terms and conditions of this contract. In the event of conflict between a delivery order or task order and this contract, the contract shall control.

(c) If mailed, a delivery order or task order is considered "issued" when the Government deposits the order in the mail. Orders may be issued orally, by facsimile, or by electronic commerce methods only if authorized in the Schedule.

**52.216-19 Order Limitations (OCT 1995)**

(a) Minimum order. When the Government requires supplies or services covered by this contract in an amount of less than one item, the Government is not obligated to purchase, nor is the Contractor obligated to furnish, those supplies or services under the contract.

(b) Maximum order. The Contractor is not obligated to honor -

(1) Any order for a single item in excess of $15,000;

(2) Any order for a combination of items in excess of $15,000 in a single day; or

(3) A series of orders from the same ordering office within one day that together call for quantities exceeding the limitation in subparagraph (b)(1) or (2) of this section.

(c) If this is a requirements contract (i.e., includes the Requirements clause at subsection 52.216-21 of the Federal Acquisition Regulation (FAR)), the Government is not required to order a part of any one requirement from the Contractor if that requirement exceeds the maximum-order limitations in paragraph (b) of this section.

(d) Notwithstanding paragraphs (b) and (c) of this section, the Contractor shall honor any order exceeding the maximum order limitations in paragraph (b), unless that order (or orders) is returned to the ordering office within two hours after issuance, with written notice stating the Contractor's intent not to ship the item (or items) called for

and the reasons. Upon receiving this notice, the Government may acquire the supplies or services from another source.

### 52.216-21 Requirements (OCT 1995)

(a) This is a requirements contract for the supplies or services specified, and effective for the period stated, in the Schedule. The quantities of supplies or services specified in the Schedule are estimates only and are not purchased by this contract. Except as this contract may otherwise provide, if the Government's requirements do not result in orders in the quantities described as "estimated" or "maximum" in the Schedule, that fact shall not constitute the basis for an equitable price adjustment.

(b) Delivery or performance shall be made only as authorized by orders issued in accordance with the Ordering clause. Subject to any limitations in the Order Limitations clause or elsewhere in this contract, the Contractor shall furnish to the Government all supplies or services specified in the Schedule and called for by orders issued in accordance with the Ordering clause. The Government may issue orders requiring delivery to multiple destinations or performance at multiple locations.

(c) Except as this contract otherwise provides, the Government shall order from the Contractor all the supplies or services specified in the Schedule that are required to be purchased by the Government activity or activities specified in the Schedule.

(d) The Government is not required to purchase from the Contractor requirements in excess of any limit on total orders under this contract.

(e) If the Government urgently requires delivery of any quantity of an item before the earliest date that delivery may be specified under this contract, and if the Contractor will not accept an order providing for the accelerated delivery, the Government may acquire the urgently required goods or services from another source.

(f) Any order issued during the effective period of this contract and not completed within that period shall be completed by the Contractor within the time specified in the order. The contract shall govern the Contractor's and Government's rights and obligations with respect to that order to the same extent as if the order were completed during the contract's effective period; *provided*, that the Contractor shall not be required to make any deliveries under this from the effective date of contract award through the last day of the final Option Year or as extended by the VA within the terms and conditions of the contract.

### 52.217-8 Option to Extend Services (NOV 1999)

The Government may require continued performance of any services within the limits and at the rates specified in the contract. These rates may be adjusted only as a result of revisions to prevailing labor rates provided by the Secretary of Labor. The option provision may be exercised more than once, but the total extension of performance hereunder shall not exceed 6 months. The Contracting Officer may exercise the option by written notice to the Contractor within ten days.

### 52.217-9 Option to Extend the Term of the Contract (MAR 2000)

(a) The Government may extend the term of this contract by written notice to the Contractor within ten days; provided that the Government gives the Contractor a preliminary written notice of its intent to extend at least 30 days before the contract expires. The preliminary notice does not commit the Government to an extension.

(b) If the Government exercises this option, the extended contract shall be considered to include this option clause.

(c) The total duration of this contract, including the exercise of any options under this clause, shall not exceed FIVE years.

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

### 52.232-19 Availability of Funds for the Next Fiscal Year (APR 1984)

Funds are not presently available for performance under this contract beyond September 30th of the current year. The Government's obligation for performance of this contract beyond that date is contingent upon the availability of appropriated funds from which payment for contract purposes can be made. No legal liability on the part of the Government for any payment may arise for performance under this contract beyond September 30th, until funds are made available to the Contracting Officer for performance and until the Contractor receives notice of availability, to be confirmed in writing by the Contracting Officer.

### 852.237-70 Contractor responsibilities (APR 1984)

The contractor shall obtain all necessary licenses and/or permits required to perform this work. He/she shall take all reasonable precautions necessary to protect persons and property from injury or damage during the performance of this contract. He/she shall be responsible for any injury to himself/herself, his/her employees, as well as for any damage to personal or public property that occurs during the performance of this contract that is caused by his/her employees fault or negligence, and shall maintain personal liability and property damage insurance having coverage for a limit as required by the laws of the state of its corporate office. Further, it is agreed that any negligence of the Government, its officers, agents, servants and employees, shall not be the responsibility of the contractor hereunder with the regard to any claims, loss, damage, injury, and liability resulting therefrom.

### 52.212-5 Contract Terms and Conditions Required to Implement Statutes or Executive Orders—Commercial Items (SEPT 2006)

(a) The Contractor shall comply with the following Federal Acquisition Regulation (FAR) clauses, which are incorporated in this contract by reference, to implement provisions of law or Executive orders applicable to acquisitions of commercial items:
(1) 52.233-3, Protest After Award (AUG 1996) (31 U.S.C. 3553).
(2) 52.233-4, Applicable Law for Breach of Contract Claim (OCT 2004) (Pub L. 108-77, 108-78).

(b) The Contractor shall comply with the FAR clauses in this paragraph (b) that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[ X ] (1) 52.203-6, Restrictions on Subcontractor Sales to the Government (JULY 1995), with Alternate I (SEPT 2006) (41 U.S.C. 253g and 10 U.S.C. 2402).

[ ] (2) 52.219-3, Notice of Total HUBZone Set-Aside (JAN 1999) (15 U.S.C. 657a).

[ X ] (3) 52.219-4, Notice of Price Evaluation Preference for HUBZone Small Business Concerns (JULY 2005) (if the offeror elects to waive the preference, it shall so indicate in its offer) (15 U.S.C. 657a).

[ ] (4) [Reserved]

[ ] (5)(i) 52.219-6, Notice of Total Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

    [ ] (ii) Alternate I (OCT 1995) of 52.219-6.

    [ ] (iii) Alternate II (MAR 2004) of 52.219-6.

[ ] (6)(i) 52.219-7, Notice of Partial Small Business Set-Aside (JUNE 2003) (15 U.S.C. 644).

    [ ] (ii) Alternate I (OCT 1995) of 52.219-7.

    [ ] (iii) Alternate II (MAR 2004) of 52.219-7.

[ X ] (7) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637 (d)(2) and (3)).

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

[ X ] (8)(i) 52.219-9, Small Business Subcontracting Plan (SEPT 2006) (15 U.S.C. 637(d)(4)).

[ ] (ii) Alternate I (OCT 2001) of 52.219-9.

[ ] (iii) Alternate II (OCT 2001) of 52.219-9.

[ ] (9) 52.219-14, Limitations on Subcontracting (DEC 1996) (15 U.S.C. 637(a)(14)).

[ ] (10)(i) 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns (SEPT 2005) (10 U.S.C. 2323) (if the offeror elects to waive the adjustment, it shall so indicate in its offer).

[ ] (ii) Alternate I (JUNE 2003) of 52.219-23.

[ X ] (11) 52.219-25, Small Disadvantaged Business Participation Program--Disadvantaged Status and Reporting (OCT 1999) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[ ] (12) 52.219-26, Small Disadvantaged Business Participation Program--Incentive Subcontracting (OCT 2000) (Pub. L. 103-355, section 7102, and 10 U.S.C. 2323).

[ ] (13) 52.219-27, Notice of Total Service-Disabled Veteran-Owned Small Business Set-Aside (MAY 2004).

[ ] (14) 52.222-3, Convict Labor (JUNE 2003) (E.O. 11755).

[ X ] (15) 52.222-19, Child Labor--Cooperation with Authorities and Remedies (JAN 2006) (E.O. 13126).

[ X ] (16) 52.222-21, Prohibition of Segregated Facilities (FEB 1999).

[ X ] (17) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

[ X ] (18) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (SEPT 2006) (38 U.S.C. 4212).

[ X ] (19) 52.222-36, Affirmative Action for Workers with Disabilities (JUN 1998) (29 U.S.C. 793).

[ X ] (20) 52.222-37, Employment Reports on Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (SEPT 2006) (38 U.S.C. 4212).

[ X ] (21) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004)(E.O. 13201).

[ ] (22)(i) 52.223-9, Estimate of Percentage of Recovered Material Content for EPA-Designated Products (AUG 2000) (42 U.S.C. 6962(c)(3)(A)(ii)).

[ ] (ii) Alternate I (AUG 2000) of 52.223-9 (42 U.S.C. 6962(i)(2)(C)).

[ X ] (23) 52.225-1, Buy American Act--Supplies (JUNE 2003) (41 U.S.C. 10a-10d).

[ X ] (24)(i) 52.225-3, Buy American Act--Free Trade Agreements--Israeli Trade Act (JUNE 2006) (41 U.S.C. 10a-10d, 19 U.S.C. 3301 note, 19 U.S.C. 2112 note, Pub. L. 108-77, 108-78, 108-286), and 109-53). [if checked offerors/quoters should complete 52.212-3 Reps & Certs paragraph (g)(1)(ii) and (iii)]

[ ] (ii) Alternate I (JAN 2004) of 52.225-3.

[ ] (iii) Alternate II (JAN 2004) of 52.225-3.

[ ] (25) 52.225-5, Trade Agreements (JUNE 2006) (19 U.S.C. 2501, *et seq.*, 19 U.S.C. 3301 note).

[ X ] (26) 52.225-13, Restrictions on Certain Foreign Purchases (FEB 2006) (E.o.s, proclamations and statutes administered by the Office of Foreign Assets Control of the Department of the Treasury).

[ ] (27) 52.226-4, Notice of Disaster or Emergency Area Set-Aside (42 U.S.C. 5150).

[ ] (28) 52.226-5, Restrictions on Subcontracting Outside Disaster or Emergency Area (42 U.S.C. 5150).

[ ] (29) 52.232-29, Terms for Financing of Purchases of Commercial Items (FEB 2002) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[ ] (30) 52.232-30, Installment Payments for Commercial Items (OCT 1995) (41 U.S.C. 255(f), 10 U.S.C. 2307(f)).

