# CIVIL COVER SHEET

The civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**FILED**
**JANUARY 4, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

**08 C 127**

**(a) PLAINTIFFS**
Crescent Care, LLC d/b/a Carillon Resources

**DEFENDANTS**
Total Home Health, Inc.

**(b)** County of Residence of First Listed Plaintiff: Indiana
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: Cook
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
David Latham, 150 Nth Wacker Dr., Ste. 1400, Chicago, IL 60606

Attorneys (If Known)
Thomas H. James, James & Associates, PO 398 - 412 2nd Ave, Forreston, IL 61030

## II. BASIS OF JURISDICTION
[X] 3 Federal Question (U.S. Government Not a Party)

## III. CITIZENSHIP OF PRINCIPAL PARTIES
(For Diversity Cases Only)

## IV. NATURE OF SUIT
CONTRACT: [X] 190 Other Contract

## V. ORIGIN
[X] 2 Removed from State Court

## VI. CAUSE OF ACTION
28 U.S.C. 1442 and 1331, 48 C.F.R. 3.402. Removal of Plaintiffs contract action as Defendant works under VA contract

## VII. PREVIOUS BANKRUPTCY MATTERS
(For nature of suit 422 and 423, enter the case number and judge for any associated bankruptcy matter perviously adjudicated by a judge of this Court. Use a separate attachment if necessary)

## VIII. REQUESTED IN COMPLAINT:
JURY DEMAND: No

## IX. This case
[X] is not a refiling of a previously dismissed action.

DATE: 1/7/08
SIGNATURE OF ATTORNEY OF RECORD

**KC**

**JUDGE MORAN**
**MAGISTRATE JUDGE NOLAN**