### U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
### ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of

Crescent Care, LLC d/b/a Carillon Resources
Plaintiff,
v.
Total Home Health, Inc.

Case Number:

**FILED**

**JANUARY 4, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**08 C 127**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Total Home Health, Inc.

**JUDGE MORAN**
**MAGISTRATE JUDGE NOLAN**

| | |
|---|---|
| NAME (Type or print)<br>Thomas H. James | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Thomas H. James | |
| FIRM<br>James & Associates | |
| STREET ADDRESS<br>P.O. 398 - 412 2nd Ave | |
| CITY/STATE/ZIP<br>Forreston, IL 61030 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6200493 | TELEPHONE NUMBER<br>815-938-3241 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓  NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐  NO ☐ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓  NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓  NO ☐ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br><br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |