CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, Plaintiff, v. TOTAL HOME HEALTH, INC., Defendant. | No. 08 C 127 |

**CERTIFICATE OF SERVICE**

I, hereby certify that on January 9, 2007, I electronically filed this Certificate of Service of the Motion To Dismiss Pursuant To Federal Rule of Civil Procedure 12(b)(6) with the Clerk of Court using the CM/ECF system which will send notification of such filing(s) to the following:

Law Offices of David H. Latham
150 North Wacker Drive, Ste. 1400
Chicago, IL 60606
312-783-1910

Respectfully submitted,

By: _____
Thomas H. James
James & Associates
P.O. Box 398
Forreston, IL 61030
Phone: (815) 938-3241
Fax:   (815) 938-2221
E-mail: jameslaw1@aol.com

1