UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, <br><br> Plaintiff, <br><br> v. <br><br> TOTAL HOME HEALTH, INC., <br><br> Defendant. | ) ) ) ) ) ) ) No. 08 C 127 ) ) ) ) ) |

## NOTICE OF PRESENTMENT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)

Please take notice that on February 12, 2008 at 9:00 am in courtroom 1843 at the Everett McKinley Dirksen Building, 219 South Dearborn Street, Chicago, Illinois 60604, the undersigned shall present its Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), a copy of which is served electronically with the Clerk of Court using the CM/ECF system.

By: _____
Thomas H. James attorney appearing for
Total Home Health, Inc.

Thomas H. James
JAMES & ASSOCIATES
PO 398
Forreston, IL 61030 (815) 938-3241   Fax (815) 938-2221