UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRESCENT CARE, LLC d/b/a CARILLON )
RESOURCES,                        )
                                  )
          Plaintiff,              )
                                  )
     v.                           )     No. 08 C 127
                                  )
TOTAL HOME HEALTH, INC.,          )
                                  )
          Defendant.              )

## NOTICE OF FILING OF A COPY OF THE "NOTICE OF FILING OF REMOVAL AND NOTICE OF FILING OF APPEARANCE" IN STATE COURT AND A COPY OF THE DELIVERY CONFIRMATION

On January 10, 2008 the Defendant by and through its attorney filed the above referred documents, a copy of which is served electronically with the Clerk of Court using the CM/ECF system.

By: _____

     Thomas H. James attorney appearing for
     Total Home Health, Inc.

Thomas H. James
JAMES & ASSOCIATES
PO 398
Forreston, IL 61030 (815) 938-3241   Fax (815) 938-2221