IN THE CIRCUIT COURT OF COOK COUNTY, ILLINOIS
COUNTY DEPARTMENT, CHANCERY DIVISION

COPY

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | )   No.   07 CH 35958 ) |
| TOTAL HOME HEALTH, INC., | ) ) ) |
| Defendant. | ) |

### NOTICE OF FILING OF NOTICE OF REMOVAL AND NOTICE OF FILING OF APPEARANCE

To:  The Circuit Clerk of the Circuit Court of Cook County, Illinois
Richard J. Daley Center
50 W. Washington, Rm 802
Chicago, IL  60602

Please take notice that pursuant to 28 U.S.C. §1442(a)(1) with removal by 28 U.S.C. §§ 1442(a), 1446; and 28 U.S.C. §1331 with removal allowed by 28 U.S.C. §§1441(b), 1446, the Defendant Total Home Health, Inc., did on the 4th Day of January, 2008, electronically file a Notice of Removal in the United States District Court for the Northern District of Illinois, Eastern Division, a copy of which is attached hereto, and that said matter shall proceed hereafter in the United States District Court for the Northern District of Illinois. Electronically filed copies of the federal Notice of Removal endorsed by the Northern District of Illinois, Eastern Division, in 08 C 127 were received at approximately 4:45 pm on January 7, 2008 with Judge Moran and Magistrate Judge Nolan assigned to the case.  The undersigned also files his appearance herein.

By: _____
Thomas H. James attorney appearing for
Total Home Health, Inc.

## SERVICE AFFIDAVIT

The undersigned attorney, under penalty of perjury of 735 ILCS 5/1-109, states that the above referred to documents were filed and then served by United States Mail postage pre-paid from the mail chute at the United States Post Office, Forreston, IL 61030 in conformity with all applicable legal rules of the State of Illinois to the service list below on January 8, 2008 at or before 5:00 pm

By: _____

Cook County Attorney Nos: 42818
Thomas H. James appearing Total Home Health, Inc.
JAMES & ASSOCIATES
PO 398
Forreston, IL 61030 (815) 938-3241   Fax (815) 938-2221

## SERVICE LIST

Law Offices of David H. Latham
150 North Wacker Drive, Ste. 1400
Chicago, IL 60606
312-783-1910