

Home | Help | Sign in

Track & Confirm    FAQs

# Track & Confirm

**Search Results**

Label/Receipt Number: 0307 0020 0000 7496 5018
Detailed Results:

- Arrival at Unit, January 09, 2008, 7:39 am, CHICAGO, IL 60606
- Processed, January 08, 2008, 8:47 pm, ROCKFORD, IL 61125
- Acceptance, January 08, 2008, 4:36 pm, FORRESTON, IL 61030

( < Back )    ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

( Go > )

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.    ( Go > )

---

Site Map    Contact Us    Forms    Gov't Services    Jobs    Privacy Policy    Terms of Use    National & Premier Accounts

Copyright© 1999-2007 USPS. All Rights Reserved.    No FEAR Act EEO Data    FOIA

---

**U.S. Postal Service™ Delivery Confirmation™ Receipt**

Postage and Delivery Confirmation fees must be paid before mailing.

DELIVERY CONFIRMATION NUMBER: 0307 0020 0000 7496 5018

Article Sent To: (to be completed by mailer)
(Please Print Clearly)
Att: David Latham, Law Offices of David H. Latham
150 N. Wacker Drive, Suite 1400
Chicago, IL 60606

Postmark
USPS
FORRESTON IL 61030
JAN 8 2008

**POSTAL CUSTOMER:**
Keep this receipt. For inquiries:
Access internet web site at
www.usps.com®
or call 1-800-222-1811

CHECK ONE (POSTAL USE ONLY)
[X] Priority Mail™ Service
[ ] First-Class Mail® parcel
[ ] Package Services parcel
(See Reverse)

PS Form 152, May 2002

---