UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, <br><br> Plaintiff, <br><br> v. <br><br> TOTAL HOME HEALTH, INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) <br><br> No. 08 C 127 |

### NOTICE OF FILING JURY DEMAND

On January 10, 2008 the Defendant by and through its attorney filed the above referred document, a copy of which is served electronically with the Clerk of Court using the CM/ECF system.

JURY DEMAND:

A jury of 12 is hereby demanded.

By: _____
Thomas H. James attorney appearing for
Total Home Health, Inc.


Thomas H. James
JAMES & ASSOCIATES
PO 398
Forreston, IL 61030 (815) 938-3241   Fax (815) 938-2221