CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, ) ) Plaintiff, ) ) v. ) ) TOTAL HOME HEALTH, INC., ) ) Defendant. ) | No. 08 C 127 |

**CERTIFICATEOF SERVICE**

     I, hereby certify that on January 10, 2008, I electronically filed this Certificate of Service of the Notice of Filing Jury Demand with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Law Office of David H. Latham
150 North Wacker Drive, Ste. 1400
Chicago, IL 60606
312-783-1910

Respectfully submitted,

By: _____
Thomas H. James
James & Associates
P.O. Box 398
Forreston, IL 61030
Phone:(815) 938-3241
Fax:   (815) 938-2221
E-Mail:jameslaw1@aol.com