Confidentiality Agreement/ Carillon resources and Total Home Health, Inc.

## CONFIDENTIALITY AGREEMENT

AGREEMENT, made as of this 22nd day of September, 2006, by and between Total Home Health, Inc., hereinafter referred to as "Total") and Carillon Resources, (hereinafter referred to as "Carillon");

## W I T N E S S E T H:

WHEREAS, Carillon proposes to disclose to Total certain confidential and proprietary financial and business information relating to a contracted business (hereinafter referred to as the "Business/contract"); and

WHEREAS, Carillon desires Total to keep such information confidential pursuant to the terms and conditions contained herein; and

WHEREAS, Total desires to receive such confidential and proprietary information and agrees to keep such information confidential pursuant to the terms and conditions contained herein;

NOW, THEREFORE, for and in consideration of the mutual covenants and agreements set forth in this Agreement, the parties hereto agree as follows:

1. As used in this Agreement, the term "Confidential Information" shall mean written information containing confidential and proprietary financial or business information relating to the Business/contract which is provided by Carillon to Total pursuant to this Agreement.

2. Total agrees that it will use the Confidential Information solely for the purposes of determining whether Total would be interested in pursuing a possible bid of the Business/contract by Total.

3. Total agrees that the Confidential Information will be:

(a) disclosed only to those persons within Total who have a need to know the information consistent with the

1

purposes for the disclosure of the Confidential Information to Total;

(b) safeguarded from disclosure to third parties in the same manner as Total safeguards its own confidential information; and

(c) returned at the request of Carillon, along with all copies or duplicates in the possession of Total.

4.    Total's obligations of confidentiality under this Agreement shall continue for a period of two (2) years from the date of this Agreement.

5.    Carillon represents and warrants that it has the full right to disclose the Confidential Information to Total.

6.    Total agrees than if Business/contract is bid and accepted by Total or Total's representative, that Carillon will receive a 5% finder's fee for bringing the Business/contract to Total. Said fee shall be paid monthly and shall be continue upon renewal or successive renewals of said contract.

7.    The terms and conditions of this Agreement constitute the entire agreement between the parties with respect to the subject matter hereof and supersede any prior understandings, agreements or representations by or between the parties, written or oral. There are no understandings, representations or warranties of any kind whatsoever, except as expressly set forth herein. No amendment or modification of this Agreement or waiver of the terms or conditions hereof shall be binding upon any party unless approved in writing by such party or by an authorized representative of such party.

IN WITNESS WHEREOF, the parties have caused this Agreement to be executed as of the day and year first above written.

2

8124011200                                    400 P04     DEC 05 '07  15:33

Case 1:08-cv-00127    Document 11-3    Filed 01/24/2008    Page 3 of 3
Confidentiality Agreement/ Carillon resources and Total Home Health, Inc.

**Carillon Resources**

By: _Kathryn Starnes-Kiely_
      Kathryn Starnes-Kiely

Title: <u>President</u>

Date: _10-02-06_

**Total Home Health, Inc.**

By: _____

Title: _____UP_____

Date: _10·02·06_____

3