IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 127 |
| TOTAL HOME HEALTH, INC., | ) ) | Judge James B. Moran |
| Defendant. | ) ) | |

**AFFIDAVIT OF KATHRYN STARNES-KIELY**

KATHRYN STARNES-KIELY, under penalty of perjury under the laws of the United States of America, certifies that the statements set forth in this instrument are true and correct:

1. I have personal knowledge of the matters contained herein, and if called to testify as a witness in this matter, I could testify fully and competently to the matters contained herein.

2. I am the managing member of Crescent Care, LLC b/b/a Carillon Resources.

3. Attached hereto as Tab 1 is a true and correct copy of a June 8, 2007 letter from the Thomas H. James which I received on or shortly after June 8, 2007. Enclosed with Mr. James's letter was a June 8, 2007 letter from Scott Hughes. A true and correct copy of Mr. Hughes's June 8, 2007 letter is attached as Tab 2.

FURTHER AFFIANT SAYETH NAUGHT. . . . .

Dated: January 16, 2008

*Kathryn Starnes-Kiely*
KATHRYN STARNES-KIELY

# Tab 1

Case 1:08-cv-00127    Document 11-5    Filed 01/24/2008    Page 2 of 5

# Total Home Health Inc.
## MEDICAL SOLUTIONS & RESPIRATORY SERVICES



Kathryn Starnes-Kiely
Carillon Resources
1357 Washington Ave
Evansville IN 47714

Date: June 8, 2007

Dear Carillon Resources:

This letter is being sent via our attorneys and is written solely in my capacity as Chief Operating Officer of Total Home Health, Inc.. All further contact of your firm with Total Home Health, Inc. will be through Mr. Thomas H. James of James & Associates, PO 398 Forreston, IL 61030. Our firm's relationship and communications with its attorneys are privileged. The undersigned provides the following prepared statement in regard to the alleged confidentiality agreement dated 9/22/06:

The alleged agreement which you purport to have with Total Home Health, Inc. wants for consideration and is unenforceable -- in particular as to par. 6 thereof, Womer Agency v. Doyle, 459 N.E.2d 633, 121 Ill.App.3d 219 (4th Dist. 1984)(["Wanting of consideration and failure of consideration]"are distinct concepts and lead to quite different results. If there be a want of consideration, there can be no contract and hence no complaint sounding in contract could stand. Failure of consideration, on the other hand, necessarily admits the contract, but then refers to transactions in which consideration was anticipated but did not materialize").

Assuming in arguendo, a purported contract said contract fails for lack of consideration, Id.. Additionally, Par. 6 of said purported contract reflects an alleged agreement perpetual in nature. Perpetual agreements are terminable at will under Illinois law: "it is well established that contracts of perpetual duration are terminable at will by the parties", Jespersen v. Minnesota Mining and Manufacturing Co., 681 N.E.2d 67, 288 Ill.App.3d 889 (1st Dist. 1997); see also, Peters v. Health and Hospital Governing Commission, 430 N.E.2d 1128, 1130, 88 Ill.2d 316 (1982)( "If the agreements are construed to be of perpetual duration, they were terminable at will and defendants were free to terminate them").

Total Home Health, Inc., reserves any and all rights under the purported agreement, if any; and, further reserves all of its rights as may arise in law or equity. This document reserves all positions at law or in equity and shall not be construed as a waiver or estoppel of any said position. At this time this firm's relationship with Carillon Resources under any purported agreement is terminated.

Sincerely,

R. Scott Hughes, COO

780 S. McLean Blvd. • Elgin, IL 60123 • Phone: 847.931.9300 • Fax: 847.931.7138
Website: www.totalhomehealth.com • Email: total@totalhomehealth.com

# Tab 2

LAW OFFICES OF
# JAMES & ASSOCIATES

THOMAS H. JAMES JD, CPA
TRIAL ATTORNEY
BARS: ILLINOIS, FEDERAL
US TAX COURT
SOLICITOR: ENGLAND & WALES
MEMBER: ATTORNEYS' TITLE GUARANTEE FUND

412 2nd Ave
P.O. Box 378
FORRESTON, IL 61030

Jameslaw1@AOL.Com
(815) 938-3241 (MAIN NOS)
(815) 938-2221 Fax

Paralegal
Ms. Jennifer Cannon

Certified Mail: 7005 1160 0004 8766 4841
Ms. Kathryn Starnes-Kiely
Carillon Resources
1357 Washington Ave
Evansville IN 47714

June 8, 2007

Dear Ms. Starnes-Kiely:

Enclosed herewith is my client's correspondence regarding your purported agreement with Total Home Health, Inc. dated 9/22/06.

The enclosed document speaks for itself. All further contact with Total Home Health, Inc. will occur with the undersigned. Do not contact my client directly.

Should you have any questions please contact the undersigned.

Sincerely,

Thomas H. James

Cc: R. Scott Hughes, COO