IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 127 |
| TOTAL HOME HEALTH, INC., | ) ) | Judge James B. Moran |
| Defendant. | ) ) | |

**NOTICE OF MOTION**

To:   Thomas H. James
      James & Associates
      412 2nd Ave
      P.O. Box 398
      Forreston, Illinois  61030

PLEASE TAKE NOTICE THAT on September 12, 2008 at 9:00 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable James B. Moran in the courtroom usually occupied by him at 219 South Dearborn Street, Chicago, Illinois  60604 and then and there present Plaintiff's Motion to Remand, a copy of which is served upon you.

                                                CRESCENT CARE, LLC d/b/a CARILLON
                                                RESOURCES,

                                                        /s/  David H. Latham
                                                By: _____
                                                        One of Its Attorneys

David H. Latham (#06198792)
Law Offices of David H. Latham
Suite 1400
150 North Wacker Drive
Chicago, Illinois  60606
(312) 782-1910