UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 127 |
| TOTAL HOME HEALTH, INC. | ) ) ) |
| Defendant | ) |

**NOTICE OF FILING OF BRIEF IN SUPPORT OF MOTION TO DISMISS PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

To Service List:

YOU ARE HEREBY NOTIFIED that on February 11, 2008 the Notice of Filing and the Brief in Support of Motion to Dismiss Pursuant to the Federal Rule of Civil Procedure 12 (b)(6) was filed electronically with the Clerk of Court using the CM/ECF system.

/s/
Thomas H. James
James & Associates
P.O. Box 398
Forreston, IL 61030
Phone: (815) 938-3241
Fax: (815) 938-2221
E-mail-jameslaw1@aol.com

1