CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 08 C 127 |
| TOTAL HOME HEALTH, INC., ) ) | |
| Defendant. ) | |

**CERTIFICATEOF SERVICE**

    I, hereby certify that on February 11, 2008, I electronically filed this Certificate of Service of the Notice of Filing of Brief in Support of Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6), with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Law Office of David H. Latham
150 North Wacker Drive, Ste. 1400
Chicago, IL 60606
312-783-1910

Respectfully submitted,

By: _____
Thomas H. James
James & Associates
P.O. Box 398
Forreston, IL 61030
Phone: (815) 938-3241
Fax:   (815) 938-2221
E-Mail: jameslaw1@aol.com