LEXSTAT 38 U.S.C. 501

UNITED STATES CODE SERVICE
Copyright © 2007 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 110-155, APPROVED 12/21/2007 \*\*\*
\*\*\* with gaps of 110-139, 140, 141, 143 and 110-154 \*\*\*

TITLE 38. VETERANS' BENEFITS
PART I. GENERAL PROVISIONS
CHAPTER 5. AUTHORITY AND DUTIES OF THE SECRETARY
SUBCHAPTER I. GENERAL AUTHORITIES

**Go to the United States Code Service Archive Directory**

*38 USCS § 501*

§ 501. Rules and regulations

(a) The Secretary has authority to prescribe all rules and regulations which are necessary or appropriate to carry out the laws administered by the Department and are consistent with those laws, including--
   (1) regulations with respect to the nature and extent of proof and evidence and the method of taking and furnishing them in order to establish the right to benefits under such laws;
   (2) the forms of application by claimants under such laws;
   (3) the methods of making investigations and medical examinations; and
   (4) the manner and form of adjudications and awards.

(b) Any rule, regulation, guideline, or other published interpretation or order (and any amendment thereto) issued pursuant to the authority granted by this section or any other provision of this title shall contain citations to the particular section or sections of statutory law or other legal authority upon which such issuance is based. The citation to the authority shall appear immediately following each substantive provision of the issuance.

(c) In applying section 552(a)(1) of title 5 [*5 USCS § 552(a)(1)*] to the Department, the Secretary shall ensure that subparagraphs (C), (D), and (E) of that section are complied with, particularly with respect to opinions and interpretations of the General Counsel.

(d) The provisions of section 553 of title 5 [*5 USCS § 553*] shall apply, without regard to subsection (a)(2) of that section, to matters relating to loans, grants, or benefits under a law administered by the Secretary.

**HISTORY:**
   (Added Aug. 6, 1991, P.L. 102-83, § 2(a), 105 Stat. 386.)

**HISTORY; ANCILLARY LAWS AND DIRECTIVES**

Explanatory notes:
   A prior § 501 was transferred by Act Aug. 6, 1991, P.L. 102-83, § 5(a), 105 Stat. 406, and appears as *38 USCS § 1501*.

**NOTES:**

Party: Total

Ex: 6