[ ] (31) 52.232-33, Payment by Electronic Funds Transfer--Central Contractor Registration (OCT 2003) (31 U.S.C. 3332).

[ X ] (32) 52.232-34, Payment by Electronic Funds Transfer--Other than Central Contractor Registration (MAY 1999) (31 U.S.C. 3332).

[ X ] (33) 52.232-36, Payment by Third Party (MAY 1999) (31 U.S.C. 3332).

[ ] (34) 52.239-1, Privacy or Security Safeguards (AUG 1996) (5 U.S.C. 552a).

[ ] (35)(i) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631).

    [ ] (ii) Alternate I (APR 2003) of 52.247-64.

(c) The Contractor shall comply with the FAR clauses in this paragraph (c), applicable to commercial services, that the Contracting Officer has indicated as being incorporated in this contract by reference to implement provisions of law or Executive orders applicable to acquisitions of commercial items:

[ X ] (1) 52.222-41, Service Contract Act of 1965, as Amended (JULY 2005) (41 U.S.C. 351, *et seq.*).

[ X ] (2) 52.222-42, Statement of Equivalent Rates for Federal Hires (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[ X ] (3) 52.222-43, Fair Labor Standards Act and Service Contract Act--Price Adjustment (Multiple Year and Option Contracts) (MAY 1989) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

[ ] (4) 52.222-44, Fair Labor Standards Act and Service Contract Act--Price Adjustment (FEB 2002) (29 U.S.C. 206 and 41 U.S.C. 351, et seq.).

(d) Comptroller General Examination of Record. The Contractor shall comply with the provisions of this paragraph (d) if this contract was awarded using other than sealed bid, is in excess of the simplified acquisition threshold, and does not contain the clause at 52.215-2, Audit and Records -- Negotiation.

    (1) The Comptroller General of the United States, or an authorized representative of the Comptroller General, shall have access to and right to examine any of the Contractor's directly pertinent records involving transactions related to this contract.

    (2) The Contractor shall make available at its offices at all reasonable times the records, materials, and other evidence for examination, audit, or reproduction, until 3 years after final payment under this contract or for any shorter period specified in FAR Subpart 4.7, Contractor Records Retention, of the other clauses of this contract. If this contract is completely or partially terminated, the records relating to the work terminated shall be made available for 3 years after any resulting final termination settlement. Records relating to appeals under the disputes

clause or to litigation or the settlement of claims arising under or relating to this contract shall be made available until such appeals, litigation, or claims are finally resolved.

(3) As used in this clause, records include books, documents, accounting procedures and practices, and other data, regardless of type and regardless of form. This does not require the Contractor to create or maintain any record that the Contractor does not maintain in the ordinary course of business or pursuant to a provision of law.

(e)(1) Notwithstanding the requirements of the clauses in paragraphs (a), (b), (c), and (d) of this clause, the Contractor is not required to flow down any FAR clause, other than those in paragraphs (i) through (vii) of this paragraph in a subcontract for commercial items. Unless otherwise indicated below, the extent of the flow down shall be as required by the clause--

    (i) 52.219-8, Utilization of Small Business Concerns (MAY 2004) (15 U.S.C. 637(d)(2) and (3)), in all subcontracts that offer further subcontracting opportunities. If the subcontract (except subcontracts to small business concerns) exceeds $550,000 ($1,000,000 for construction of any public facility), the subcontractor must include 52.219-8 in lower tier subcontracts that offer subcontracting opportunities.

    (ii) 52.222-26, Equal Opportunity (APR 2002) (E.O. 11246).

    (iii) 52.222-35, Equal Opportunity for Special Disabled Veterans, Veterans of the Vietnam Era, and Other Eligible Veterans (DEC 2001) (38 U.S.C. 4212).

    (iv) 52.222-36, Affirmative Action for Workers with Disabilities (JUNE 1998) (29 U.S.C. 793).

    (v) 52.222-39, Notification of Employee Rights Concerning Payment of Union Dues or Fees (DEC 2004) (E.O. 13201).

    (vi) 52.222-41, Service Contract Act of 1965, as Amended (JULY 2005), flow down required for all subcontracts subject to the Service Contract Act of 1965 (41 U.S.C. 351, *et seq.*).

    (vii) 52.247-64, Preference for Privately Owned U.S.-Flag Commercial Vessels (FEB 2006) (46 U.S.C. Appx. 1241(b) and 10 U.S.C. 2631). Flow down required in accordance with paragraph (d) of FAR clause 52.247-64.

(2) While not required, the contractor may include in its subcontracts for commercial items a minimal number of additional clauses necessary to satisfy its contractual obligations.

**Addendum(s) to FAR 52.212-5:**

a. **FAR clause 52.219-4**, Notice of Price Evaluation Preference for HUBZone Small Business Concerns, which is incorporated in this solicitation by reference, notes that **10%** added to all offerors' prices who are not certified HUBZone firms.

b. **FAR clause 52.222-37**, Employment Reports on Disabled Veterans and Veterans of the Vietnam Era, which is incorporated in this solicitation by reference, requests that the contractor report at least annually to the Secretary of Labor regarding employment of Vietnam era and disabled veterans. The contractor shall use Standard Form VETS-100, Federal Contractor Veterans' Employment Report, to submit the requested reports by September 30 each year. This may be done "on-line" at: http://vets100.cudenver.edu/

c. **FAR Clause 52.222-42:** For information only regarding government wages, if the government could/would hire employees, this table reflects those levels:

| Title | Wage Grade | Wage Rate/Hour* |
|---|---|---|
| Technician/Driver | WG 6 - Step 4 | $20.04 |
| * Add 28% for benefits | --- | --- |

**52.212-1 Instructions to Offerors--Commercial Items (JAN 2006)**

(a) *North American Industry Classification System (NAICS) code and small business size standard.* The NAICS code and small business size standard for this acquisition appear in Block 10 of the solicitation cover sheet (SF 1449). However, the small business size standard for a concern which submits an offer in its own name, but which proposes to furnish an item which it did not itself manufacture, is 500 employees.

Amendment No. 04                                                                                                74
RFP 69D-226-06
Home Oxygen/HME
VISN 12

(b) *Submission of offers*. Submit signed and dated offers to the office specified in this solicitation at or before the
exact time specified in this solicitation. Offers may be submitted on the SF 1449, letterhead stationery, or as
otherwise specified in the solicitation. As a minimum, offers must show--
(1) The solicitation number;
(2) The time specified in the solicitation for receipt of offers;
(3) The name, address, and telephone number of the offeror;
(4) A technical description of the items being offered in sufficient detail to evaluate compliance with the
requirements in the solicitation. This may include product literature, or other documents, if necessary;
(5) Terms of any express warranty;
(6) Price and any discount terms;
(7) "Remit to" address, if different than mailing address;
(8) A completed copy of the representations and certifications at FAR 52.212-3 (see FAR 52.212-3(j) for those
representations and certifications that the offeror shall complete electronically);
(9) Acknowledgment of Solicitation Amendments;
(10) Past performance information, when included as an evaluation factor, to include recent and relevant contracts
for the same or similar items and other references (including contract numbers, points of contact with telephone
numbers and other relevant information); and
(11) If the offer is not submitted on the SF 1449, include a statement specifying the extent of agreement with all
terms, conditions, and provisions included in the solicitation. Offers that fail to furnish required representations or
information, or reject the terms and conditions of the solicitation may be excluded from consideration.

(c) *Period for acceptance of offers*. The offeror agrees to hold the prices in its offer firm for 60 calendar days from
the date specified for receipt of offers, unless another time period is specified in an addendum to the solicitation.

(d) *Product samples*. When required by the solicitation, product samples shall be submitted at or prior to the time
specified for receipt of offers. Unless otherwise specified in this solicitation, these samples shall be submitted at no
expense to the Government, and returned at the sender's request and expense, unless they are destroyed during
preaward testing.

(e) *Multiple offers*. Offerors are encouraged to submit multiple offers presenting alternative terms and conditions or
commercial items for satisfying the requirements of this solicitation. Each offer submitted will be evaluated
separately.

(f) *Late submissions, modifications, revisions, and withdrawals of offers*.
(1) Offerors are responsible for submitting offers, and any modifications, revisions, or withdrawals, so as to reach
the Government office designated in the solicitation by the time specified in the solicitation. If no time is specified
in the solicitation, the time for receipt is 4:30 p.m., local time, for the designated Government office on the date that
offers or revisions are due.
(2)(i) Any offer, modification, revision, or withdrawal of an offer received at the Government office designated in
the solicitation after the exact time specified for receipt of offers is "late" and will not be considered unless it is
received before award is made, the Contracting Officer determines that accepting the late offer would not unduly
delay the acquisition; and--
(A) If it was transmitted through an electronic commerce method authorized by the solicitation, it was received at
the initial point of entry to the Government infrastructure not later than 5:00 p.m. one working day prior to the date
specified for receipt of offers; or
(B) There is acceptable evidence to establish that it was received at the Government installation designated for
receipt of offers and was under the Government's control prior to the time set for receipt of offers; or
(C) If this solicitation is a request for proposals, it was the only proposal received.
(ii) However, a late modification of an otherwise successful offer, that makes its terms more favorable to the
Government, will be considered at any time it is received and may be accepted.
(3) Acceptable evidence to establish the time of receipt at the Government installation includes the time/date stamp
of that installation on the offer wrapper, other documentary evidence of receipt maintained by the installation, or
oral testimony or statements of Government personnel.
(4) If an emergency or unanticipated event interrupts normal Government processes so that offers cannot be received
at the Government office designated for receipt of offers by the exact time specified in the solicitation, and urgent
Government requirements preclude amendment of the solicitation or other notice of an extension of the closing date,

the time specified for receipt of offers will be deemed to be extended to the same time of day specified in the solicitation on the first work day on which normal Government processes resume.

(5) Offers may be withdrawn by written notice received at any time before the exact time set for receipt of offers. Oral offers in response to oral solicitations may be withdrawn orally. If the solicitation authorizes facsimile offers, offers may be withdrawn via facsimile received at any time before the exact time set for receipt of offers, subject to the conditions specified in the solicitation concerning facsimile offers. An offer may be withdrawn in person by an offeror or its authorized representative if, before the exact time set for receipt of offers, the identity of the person requesting withdrawal is established and the person signs a receipt for the offer.

(g) *Contract award (not applicable to Invitation for Bids).* The Government intends to evaluate offers and award a contract without discussions with offerors. Therefore, the offeror's initial offer should contain the offeror's best terms from a price and technical standpoint. However, the Government reserves the right to conduct discussions if later determined by the Contracting Officer to be necessary. The Government may reject any or all offers if such action is in the public interest; accept other than the lowest offer; and waive informalities and minor irregularities in offers received.

(h) *Multiple awards.* The Government may accept any item or group of items of an offer, unless the offeror qualifies the offer by specific limitations. Unless otherwise provided in the Schedule, offers may not be submitted for quantities less than those specified. The Government reserves the right to make an award on any item for a quantity less than the quantity offered, at the unit prices offered, unless the offeror specifies otherwise in the offer.

(i) *Availability of requirements documents cited in the solicitation.* (1)(i) The GSA Index of Federal Specifications, Standards and Commercial Item Descriptions, FPMR Part 101-29, and copies of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained for a fee by submitting a request to—
    GSA Federal Supply Service Specifications Section
    Suite 8100
    470 East L'Enfant Plaza, SW
    Washington, DC 20407
    Telephone (202) 619-8925
    Facsimile (202) 619-8978.

(ii) If the General Services Administration, Department of Agriculture, or Department of Veterans Affairs issued this solicitation, a single copy of specifications, standards, and commercial item descriptions cited in this solicitation may be obtained free of charge by submitting a request to the addressee in paragraph (i)(1)(i) of this provision. Additional copies will be issued for a fee.

(2) Most unclassified Defense specifications and standards may be downloaded from the following ASSIST websites:

(i) ASSIST (http://assist.daps.dla.mil).

(ii) Quick Search (http://assist.daps.dla.mil/quick-search).

(ii) ASSISTdocs.com (http://assistdocs.com).

(3) Documents not available from ASSIST may be ordered from the Department of Defense Single Stock Point (DoDSSP) by --

(i) Using the ASSIST Shopping Wizard (http://assist.daps.dla.mil/wizard);

(ii) Phoning the DoDSSP Customer Service Desk (215) 697-2179, Mon-Fri, 0730 to 1600 EST; or

(iii) Ordering from DoDSSP, Building 4, Section D, 700 Robbins Avenue, Philadelphia, PA 19111-5094, Telephone (215) 697-2667/2179, Facsimile (215) 697-1462.

(4) Nongovernment (voluntary) standards must be obtained from the organization responsible for their preparation, publication, or maintenance.

(j) *Data Universal Numbering System (DUNS) Number.* (Applies to offers exceeding $25,000, and offers of $25,000 or less if the solicitation requires the Contractor to be registered in the Central Contractor Registration (CCR) database. The offeror shall enter, in the block with its name and address on the cover page of its offer, the annotation "DUNS" or "DUNS+4" followed by the DUNS or DUNS+4 number that identifies the offeror's name and address. The DUNS+4 is the DUNS number plus a 4-character suffix that may be assigned at the discretion of the offeror to establish additional CCR records for identifying alternative Electronic Funds Transfer (EFDT) accounts (see FAR Subpart 32.11) for the same parent concern. If the offeror does not have a DUNS number, it should contact Dun and Bradstreet directly to obtain one. An offeror within the United States may contact Dun and

Bradstreet by calling 1-866-705-5711 or via the internet at *http://www.dnb.com.* An offeror located outside the United States must contact the local Dun and Bradstreet office for a DUNS number.

(k) *Central Contractor Registration.* Unless exempted by an addendum to this solicitation, by submission of an offer, the offeror acknowledges the requirements that a prospective awardee shall be registered in the CCR database prior to award, during performance and through final payment of any contract resulting from this solicitation. If the Offeror does not become registered in the CCR database in the time prescribed by the Contracting Officer, the Contracting Officer will proceed to award to the next otherwise successful registered Offeror. Offerors may obtain information on registration and annual confirmation requirements via the internet at *http://www.ccr.gov* or by calling 1-888-227-2423 or 269-961-5757.

(l) *Debriefing.* If a post-award debriefing is given to requesting offerors, the Government shall disclose the following information, if applicable:
(1) The agency's evaluation of the significant weak or deficient factors in the debriefed offeror's offer.
(2) The overall evaluated cost or price and technical rating of the successful and the debriefed offeror and past performance information on the debriefed offeror.
(3) The overall ranking of all offerors, when any ranking was developed by the agency during source selection.
(4) A summary of the rationale for award.
(5) For acquisition of commercial items, the make and model of the item to be delivered by the successful offeror.
(6) Reasonable responses to relevant questions posed by the debriefed offeror as to whether source-selection procedures set forth in the solicitation, applicable regulations, and other applicable authorities were followed by the agency.

## ADDENDUM TO FAR 52.212-1:

1. Register in CCR in accordance with FAR 52.212-1, paragraph (k) above.

2. The contractor shall furnish a copy of the following information/documentation with their offer:

- JCAHO Accreditation (See Certificate in Technical Proposal Binder)

- FDA permits, Licenses (See Addendum in Technical Proposal Binder)

- A copy of the Job Description; a current, completed Competence Assessment Checklist; a current performance evaluation, and listing of relevant continuing education for the last two years for each Contractor employee who is proposed to provide services under a contract resulting from this solicitation. (See addendum in Technical Proposal Binder)

- Records of tank batches and purity checks on oxygen supply (See addendum in Technical Proposal Binder)

- Operating Plan and Procedures for:

  o   Accident and incident reporting (PI-004, Form-014)
  o   Patient education rights and responsibilities (RI-003, Page 1.5 Client Handbook)
  o   Performance Improvement Plan (PI-001, No Form)
  o   Equipment maintenance and management (EC-017, Form-013)
  o   Fire and emergency preparedness planning (EC-003 & EC-004, Page 1.4&1.6 Client Handbook)
  o   Handling patient complaints (RI-010, Form-013 and Page 1.6 Client Handbook
  o   Procedures for Delivery, reclaiming, and sterilization of HME
  o   Universal Precautions Policy and Procedure (IC-004, No Form)
  o   Safety and Occupational Health Procedure (EC-001 & IC-002, No Form)
  o   Electrical Safety Procedure (Not in Procedure book, Page 2.17&2.18 in Client Handbook)
  o   Patient Care Record, Satisfaction Survey, and Confidentiality statement. (IM-006, PI-

003 & RI-007, No Form)
- o  Sample Plan of Service (PC-005 & PC-006, Plan of Care/Services Form)
- o  Sample Technicians Report (EC-013, Form Delivery Log)
- o  Miscellaneous Education Training Checklist for all equipment (HR-005 & HR-007, Forms Equipment Skills Competency Assessment & Annual Training and Skill Assessment Home Care Staff)
- o  Recall Procedures (EC-009, No Forms)
- o  Inventory control procedures (No applicable forms or procedures)
- o  "Do Not Resuscitate" policy (RI-002, Pages 1.13&1.14 Client Handbook)
- o  Emergency Preparedness Plan (EC-004, No Form)
- o  Patient "out of area" travel plan (sample) (Freedom Link Brochure)

- • Copies of all pertinent manufacturer literature on equipment affected by this contract.

- • Provide a copy of your firm's current published price list for supplies, equipment, and services provided commercially. (See Addendum in Technical Proposal Binder)

- • Certification regarding List of Excluded Individuals/Entities (see Statement of Work – Personnel Qualification Standards). (See Addendum in Technical Proposal Binider)

3. Veteran Owned (VO)/Service-Disabled-Veteran-Owned (SDVO) Small Business (SB) Preference

(a) VA recognizes the contributions of our Nation's veterans, and we strive to make contract awards to small businesses owned by veterans and service-disabled veterans. We also encourage prime contractors to form partnerships and/or to pursue subcontracting opportunities with veteran-owned and service-disabled veteran-owned small businesses. Depending on the evaluation factors included in the solicitation, VA may evaluate offerors based on their veteran-owned or service-disabled veteran-owned status, their proposed use of veteran-owned or service-disabled veteran-owned small businesses as subcontractors, and their past performance on adherence to small business subcontracting plan requirements.

(b) To receive credit under the Veteran-Owned Small Business and Service-Disabled Veteran-Owned Small Business Status evaluation factor, an offeror must furnish a completed representation (Federal Acquisition Regulation clause 52.212-3 or 52.219-1) that shows that it qualifies as a veteran-owned or service-disabled veteran-owned small business.

(c) To receive credit under the Proposed Use of Veteran-Owned and Service-Disabled Veteran-Owned Small Business Subcontractors evaluation factor, offerors must submit completed representations (Federal Acquisition Regulation clause 52.212-3 or 52.219-1) for proposed subcontractors. In addition, offerors must state in their proposals the names of the veteran-owned and service-disabled veteran-owned small businesses with whom they intend to subcontract and the approximate dollar values of the proposed subcontracts. Offerors are encouraged to use the Veterans Information Pages (VIP), located on the Web at http://www.ccr.gov, to locate veteran-owned and service-disabled veteran-owned small businesses.

(d) To receive credit under the Adherence to Subcontracting Plan Requirements evaluation factor, offerors that are other than small businesses must submit a small business subcontracting plan. Small Businesses will receive full credit for this evaluation factor, since they are not required to submit small business subcontracting plans.

4. Historically Underutilized Business Zone (HUBZone) Preference

A factor of 10 percent shall be applied on a line item basis or to any group of items on which award may be made. Other evaluation factors, such as transportation costs or rent-free use of Government facilities, shall be added to the offer to establish the base offer before adding the factor of 10 percent.

**52.233-2 Service of Protest (SEPT 2006)**

Amendment No. 04                                                              78
RFP 69D-226-06
Home Oxygen/HME
VISN 12

(a) Protests, as defined in section 33.101 of the Federal Acquisition Regulation, that are filed directly with an agency, and copies of any protests that are filed with the Government Accountability Office (GAO), shall be served on the Contracting Officer (addressed as follows) by obtaining written and dated acknowledgment of receipt from Contracting Officer (69D/GLAC), Department of Veterans Affairs, Great Lakes Acquisition Center, 5000 West National Avenue, Building 5, Milwaukee, WI 53295-0005.

(b) The copy of any protest shall be received in the office designated above within one day of filing a protest with the GAO.

**852.233-70 Protest Content  (JAN 1998)**

(a) Any protest filed by an interested party shall:
(1) Include the name, address, fax number, and telephone number of the protester;
(2) Identify the solicitation and/or contract number;
(3) Include an original signed by the protester or the protester's representative, and at least one copy;
(4) Set forth a detailed statement of the legal and factual grounds of the protest, including a description of resulting prejudice to the protester, and provide copies of relevant documents;
(5) Specifically request a ruling of the individual upon whom the protest is served;
(6) State the form of relief requested; and
(7) Provide all information establishing the timeliness of the protest.

(b) Failure to comply with the above may result in dismissal of the protest without further consideration.

**852.233-71 Alternate Protest Procedure (JAN 1998)**

As an alternative to filing a protest with the contracting officer, an interested party may file a protest with the Deputy Assistant Secretary for Acquisition and Materiel Management, Acquisition Administration Team, Department of Veterans Affairs, 810 Vermont Avenue, NW, Washington, DC, 20420, or, for solicitations issued by the Office of Facilities Management, the Chief Facilities Management Officer, Office of Facilities Management, 810 Vermont Avenue, NW, Washington, DC 20420. The protest will not be considered if the interested party has a protest on the same or similar issues pending with the contracting officer.

**52.212-2 Evaluation - Commercial Items. (JAN 1999)**

(a) The Government will award a contract resulting from this solicitation to the responsible offeror whose offer conforming to the solicitation will be most advantageous to the Government, price and other factors considered. The following factors shall be used to evaluate offers:

- Past performance of the vendor (Cover Letter)
- Experience and qualifications of the personnel to provide services on this contract (Cover Letter)
- Equipment to be used (Technical Proposal Binder)
- Approach to providing the services to meet RFP/contract requirements
  - Equipment, facilities/locations (Cover Letter)
  - Phase in (Cover Letter)
  - Policies/procedures (Technical Proposal Binder)
- Price (Price Proposal Binder)
- 10% Price Evaluation Preference for HUBZone Small Business Concerns
- VO/SDVO SB Evaluation Preference

The factors of past performance of the vendor, experience and qualifications of personnel, equipment and approach to providing services, when combined, are approximately equal when compared to price. Preferences for HUBZone and VO/SDVO SB are significantly less important when compared to Price.

(b) Options. The Government will evaluate offers for award purposes by adding the total price for all options to the total price for the basic requirement. The Government may determine that an offer is unacceptable if the option prices are significantly unbalanced. Evaluation of options shall not obligate the Government to exercise the option(s).

(c) A written notice of award or acceptance of an offer, mailed or otherwise furnished to the successful offeror within the time for acceptance specified in the offer, shall result in a binding contract without further action by either party. Before the offer's specified expiration time, the Government may accept an offer (or part of an offer), whether or not there are negotiations after its receipt, unless a written notice of withdrawal is received before award.

**52.214-22 Evaluation of Bids for Multiple Awards (Mar 1990)**

In addition to other factors, bids will be evaluated on the basis of advantages and disadvantages to the Government that might result from making more than one award (multiple awards). It is assumed, for the purpose of evaluating bids, that $500 would be the administrative cost to the Government for issuing and administering each contract awarded under this solicitation, and individual awards will be for the items or combinations of items that result in the lowest aggregate cost to the Government, including the assumed administrative costs.

**52.212-3 Offeror Representations and Certifications—Commercial Items (JUNE 2006)**

An offeror shall complete only paragraph (j) of this provision if the offeror has completed the annual representations and certifications electronically at http://orca.bpn.gov. If an offeror has not completed the annual representations and certifications electronically at the ORCA website, the offeror shall complete only paragraphs (b) through (i) of this provision.

(a) *Definitions*. As used in this provision:
"Emerging small business" means a small business concern whose size is no greater than 50 percent of the numerical size standard for the NAICS code designated.
"Forced or indentured child labor" means all work or service—
(1) Exacted from any person under the age of 18 under the menace of any penalty for its nonperformance and for which the worker does not offer himself voluntarily; or
(2) Performed by any person under the age of 18 pursuant to a contract the enforcement of which can be accomplished by process or penalties.
"Service-disabled veteran-owned small business concern"—
(1) Means a small business concern—
(i) Not less than 51 percent of which is owned by one or more service-disabled veterans or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more service-disabled veterans; and
(ii) The management and daily business operations of which are controlled by one or more service-disabled veterans or, in the case of a service-disabled veteran with permanent and severe disability, the spouse or permanent caregiver of such veteran.
(2) Service-disabled veteran means a veteran, as defined in 38 U.S.C. 101(2), with a disability that is service-connected, as defined in 38 U.S.C. 101(16).
"Small business concern" means a concern, including its affiliates, that is independently owned and operated, not dominant in the field of operation in which it is bidding on Government contracts, and qualified as a small business under the criteria in 13 CFR Part 121 and size standards in this solicitation.
"Veteran-owned small business concern" means a small business concern—
(1) Not less than 51 percent of which is owned by one or more veterans (as defined at 38 U.S.C. 101(2)) or, in the case of any publicly owned business, not less than 51 percent of the stock of which is owned by one or more veterans; and
(2) The management and daily business operations of which are controlled by one or more veterans.

"Women-owned business concern" means a concern which is at least 51 percent owned by one or more women; or in the case of any publicly owned business, at least 51 percent of its stock is owned by one or more women; and whose management and daily business operations are controlled by one or more women.

"Women-owned small business concern" means a small business concern—

(1) That is at least 51 percent owned by one or more women; or, in the case of any publicly owned business, at least 51 percent of the stock of which is owned by one or more women; and

(2) Whose management and daily business operations are controlled by one or more women.

(b) *Taxpayer Identification Number (TIN) (26 U.S.C. 6109, 31 U.S.C. 7701)*. (Not applicable if the offeror is required to provide this information to a central contractor registration database to be eligible for award.)

(1) All offerors must submit the information required in paragraphs (b)(3) through (b)(5) of this provision to comply with debt collection requirements of 31 U.S.C. 7701(c) and 3325(d), reporting requirements of 26 U.S.C. 6041, 6041A, and 6050M, and implementing regulations issued by the Internal Revenue Service (IRS).

(2) The TIN may be used by the Government to collect and report on any delinquent amounts arising out of the offeror's relationship with the Government (31 U.S.C. 7701(c)(3)). If the resulting contract is subject to the payment reporting requirements described in FAR 4.904, the TIN provided hereunder may be matched with IRS records to verify the accuracy of the offeror's TIN.

(3) *Taxpayer Identification Number (TIN)*.

X   TIN:

__  TIN has been applied for.

__  TIN is not required because:

__  Offeror is a nonresident alien, foreign corporation, or foreign partnership that does not have income effectively connected with the conduct of a trade or business in the United States and does not have an office or place of business or a fiscal paying agent in the United States;

__  Offeror is an agency or instrumentality of a foreign government;

__  Offeror is an agency or instrumentality of the Federal Government.

(4) *Type of organization*.

__  Sole proprietorship;

__  Partnership;

X   Corporate entity (not tax-exempt);

__  Corporate entity (tax-exempt);

__  Government entity (Federal, State, or local);

__  Foreign government;

__  International organization per 26 CFR 1.6049-4;

__  Other _____.

(5) *Common parent*.

X   Offeror is not owned or controlled by a common parent;

__  Name and TIN of common parent:

Name _____.

TIN _____.

(c) Offerors must complete the following representations when the resulting contract will be performed in the United States or its outlying areas. Check all that apply.

(1) *Small business concern*. The offeror represents as part of its offer that it is a small business concern.

(2) *Veteran-owned small business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents as part of its offer that it __ is, _X_ is not a veteran-owned small business concern.

(3) *Service-disabled veteran-owned small business concern*. [*Complete only if the offeror represented itself as a veteran-owned small business concern in paragraph (c)(2) of this provision.*] The offeror represents as part of its offer that it __ is, _X_ is not a service-disabled veteran-owned small business concern.

(4) *Small disadvantaged business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents, for general statistical purposes, that it __ is, _X_ is not a small disadvantaged business concern as defined in 13 CFR 124.1002.

(5) *Women-owned small business concern*. [*Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.*] The offeror represents that it is a women-owned small business concern.

Note: Complete paragraphs (c)(6) and (c)(7) only if this solicitation is expected to exceed the simplified acquisition threshold.

(6) *Women-owned business concern (other than small business concern). [Complete only if the offeror is a women-owned business concern and did not represent itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror represents that it is a women-owned business concern.

(7) *Tie bid priority for labor surplus area concerns.* If this is an invitation for bid, small business offerors may identify the labor surplus areas in which costs to be incurred on account of manufacturing or production (by offeror or first-tier subcontractors) amount to more than 50 percent of the contract price:

_____

(8) Small Business Size for the Small Business Competitiveness Demonstration Program and for the Targeted Industry Categories under the Small Business Competitiveness Demonstration Program. *[Complete only if the offeror has represented itself to be a small business concern under the size standards for this solicitation.]*

(i) *[Complete only for solicitations indicated in an addendum as being set-aside for emerging small businesses in one of the designated industry groups (DIGs).]* The offeror represents as part of its offer that it __ is, __ is not an emerging small business.

(ii) *[Complete only for solicitations indicated in an addendum as being for one of the targeted industry categories (TICs) or designated industry groups (DIGs).]* Offeror represents as follows:

(A) Offeror's number of employees for the past 12 months (check the Employees column if size standard stated in the solicitation is expressed in terms of number of employees); or

(B) Offeror's average annual gross revenue for the last 3 fiscal years (check the Average Annual Gross Number of Revenues column if size standard stated in the solicitation is expressed in terms of annual receipts).

*(Check one of the following):*

| Number of Employees | Average Annual Gross Revenues |
|---|---|
| __ 50 or fewer | __ $1 million or less |
| X 51–100 | __ $1,000,001–$2 million |
| __ 101–250 | __ $2,000,001–$3.5 million |
| __ 251–500 | __ $3,500,001–$5 million |
| __ 501–750 | X $5,000,001–$10 million |
| __ 751–1,000 | __ $10,000,001–$17 million |
| __ Over 1,000 | __ Over $17 million |

(9) *[Complete only if the solicitation contains the clause at FAR 52.219-23, Notice of Price Evaluation Adjustment for Small Disadvantaged Business Concerns, or FAR 52.219-25, Small Disadvantaged Business Participation Program—Disadvantaged Status and Reporting, and the offeror desires a benefit based on its disadvantaged status.]*

(i) *General.* The offeror represents that either—

(A) It __ is, _X_ is not certified by the Small Business Administration as a small disadvantaged business concern and identified, on the date of this representation, as a certified small disadvantaged business concern in the database maintained by the Small Business Administration (PRO-Net), and that no material change in disadvantaged ownership and control has occurred since its certification, and, where the concern is owned by one or more individuals claiming disadvantaged status, the net worth of each individual upon whom the certification is based does not exceed $750,000 after taking into account the applicable exclusions set forth at 13 CFR 124.104(c)(2); or

(B) It __ has, _X_ has not submitted a completed application to the Small Business Administration or a Private Certifier to be certified as a small disadvantaged business concern in accordance with 13 CFR 124, Subpart B, and a decision on that application is pending, and that no material change in disadvantaged ownership and control has occurred since its application was submitted.

(ii) __ *Joint Ventures under the Price Evaluation Adjustment for Small Disadvantaged Business Concerns.* The offeror represents, as part of its offer, that it is a joint venture that complies with the requirements in 13 CFR 124.1002(f) and that the representation in paragraph (c)(9)(i) of this provision is accurate for the small disadvantaged business concern that is participating in the joint venture. *[The offeror shall enter the name of the small disadvantaged business concern that is participating in the joint venture: _____.]*

(10) *HUBZone small business concern. [Complete only if the offeror represented itself as a small business concern in paragraph (c)(1) of this provision.]* The offeror represents, as part of its offer, that—

(i) It __ is, _X_ is not a HUBZone small business concern listed, on the date of this representation, on the List of Qualified HUBZone Small Business Concerns maintained by the Small Business Administration, and no material change in ownership and control, principal office, or HUBZone employee percentage has occurred since it was certified by the Small Business Administration in accordance with 13 CFR Part 126; and

(ii) It __ is, _X_ is not a joint venture that complies with the requirements of 13 CFR Part 126, and the representation in paragraph (c)(10)(i) of this provision is accurate for the HUBZone small business concern or concerns that are participating in the joint venture. [*The offeror shall enter the name or names of the HUBZone small business concern or concerns that are participating in the joint venture: _____.*] Each HUBZone small business concern participating in the joint venture shall submit a separate signed copy of the HUBZone representation.

(d) Representations required to implement provisions of Executive Order 11246—
(1) Previous contracts and compliance. The offeror represents that—
(i) It __ has, _X_ has not participated in a previous contract or subcontract subject to the Equal Opportunity clause of this solicitation; and
(ii) It _X_ has, __ has not filed all required compliance reports.
(2) *Affirmative Action Compliance.* The offeror represents that—
(i) It _X_ has developed and has on file, __ has not developed and does not have on file, at each establishment, affirmative action programs required by rules and regulations of the Secretary of Labor (41 cfr parts 60-1 and 60-2), or
(ii) It _X_ has not previously had contracts subject to the written affirmative action programs requirement of the rules and regulations of the Secretary of Labor.

(e) *Certification Regarding Payments to Influence Federal Transactions (31 U.S.C. 1352).* (Applies only if the contract is expected to exceed $100,000.) By submission of its offer, the offeror certifies to the best of its knowledge and belief that no Federal appropriated funds have been paid or will be paid to any person for influencing or attempting to influence an officer or employee of any agency, a Member of Congress, an officer or employee of Congress or an employee of a Member of Congress on his or her behalf in connection with the award of any resultant contract.

(f) *Buy American Act Certificate.* (Applies only if the clause at Federal Acquisition Regulation (FAR) 52.225-1, Buy American Act—Supplies, is included in this solicitation.)
(1) The offeror certifies that each end product, except those listed in paragraph (f)(2) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The offeror shall list as foreign end products those end products manufactured in the United States that do not qualify as domestic end products. The terms "component," "domestic end product," "end product," "foreign end product," and "United States" are defined in the clause of this solicitation entitled "Buy American Act—Supplies."
(2) Foreign End Products:

| Line Item No. | Country of Origin | |
|---|---|---|
| _____ | _____ | |
| _____ | _____ | N/A |
| _____ | | |

[*List as necessary*]
(3) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(g)(1) *Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate.* (Applies only if the clause at FAR 52.225-3, Buy American Act—Free Trade Agreements—Israeli Trade Act, is included in this solicitation.)
(i) The offeror certifies that each end product, except those listed in paragraph (g)(1)(ii) or (g)(1)(iii) of this provision, is a domestic end product and that the offeror has considered components of unknown origin to have been mined, produced, or manufactured outside the United States. The terms "component," "domestic end product," "end product," "foreign end product," "Free Trade Agreement country," and "United States" are defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act."
(ii) The offeror certifies that the following supplies are Free Trade Agreement country end products (other than Moroccan end products) or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act":
Free Trade Agreement Country End Products (Other than Moroccan End Products) or Israeli End Products:

| Line Item No. | Country of Origin | |
|---|---|---|
| _____ | _____ | N/A |

*[List as necessary]*
_____     _____

(iii) The offeror shall list those supplies that are foreign end products (other than those listed in paragraph (g)(1)(ii) of this provision) as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act." The offeror shall list as other foreign end products those end products manufactured in the United States that do not qualify as domestic end products.

Other Foreign End Products:

Line Item No.                          Country of Origin

_____     _____

_____     _____     N/A

*[List as necessary]*

(iv) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25.

(2) *Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate, Alternate I*. If Alternate I to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act":

Canadian End Products:

Line Item No.

_____     N/A

_____

*[List as necessary]*

(3) *Buy American Act—Free Trade Agreements—Israeli Trade Act Certificate, Alternate II*. If Alternate II to the clause at FAR 52.225-3 is included in this solicitation, substitute the following paragraph (g)(1)(ii) for paragraph (g)(1)(ii) of the basic provision:

(g)(1)(ii) The offeror certifies that the following supplies are Canadian end products or Israeli end products as defined in the clause of this solicitation entitled "Buy American Act—Free Trade Agreements—Israeli Trade Act":

Canadian or Israeli End Products:

Line Item No.                          Country of Origin

_____     _____

_____     _____     N/A

_____     _____

*[List as necessary]*

(4) *Trade Agreements Certificate*. (Applies only if the clause at FAR 52.225-5, Trade Agreements, is included in this solicitation.)

(i) The offeror certifies that each end product, except those listed in paragraph (g)(4)(ii) of this provision, is a U.S.-made or designated country end product, as defined in the clause of this solicitation entitled "Trade Agreements."

(ii) The offeror shall list as other end products those end products that are not U.S.-made or designated country end products.

Other End Products:

Line Item No.                          Country of Origin

_____     _____

_____     _____     N/A

*[List as necessary]*

(iii) The Government will evaluate offers in accordance with the policies and procedures of FAR Part 25. For line items covered by the WTO GPA, the Government will evaluate offers of U.S.-made or designated country end products without regard to the restrictions of the Buy American Act. The Government will consider for award only offers of U.S.-made or designated country end products unless the Contracting Officer determines that there are no offers for such products or that the offers for such products are insufficient to fulfill the requirements of the solicitation.

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

(h) *Certification Regarding Debarment, Suspension or Ineligibility for Award (Executive Order 12689)*. (Applies only if the contract value is expected to exceed the simplified acquisition threshold.) The offeror certifies, to the best of its knowledge and belief, that the offeror and/or any of its principals—

(1) __ Are, __ are not presently debarred, suspended, proposed for debarment, or declared ineligible for the award of contracts by any Federal agency; and

(2) __ Have, _X_ have not, within a three-year period preceding this offer, been convicted of or had a civil judgment rendered against them for: commission of fraud or a criminal offense in connection with obtaining, attempting to obtain, or performing a Federal, state or local government contract or subcontract; violation of Federal or state antitrust statutes relating to the submission of offers; or commission of embezzlement, theft, forgery, bribery, falsification or destruction of records, making false statements, tax evasion, or receiving stolen property; and

(3) __ Are, _X_ are not presently indicted for, or otherwise criminally or civilly charged by a Government entity with, commission of any of these offenses.

(i) Certification Regarding Knowledge of Child Labor for *Listed End Products (Executive Order 13126)*. [*The Contracting Officer must list in paragraph (i)(1) any end products being acquired under this solicitation that are included in the List of Products Requiring Contractor Certification as to Forced or Indentured Child Labor, unless excluded at 22.1503(b).*]

(1) *Listed end products.*

| Listed End Product | Listed Countries of Origin |
| --- | --- |
| _____ | _____ |
| | N/A |

(2) *Certification. [If the Contracting Officer has identified end products and countries of origin in paragraph (i)(1) of this provision, then the offeror must certify to either (i)(2)(i) or (i)(2)(ii) by checking the appropriate block.]*

_X_ (i) The offeror will not supply any end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product.

_X_ (ii) The offeror may supply an end product listed in paragraph (i)(1) of this provision that was mined, produced, or manufactured in the corresponding country as listed for that product. The offeror certifies that it has made a good faith effort to determine whether forced or indentured child labor was used to mine, produce, or manufacture any such end product furnished under this contract. On the basis of those efforts, the offeror certifies that it is not aware of any such use of child labor.

(j)(1) *Annual Representations and Certifications.* Any changes provided by the offeror in paragraph (j) of this provision do not automatically change the representations and certifications posted on the Online Representations and Certifications Application (ORCA) website.

(2) The offeror has completed the annual representations and certifications electronically via the ORCA website at http://orca.bpn.gov. After reviewing the ORCA database information, the offeror verifies by submission of this offer that the representations and certifications currently posted electronically at FAR 52.212-3, Offeror Representations and Certifications—Commercial Items, have been entered or updated in the last 12 months, are current, accurate, complete, and applicable to this solicitation (including the business size standard applicable to the NAICS code referenced for this solicitation), as of the date of this offer and are incorporated in this offer by reference (see FAR 4.1201), except for paragraphs _____

[*Offeror to identify the applicable paragraphs at (b) through (i) of this provision that the offeror has completed for the purposes of this solicitation only, if any.*

*These amended representation(s) and/or certification(s) are also incorporated in this offer and are current, accurate, and complete as of the date of this offer.*

*Any changes provided by the offeror are applicable to this solicitation only, and do not result in an update to the representations and certifications posted on ORCA.*]

**Addenda to 52.212-3:**

Veteran-Owned Small Businesses

a. In an effort to achieve socioeconomic small business goals, depending on the evaluation factors include in the solicitation, VA may evaluate offerors based on their veteran-owned or service-disabled veteran-owned small businesses as subcontractors, and their past performance on adherence to subcontracting plan requirements.

Amendment No. 04
RFP 69D-226-06
Home Oxygen/HME
VISN 12

b. Firms qualifying as veteran-owned small businesses will receive partial credit, and firms qualifying as service-disabled veteran-owned small businesses will receive full credit for the Veteran-Owned Small Business and Service-Disabled Veteran-Owned Small Business Status evaluation factor.

c. Offerors proposing to use veteran-owned or service-disabled veteran-owned small businesses as subcontractors will receive more favorable consideration under the Proposed Use of Veteran-Owned and Service-Disabled Veteran-Owned Small Business Subcontractors evaluation factor.

d. Businesses that are other than small businesses that complied with the requirements of past small business subcontracting plans, as reflected in the responses to a Past Performance Questionnaire submitted to the offeror's Federal Government references, will receive more favorable consideration under the Adherence to Subcontracting Plan Requirements. Small businesses will receive full credit for this evaluation factor, since they are not required to submit small business subcontracting plans.

## ATTACHMENT(S)

1. US DOL Wage Rates for VISN 12 (latest revision):
    A - #2005-2167, Cook and Lake Counties, Illinois
    B - #2005-2581, Milwaukee County, Wisconsin
    C - #2005-2579, Dane County, Wisconsin
    D - #2005-2577, Monroe County, Wisconsin
    E - #2005-2279, Dickinson County, Michigan

2. JCAHO National Patient Safety Goals



**DEPARTMENT OF VETERANS AFFAIRS**
Great Lakes Acquisition Center
5000 West National Ave. Bldg. 5
Milwaukee WI 53295-0005
(414) 902-5400

Party: D.

Ex: APK, 2

July 10, 2007

In Reply Refer To: 69D/GLAC

Alan P. Kirk
Total Home Health, Inc.
780 S. McLean Blvd.
Elgin, IL 60123

Subject:     Freedom of Information Request (FOIA), RFP 69D-226-06

Dear Mr. Kirk:

I have received and am processing a Freedom of Information Act (FOIA) request from Mr. Anthony Jacob with Hinshaw & Culbertson LLP, Attorneys At Law. Mr. Jacob has requested information regarding RFP 69D-226-06 and the contract awarded to your company. I have enclosed a copy of his request for your information. I have also enclosed a copy of the requested records concerned.

In processing this request, I must determine whether the (b)(4) exemption of FOIA, 5 U.S.C. 552 (b)(4), is applicable and should be invoked as to the requested information, inasmuch as Exemption 4 permits the withholding of "commercial or financial information obtained from a person and which is privileged or confidential".

It is our determination that the information in question was not a "voluntary" submission but was "required" to be submitted in order to participate in the RFP process. Therefore, the National Parks standards apply and the "competitive harm prong" is the test that will be utilized to justify any claim to Exemption 4 protection. Such information is protected from disclosure if its release to the public would cause substantial harm to the competitive position of the submitter of the information. While actual harm need not be shown, actual competition and the likelihood of substantial competitive injury must be demonstrated.

The issue of whether Exemption 4 should be invoked in this case rests solely upon a factual determination of whether actual competition exists and whether release of the information in question to Mr. Jacob is likely to cause substantial competitive injury to your company. In making this determination, **I cannot rely on a mere conclusory assertion of possible competitive harm. I need to understand exactly how this FOIA requestor could use the disclosed information to create a significant harm to your company's commercial interest.**

Accordingly, I request that, if you object to the release of any portion of the enclosed documents to Mr. Jacob, you provide me with a written explanation in accordance with 38 C.F.R. 1.554a(f)(2) which requires response within 10 working days of the receipt of this letter, outlining in sufficient detail why your competitive position would likely suffer harm if the information in question were disclosed. Please clearly indicate which portion or portions of the information in question you consider would result in competitive harm to your company if disclosed.

**If I do not receive a response from your company within 10 working days from the date of this letter, I will be left to conclude that your company does not with to present any objections to the disclosure of the documents requested and will make a determination given that consideration.**

Upon receipt of any such written explanation submitted by your company, I will make a determination regarding whether or not to disclose the requested information. If I decide that some or all of the information that you wish to prevent being disclosed falls outside the protection of the (b)(4) exemption and should be disclosed, I will provide you with written notice of my intent to disclose such information 10 working days prior to releasing the information to the requestor.

Thank you for your cooperation in this matter. If you should have any questions, please contact me at (414) 902-5458.

Sincerely,

Pamela Gerstner
GLAC FOIA Officer

Enclosures





# HINSHAW
## & CULBERTSON LLP

Anthony J. Jacob
312-704-3105
ajacob@hinshawlaw.com

**ATTORNEYS AT LAW**
222 North LaSalle Street
Suite 300
Chicago, IL 60601-1081

312-704-3000
312-704-3001 (fax)
www.hinshawlaw.com

May 24, 2007

**VIA UPS AND FACSIMILE (708) 202-7998**

Mr. Joseph Rio
Hines VMAC
5th Avenue and Roosevelt Road
Hines, IL 60141-5000

Re:    Freedom of Information Act Request

Dear Mr. Rio:

Under the Freedom of Information Act, I request that you provide me with copies of following documents on an expedited basis to preserve any due process rights:

1.    The contract awarded to Total Home Health, Inc., 780 S. McLean Blvd., Elgin, IL 60123 for the RFP 69D-226-06 entitled Home Oxygen/HME Services for the Department of Veterans Affairs medical facilities located in VISIN 12 and any appendices, exhibits or supporting documents thereto.

2.    The proposal, response and all other documents filed by Total Home Health, Inc., 780 S. McLean Blvd., Elgin, IL 60123 for the RFP 69D-226-06 entitled Home Oxygen/HME Services for the Department of Veterans Affairs medical facilities located in VISIN 12.

2.    The original, amendments and final RFP 69D-226-06 entitled Home Oxygen/HME Services for the Department of Veterans Affairs medical facilities located in VISIN 12.

3.    All responses to RFP 69D-226-06 entitled Home Oxygen/HME Services for the Department of Veterans Affairs medical facilities located in VISIN 12 filed with the Department of Veterans Affairs.

4.    All correspondence between any person at the Department of Veterans Affairs and any person or entity who bid on RFP 69D-226-06 entitled Home Oxygen/HME Services for the Department of Veterans Affairs medical facilities located in VISIN 12.

We are willing to pay any applicable fees necessary for the copies of the above referenced documents.

6192938v1 7048395

Arizona  California  Florida  Illinois  Indiana  Massachusetts  Minnesota  Missouri  New York  Oregon  Rhode Island  Wisconsin

Mr. Joseph Rio
May 24, 2007
Page 2

If you need to contact me regarding this request, please call me at (312) 704-3105.

Sincerely,

HINSHAW & CULBERTSON LLP

Anthony J. Ju

AJJ:



COPY

LAW OFFICES OF

# JAMES & ASSOCIATES
412 2nd Ave
P.O. Box 398
FORRESTON, IL 61030

THOMAS H. JAMES JD, CPA
TRIAL ATTORNEY
BARS: ILLINOIS , FEDERAL
US TAX COURT
SOLICITOR: ENGLAND & WALES
MEMBER: ATTORNEYS' TITLE GUARANTEE FUND

Jameslawi @ AOL.Com
(815) 938-3241 (MAIN NOS)
(815) 938-2221 Fax

Paralegal
Ms. Jennifer Cannon

By Fax to 414-902-5540 and Certified First Class U.S. Mail # 7005 1160 0005 0753 7127

Ms. Pamela Gerstner                                               July 20, 2007
Department of Veteran Affairs
Great Lakes Acquisition Center
5000 West National Ave., Bldg. 5
Milwaukee, WI 53295-0005



FAXED
07/20/07
2:40 pm

Re:  Your letter of July 10, 2007; Reference: 69D/GLAC
Freedom of Information Request (FOIA), RFP 69D-226-06

Dear Ms. Gerstner:

        This office represents Total Home Health, Inc. regard to the above referenced matter. Pursuant to the reference above please find our objection to: (1) the disclosure of all of the materials provided to us under your letter of July 10, 2007 and (2)  each of the categories of information sought by Anthony Jacob's letter to Mr. Joseph Rio dated May 24, 2007.  Your letter of July 10, 2007 arrived no earlier to my client than July 11, 2007. 10 days therefrom is July 21, 2007 which is a Saturday. As 38 C.F.R. 1.554a(f)(2) provides for 10 "working days" of time the objection need not be in your office any earlier than July 23, 2007 and pursuant to our telephone agreement of July 17, 2007 your office agreed to an extension through July 25, 2007.

        The basis of our objection arises under 5 U.S.C. 552(b)(4) which provides for an exemption to FOIA disclosure where the information sought to be withheld is "commercial or financial information obtained from a person which is privileged or confidential".

        Mr. Jacob, of the law firm of Hinshaw & Culbertson, represents First Community Care, LLC and Rotech Medical Corp. both of whom are competitors with my client Total Home Health, Inc. My client, Total Home Health, Inc. was recently awarded a VA contract for VISN 12 in regard to the oxygen supplies, oxygen equipment and respiratory care.  In order to service the contract my client bought out the assets of First Community Care, LLC, in the VISN 12 area, where said assets were encumbered by the security interests of Rotech Medical Corp. First Community Care, LLC was one of the entities against which Total Home Health, Inc. competed in order to be awarded a VISN 12 contract.   In order to purchase the assets from the previous VISN 12 provider, First Community Care, LLC took an assignable security interest in the assets acquired. This security interest was later assigned by First Community Care LLC to Rotech Medical Corp.  During the course of the negotiations of the Asset Sale Agreement Total Home Health, Inc. sought a non-compete agreement for five years from First Community Care, LLC which they refused to agree to.  Nevertheless, in order to ensure proper service of respiratory services to VISN 12, Total Home Health, Inc. needed to proceed with the acquisition of assets from First Community Care, LLC – and did so without the a non-compete agreement.  As such, First Community Care, LLC is a competitor with an ability to compete in the very geographical area (VISN 12) that Total Home Health, Inc. conducts business.

Party: D. Total

Ex: APk. 3

The information which was provided to the VA, for purposes of winning the bid for VISN 12 states in detail Estimated Quantities per year, Unit Prices and estimated total prices per year. These quantities, unit prices and totals reflect Total Home Health, Inc. business information for every category of its business necessary to service VISN 12. This is information which would never be provided to a business competitor as it would allow business competitors to undermine Total Home Health, Inc. business positions. Moreover, the attorney seeking this information works for entities that compete directly in the geographic area as Total Home Health, Inc. It is only through the "duress" of disclosure to win the bidding process that this confidential and proprietary information is provided to the VA.

Additional sensitive information about the inner workings and operations of Total Home Health, Inc. were also provided in the various technical proposal, revised proposal, amendments, and correspondence which includes: copies of employees licenses; dialogue and strategic planning information from company officers on how to handle the VISN 12 contract; a client handbook; patient information; a variety of addendums detailing the inner workings of Total Home Health, Inc.; employee performance evaluations, pay and benefit information; patient and institutional client information and points of contact; lists of respiratory therapists and their license numbers and State of Operation; certificates of continuing education; and, Total's Policy and Procedure Manual on: Ethics, Assessment, Provision of Care, Patient Education, Continuum of Care, Performance Improvement, Leadership, Management of Human Resources, Management of Information, Surveillance Prevention and Control of Infection, Environmental Safety and Equipment Management, and Oxygen Standard Operating Procedures.

Attached please find the affidavits of R. Scott Hughes, Chief Operating Officer of Total Home Health, Inc. and Alan P. Kirk, Vice-President of Total Home Health, Inc. These affidavits, along with this letter, lay out in detail Total Home Health, Inc.'s objection to the release of any of the information sought by Anthony Jacob of Hinshaw & Culbertson. The information sought is covered by the FOIA exemption of 5 U.S.C. 552 (b)(4) and the holdings of both National Parks and Conservation Association, v. Morton, 498 F.2d 765 (D.C. Cir. 1974) and Critical Mass Energy Project v. Nuclear Regulatory Commission, 975 F.2d 871 (D.C. Cir. 1992). The undersigned agrees that in the main, the information should not be released as it was not voluntarily provided but instead required during the RFP process and therefore exempt under National Parks. Additionally, and in the alternative the objector also argues that if a proponent were to argue that the RFP process was "voluntary" the exemption would still apply. The following quote from Critical Mass is pertinent:

> When a FOIA request is made for information that is furnished on a voluntary basis, however, we have identified a different aspect of the governmental interest in securing confidential information. As is apparent from the language we have italicized in the passages quoted above, the purpose served by the exemption in such instances is that of "encouraging cooperation with the Government by persons having information useful to officials," National Parks, 498 F.2d at 768. Moreover, we have taken note of the probable consequences of a breach of confidence by the Government:

Unless persons having necessary information can be assured that it will remain confidential, they may decline to cooperate with officials[,] and the ability of the Government to make intelligent, well informed decisions will be impaired.

Id. at 767. Thus, when information is obtained under duress, the Government's interest is in ensuring its continued reliability; when that information is volunteered, the Government's interest is in ensuring its continued availability.

A distinction between voluntary and compelled information must also be made when applying the "competitive injury" prong. In the latter case, there is a presumption that the Government's interest is not threatened by disclosure because it secures the information by mandate; and as the harm to the private interest (commercial disadvantage) is the only factor weighing against FOIA's presumption of disclosure, that interest must be significant. Where, however, the information is provided to the Government voluntarily, the presumption is that its interest will be threatened by disclosure as the persons whose confidences have been betrayed will, in all likelihood, refuse further cooperation. In those cases, the private interest served by Exemption 4 is the protection of information that, for whatever reason, "would customarily not be released to the public by the person from whom it was obtained"--to use the formulation adopted by this court in Sterling Drug, 450 F.2d at 709 (quoting Senate Report at 9). Because Critical Mass I failed to take these distinctions into account, its holding would frustrate Congress's purpose of "encouraging cooperation with the Government by persons having information useful to officials," National Parks, 498 F.2d at 768. See Critical Mass I, 830 F.2d at 288 (Buckley, J., concurring in part and dissenting in part);

Thank you for your consideration of this objection to disclosure pursuant to the (b)(4) exemption.

Sincerely,

Thomas H. James
For Total Home Health, Inc.

Cc: R. Scott Hughes and Allen P. Kirk

## Affidavit

I, R. Scott Hughes, first being duly sworn on oath depose and state that if called to testify at trial, I could competently testify to the following facts of which I have personal knowledge:

1. I am the Chief Operating Officer of Total Home Health, Inc. I am aware of Mr. Anthony Jacob as the attorney for First Community Care, LLC and Rotech Medical Corp.

2. During the beginning of July of 2007 Total Home Health, Inc. completed an asset acquisition from First Community Care, LLC. My Company wanted a non-compete from First Community Care, LLC as part of the asset purchase but could not obtain one due to the pressure of the deadlines which arise from the turn over of a VA contract to a new provider. In the normal course of business, one acquires assets without the pressure of having the already won the business/patient load which is serviced by the asset seller (ie in a private sector acquisition the client base would be part of the acquisition). In government contracting for a VA contract such as arose in VISN 12, one wins the bid and then often seeks to acquire the assets of the prior provider under the pressure of being locked into a time frame by which all of the patients must be turned over to the new provider. This places the new provider at a severe disadvantage in negotiating with the prior provider because they know we need their assistance to make the change over. As such, and as was case in this change over, the prior provider, First Community Care, LLC refused to provide a non-compete clause in the asset purchase agreement.

3. Not surprisingly, having refused to provide a non-compete agreement, First Community Care, LLC and Rotech Medical Corp. now seek a FOIA request which can only be provided if the exemption of 5 U.S.C. 552(b)(4) is not applied. This affidavit and the facts which support it reflect the competitive disadvantage to which the winner of a VA contract is placed when seeking to obtain the turn over of patients as well as the assets from the prior service provider who is a competitor. Simply put, the winner of the bid needs the cooperation of the prior service provider while working under a VA contract deadline to have the patients turned over to the new service providers care. This need for cooperation coupled with the deadline, precluded the asset buyer (ie Total Home Health, Inc.) from obtaining a non-compete agreement that would typically be provided in an asset acquisition. Yet, in order to win the VA VISN 12 contract Total Home Health, Inc. had to provide to the VA quantities, unit prices, annual totals, operating information, employee information, Total's Operating Policy and Procedure Manual and many other facets of information about the operation which if learned by its competitors can be used to our disadvantage not only in dealing the VA but also across all of the markets in which Total Home Health, Inc. competes with First Community Care, LLC and Rotech Medical Corp.

**FURTHER, AFFIANT SAYETH NAUGHT.**
SUBSCRIBED AND SWORN TO
Before me this 20 TH
Day of July , 2007

_Donna M. Lungren_
**NOTARY PUBLIC**

By: _R. Scott Hughes_
R. Scott Hughes

OFFICIAL SEAL
DONNA M LUNGREN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/10/08

## Affidavit

I, Alan P. Kirk, first being duly sworn on oath depose and state that if called to testify at trial, I could competently testify to the following facts of which I have personal knowledge:

1. I am the Vice-President of Total Home Health, Inc. I am aware of Mr. Anthony Jacob as the attorney for First Community Care, LLC and Rotech Medical Corp.
2. I have reviewed the Affidavit of our Chief Operating Officer, R. Scott Hughes and agree with it completely.
3. I have additional knowledge about the manner and nature of the bidding process and information which was provided to the VA in order for Total Home Health, Inc. to have won the VISN 12 contract. I was the signer as the offeror/contractor. As is outlined in our attorney's letter, the technical proposal, revisions and amendments as arose in the bidding process contained numerous and extensive amounts of information about Total Home Health, Inc., its policies, procedures, employees, employee licenses, business methods, pay and benefit information, job descriptions, patients, points of contact with institutional clients etc.
4. The information which was provided to the VA in order win the competitive bidding process is essentially proprietary in that Total Home Health, Inc. was required to come up with a bid which, although large in overall numbers, is essentially small in terms of margin. Any competitor against us would seek to obtain what is essentially a diagram of this company's ability to provide services. Again, as was stated in the Affidavit of our Chief Operating Officer, this information is now being sought through an attorney of the very entities against whom we compete in the VA VISN 12 area. The release of this information will impair bidding because bidders will not want to release this information to the government unless they know it will be kept confidential and because it will cause substantial harm to the competitive position of the company from whom the information was obtained. The substantial harm in our case is exemplified by the fact that the very nature of the bidding process precluded us from obtaining a non-compete from the very entity that now wants to use the release of this information against us.
5. Finally, as First Community Care, LLC knows every patient that it is turning over to Total Home Health, Inc. it follows that knowing this company's quantities and unit prices for every patient that was turned over under the VA VISN 12 contract will significantly harm Total Home Health, Inc. in the VISN 12 market area.

**FURTHER, AFFIANT SAYETH NAUGHT.**
SUBSCRIBED AND SWORN TO
Before me this 20 TH
Day of July , 2007

By: _Alan P. Kirk_
Alan P. Kirk

*Donna M Lungren*

**NOTARY PUBLIC**

OFFICIAL SEAL
DONNA M LUNGREN
NOTARY PUBLIC - STATE OF ILLINOIS
MY COMMISSION EXPIRES:09/10/09



**TO:**      Tom James

**FAX:**     815-938-2221

**FROM:**    Alan Kirk

**DATE:**    December 28, 2007

**Number of pages including cover sheet:** ~~14~~ 13

**====================================================**

Party: D. Total

Ex: APK, 4

**Confidentiality Notice**

The documents accompanying this transmission contain confidential information that is legally privileged. This information is intended for the use of the individual or entity named above. The authorized recipient of this information is prohibited from disclosing this information to any other party unless required to do so by law or regulation and is required to destroy the information after its need has been fulfilled. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or action taken in reliance of these documents is strictly prohibited. If you have received this information in error, please notify the sender immediately and arrange for the return or destruction of these documents. Thank you.

780 S. McLean Blvd, Elgin, IL 60123 • Web Site: www.totalhomehealth.com
24-hr Office (847) 931-9300  • FAX (847) 931-7138  • email: totalhomehealth.com
Product Center Hours: M-F 8:30 – 6:00 PM; Sat 9:00 – 4:00 PM  • Available after hours by appt

Dec 28 07 12:52p   Total Home Health, Inc.   1-847-741-0158   p.2

Total Home Health, Inc. Confidential

12/28/2007

## Total Home Health, Inc.

### Tomah Wisconsin VA Branch Daily Activity Report - Working File
(Fax to VA Contracting Officer Technical Representative Prosthetics Dept Daily before 12pm)

Page 1

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP,O2, FIX, F/UP) | Assigned To KT | MET | RT | Date Completed RT | MET | Notes (Delay Reason; Missing PW, etc...) |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | Tomah | 11/28/07 | CPAP | KT | PC | | | PC | Shipped Setup Cpap to Patient UPS 12/05/07 |
| ▓ | ▓ | Tomah | 11/29/07 | O2 | KT | PC | | | | Patient in nursing home will not be getting out until 12/14/07 or 12/18 07 nursing to notify me 48 hours before release of patient Patient to be released 12/21/07 |
| ▓ | ▓ | Tomah | 12/3/07 | DME | | PC | | | | Patient is in the Va Hospital left message on her VM to call me when she gets home 12/12/07 Patient still in Hospital |
| ▓ | ▓ | Tomah | 12/5/07 | FIX | | PC | RM | 12/10/07 | | Tomah VA has free standing trapeze on order for this Patient Will set up asap after arrival |
| ▓ | ▓ | Tomah | 12/7/07 | DME | | PC | | 12/10/07 | | Patient needs Transition |
| ▓ | ▓ | Tomah | 12/7/07 | O2 | KM | PC | | 12/08/07 | | Faxed to KM 12/07/07 12/10/07 ordered Oximeter to do over night test from office will Schedule asap clinical respiratory assessment done |
| ▓ | ▓ | Tomah | 12/7/07 | O2 | KM | PC | | 12/08/07 | | Faxed to KM 12/07/07 12/10/07 Patient in the Hospital |
| ▓ | ▓ | Tomah | 12/10/07 | CPAP | KM | | | | | Faxed to KM 12/10/07 |
| ▓ | ▓ | Tomah | 12/10/07 | CPAP | KM | | | | | Faxed to KM 12/10/07 |

Dec 28 07 12:52p    Total Home Health, Inc.    1-847-741-0158    p.3

Total Home Health, Inc. Confidential

12/28/2007

## Total Home Health, Inc.

### Shawano Wisconsin VA Branch Daily Activity Report

(Fax to VA Contracting Officer' Technical Representative Prosthetics Dept Daily before 12pm)

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP,O2, FIX, P/UP) | Assigned To RT | Assigned To MET | Date Completed RT | Date Completed MET | Notes (Delay Reason; Missing PW, etc...) |
|---|---|---|---|---|---|---|---|---|---|
| | | SHAW | 11/29/07 | cpap | beth | | 12/03/07 | | |
| | | SHAW | 11/30/07 | dme | | eric | | 12/03/07 | |
| | | SHAW | 12/04/07 | cpap | beth | | 12/04/07 | | |
| | | SHAW | 12/04/07 | o2 | beth | ted | 12/04/07 | | |
| | | SHAW | 11/29/07 | cpap | beth | | | 11/30/07 | |
| | | SHAW | 12/04/07 | cpap | beth | | 12/05/07 | | |
| | | SHAW | 12/05/07 | p/up | | ted | | 12/05/07 | |
| | | SHAW | 12/5/07 | cpap | beth w | | 12/07/07 | | |
| | | SHAW | 12/6/07 | cpap | beth w | | 12/07/07 | | |
| | | SHAW | 11/30/07 | dme | | scott | | 12/06/07 | |
| | | SHAW | 12/4/07 | dme | | eric | | 12/06/07 | |
| | | SHAW | 12/7/07 | o2 | | paul | 12/10/07 | 12/10/07 | patient was contacted 12/07/07 he is going to milwaukee for the weekend, does not want us to come until week of 12/10/07 |
| | | SHAW | 12/6/07 | o2 | sue n | scott | | 12/10/07 | |
| | | SHAW | 12/7/07 | o2 | sue n | | | 12/07/07 | |

Total Home Health, Inc. Confidential

12/28/2007

Page 1

## Total Home Health, Inc.

### Hickory Hills Completed Set-Up Log
(Fax to VA Contracting Officer Technical Representative Prosthetics Dept Daily before 12pm)

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP, O2, FX, P/UP) | Assigned To RT | Assigned To MET | Date Completed RT | Date Completed MET | Notes |
|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ HH | HH | 12/21/07 | DME | n/a | RR | n/a | 12/27/2007 | Delivered on 12/27/07 based on request |
| ▓ | ▓ HH | HH | 12/24/07 | DME | n/a | RR | n/a | 12/27/2007 | Delivered on 12/27/07 based on request |
| ▓ | ▓ HH | HH | 12/10/91 | Transition | BW | n/a | 12/20/2007 | n/a | PT transition |
| ▓ | ▓ HH | HH | 12/17/07 | CPAP | BW | n/a | 12/26/2007 | | RT tried to reach patient three times left message each time for original order sent on 11/30/2007. VA then sent order back over on 12/17/2007 with two new phone numbers to contact patient. RT reached patient and set up visit for 12/26/2007, complete. |
| ▓ | ▓ HH | HH | 12/18/07 | O2 | BW | DR | 12/24/2007 | 12/21/2007 | New O2 setup |
| ▓ | ▓ HH | HH | 12/20/07 | DME | n/a | RR | | 12/21/2007 | Bed delivery to new address |
| ▓ | ▓ HH | HH | 12/11/07 | DME | RR | n/a | | 12/21/2007 | Called daughter on 12/12/07 was told that order was on hold until social worker could check the space. Delivery of bed, half rails, overbed table, trapeze. |
| ▓ | ▓ HH | HH | 12/12/07 | O2, CPAP | BW | AC | 12/17/2007 | 12/18/2007 | Bed pick up late because of family reasons |
| ▓ | ▓ HH | HH | 11/10/07 | DME pickup | RR | | 12/20/2007 | 12/20/2007 | Bed pick up |
| ▓ | ▓ HH | HH | 12/19/07 | DME pickup | RR | | 12/20/2007 | 12/20/2007 | |
| ▓ | ▓ HH | HH | 12/18/07 | DME | n/a | WV | n/a | 12/19/2007 | trapeze and mattress |
| ▓ | ▓ HH | HH | 07/01/07 Fix | | SP | n/a | 7/3/2007 | | Transition paperwork fixed |

Dec 28 07 12:53p   Total Home Health, Inc.   1-847-741-0158   p.5

**Total Home Health, Inc.**

**Elgin Completed Daily Activity Log**

**(Fax to VA Prosthetics Daily)**

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP,O2, FIX, P/UP) | Assigned To | | | | Date Completed | | | | Notes (Delay Reason; Missing PW, etc...) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RT | | MET | | RT | | MET | | VAMC |
| | | Elgin | 12/13/07 | BIPAP | Latoya | Elgin | 12/06/07 | | 12/03/07 | | | | MIL |

Total Home Health, Inc. Confidential

12/21/2007

Page 1

Page 1

Elgin Daily Activity Report Log.xls

Total Home Health, Inc. Confidential

12/20/2007

Page 1

## Total Home Health, Inc.
### Elgin Completed Daily Activity Log
#### (Fax to VA Prosthetics Daily)

| Last Name Initial | Last 4 / Branch | Date RX Rec'd | Task (DME, CPAP, O2, FIX, P/UP) | Assigned To | | | Date Completed | | | Notes (Delay Reason; Missing PW, etc...) | VAMC |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | HH | RT | MET | RT | MET | | |
| | Elgin | 10/31/07 | O2 | Latoya | | | | | 10/31/07 | | NC |
| | Elgin | 07/10/07 | O2 | Latoya | Elgin | | | | 07/11/07 | | NC |
| | Elgin | 11/27/07 | O2 | Latoya | Elgin | | | | 11/28/07 | | NC |
| | Elgin | 12/06/07 | O2 | Latoya | Elgin | | 12/06/07 | | 12/08/07 | Cluster headaches | NC |
| | Elgin | 07/23/07 | O2 | Latoya | Elgin | | 12/07/07 | | 07/24/07 | | NC |
| | Elgin | 11/07/07 | O2 | Latoya | Elgin | | 12/07/07 | | 09/01/07 | | NC |

Dec 28 07 12:53p     Total Home Health, Inc.     1-847-741-0158     p.7

## Total Home Health, Inc.
### Elgin Completed Daily Activity Log
### (Fax to VA Prosthetics Daily)

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP,O2, RX, P/UP) | Assigned To | | Date Completed | | Notes (Delay Reason; Missing PW, etc...) | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | Elgin | 11/07/07 | Cons.Device | Dave | RT | 12/10/07 | MET | Pt requested 12/10/07 date | VAMC |
| | | | | | n/a | MET | n/a | | | MAD |

Dec 28 07 12:53p    Total Home Health, Inc.    1-847-741-0158    p.9

Total Home Health, Inc. Confidential    12/24/2007    Page 1

## Total Home Health, Inc.

### Elgin Completed Daily Activity Log
### (Fax to VA Prosthetics Daily)

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP,O2, HX, P/UP) | Assigned To | | Date Completed | | Notes (Delay Reason; Missing PW, etc...) | VAMC |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RT | MET | RT | MET | | |
| ▮ | ▮ | Elgin | 9/13/07 | O2 | SH | Elgin | Waiting for VA Response | 09/17/07 | Call Rpt rec'd on 12/19 - Unable to Contact PT for RT Visit. Prev. Fax 12/16. | NC |
| | | Elgin | 12/17/07 | O2 | x | Elgin | 12/20/07 | 12/18/07 | | NC |

Elgin Daily Activity Report Log.xls

P Officejet 4300 series 4315xi          Personal Printer/Fax/Copier/Scanner

ax Log for
otal Home Health,INC
47-931-7138
ec 19 2007 12:10p

ast Transaction

| ate | Time | Type | Station ID | Duration | Pages | Result |
|-----|------|------|------------|----------|-------|--------|
| ec 19 | 12:09p | Fax Sent | 16082807079 | 0:47 | 2 | OK |

Dec 28 07 12:54p    Total Home Health, Inc.    1-847-741-0158    p.10

HP Officejet 5600 series 5610xi              Personal Printer/Fax/Copier/Scanner

Log for
Total Home Health Inc
18479317138
Dec 24 2007 11:56a

| Last Transaction | | | | | | |
|------|------|------|----------------|----------|-------|--------|
| Date | Time | Type | Identification | Duration | Pages | Result |
| Dec 24 | 11:55a | Fax Sent | 16082807079 | 0:50 | 2 | OK |

## Total Home Health, Inc.

**Elgin Completed Daily Activity Log**
**(Fax to VA Prosthetics Daily)**

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP, O2, FIX, P/UP) | Assigned To | | | | Date Completed | | | | Notes (Delay Reason; Missing PW, etc...) | VAMC |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RT | MET | RT | MET | | | | | | |
| Elgin | | Elgin | 12/17/07 | O2 | | SH | | Elgin | | 12/20/07 | 12/19/07 | 12/18/07 | New O2 Setup/delivery of equip. 12/18/07 | NC |
| Elgin | | Elgin | 12/11/07 | O2 | | SH | | Elgin | | 12/12/07 | | 12/12/07 | New O2 setup/delivery of equip.12/12/07 | NC |

Total Home Health, Inc. Confidential

Total Home Health, Inc.

12/28/2007

Elgin Daily Activity Report Log.xls

Dec 28 07 12:54p       Total Home Health, Inc.     1-847-741-0158          p.12

**HP Officejet 5600 series 5610xi**            **Personal Printer/Fax/Copier/Scanner**

Log for
Total Home Health Inc
18479317138
Dec 28 2007 11:04a

Last Transaction

| Date   | Time   | Type     | Identification | Duration | Pages | Result |
|--------|--------|----------|----------------|----------|-------|--------|
| Dec 28 | 11:03a | Fax Sent | 12246103862    | 0:52     | 2     | OK     |

Total Home Health, Inc. Confidential

12/28/2007

Page 1

## Total Home Health, Inc.

### Elgin Completed Daily Activity Log
(Fax to VA Prosthetics Daily)

| Last Name Initial | Last 4 | Branch | Date RX Rec'd | Task (DME, CPAP, O2, FIX, P/UP) | Assigned To | | Date Completed | | | Notes (Delay Reason; Missing PW, etc...) | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | RT | MET | RT | MET | | | | VAMC |
| ██ | ██ | Elgin | 12/18/07 | FIX | SH | Elgin | 12/27/07 | | Decrease CPAP to 15cmH2o | MAD | | |
| | | Elgin | 12/20/07 | CPAP | SH | Elgin | 12/27/07 | | Pt. request for the 27th | MAD | | |