Party: Total

Ex: 7

LEXSTAT 40 USC 121

UNITED STATES CODE SERVICE
Copyright © 2007 Matthew Bender & Company, Inc.,
one of the LEXIS Publishing (TM) companies
All rights reserved

\*\*\* CURRENT THROUGH P.L. 110-155, APPROVED 12/21/2007 \*\*\*
\*\*\* with gaps of 110-139, 140, 141, 143 and 110-154 \*\*\*

TITLE 40. PUBLIC BUILDINGS, PROPERTY, AND WORKS
SUBTITLE I. FEDERAL PROPERTY AND ADMINISTRATIVE SERVICES
CHAPTER 1. GENERAL
SUBCHAPTER III. ADMINISTRATIVE AND GENERAL

**Go to the United States Code Service Archive Directory**

*40 USCS § 121*

§ 121. Administrative

(a) Policies prescribed by the President. The President may prescribe policies and directives that the President considers necessary to carry out this subtitle. The policies must be consistent with this subtitle.

(b) Accounting principles and standards.
   (1) Prescription. The Comptroller General, after considering the needs and requirements of executive agencies, shall prescribe principles and standards of accounting for property.
   (2) Property accounting systems. The Comptroller General shall cooperate with the Administrator of General Services and with executive agencies in the development of property accounting systems and approve the systems when they are adequate and in conformity with prescribed principles and standards.
   (3) Compliance review. From time to time the Comptroller General shall examine the property accounting systems established by executive agencies to determine the extent of compliance with prescribed principles and standards and approved systems. The Comptroller General shall report to Congress any failure to comply with the principles and standards or to adequately account for property.

(c) Regulations by Administrator.
   (1) General authority. The Administrator may prescribe regulations to carry out this subtitle.
   (2) Required regulations and orders. The Administrator shall prescribe regulations that the Administrator considers necessary to carry out the Administrator's functions under this subtitle and the head of each executive agency shall issue orders and directives that the agency head considers necessary to carry out the regulations.

(d) Delegation of authority by Administrator.
   (1) In general. Except as provided in paragraph (2), the Administrator may delegate authority conferred on the Administrator by this subtitle to an official in the General Services Administration or to the head of another federal agency. The Administrator may authorize successive redelegation of authority conferred by this subtitle.
   (2) Exceptions. The Administrator may not delegate--
      (A) the authority to prescribe regulations on matters of policy applying to executive agencies;
      (B) the authority to transfer functions and related allocated amounts from one component of the Administration to another under paragraphs (1)(C) and (2)(A) of subsection (e); or
      (C) other authority for which delegation is prohibited by this subtitle.
   (3) Retention and use of rental payments. A department or agency to which the Administrator has delegated authority to operate, maintain or repair a building or facility under this subsection shall retain the portion of the rental payment that the Administrator determines is available to operate, maintain or repair the building or facility. The department or

agency shall directly expend the retained amounts to operate, maintain, or repair the building or facility. Any amounts retained under this paragraph shall remain available until expended for these purposes.

(e) Assignment of functions by Administrator.
  (1) In general. The Administrator may provide for the performance of a function assigned under this subtitle by any of the following methods:
    (A) The Administrator may direct the Administration to perform the function.
    (B) The Administrator may designate or establish a component of the Administration and direct the component to perform the function.
    (C) The Administrator may transfer the function from one component of the Administration to another.
    (D) The Administrator may direct an executive agency to perform the function for itself, with the consent of the agency or by direction of the President.
    (E) The Administrator may direct one executive agency to perform the function for another executive agency, with the consent of the agencies concerned or by direction of the President.
    (F) The Administrator may provide for performance of a function by a combination of the methods described in this paragraph.
  (2) Transfer of resources.
    (A) Within administration. If the Administrator transfers a function from one component of the Administration to another, the Administrator may also provide for the transfer of appropriate allocated amounts from the component that previously carried out the function to the component being directed to carry out the function. A transfer under this subparagraph must be reported to the Director of the Office of Management and Budget.
    (B) Between agencies. If the Administrator transfers a function from one executive agency to another (including a transfer to or from the Administration), the Administrator may also provide for the transfer of appropriate personnel, records, property, and allocated amounts from the executive agency that previously carried out the function to the executive agency being directed to carry out the function. A transfer under this subparagraph is subject to approval by the Director.

(f) Advisory committees. The Administrator may establish advisory committees to provide advice on any function of the Administrator under this subtitle. Members of the advisory committees shall serve without compensation but are entitled to transportation and not more than $ 25 a day instead of expenses under section 5703 of title 5.

(g) Consultation with Federal agencies. The Administrator shall advise and consult with interested federal agencies and seek their advice and assistance to accomplish the purposes of this subtitle.

(h) Administering oaths. In carrying out investigative duties, an officer or employee of the Administration, if authorized by the Administrator, may administer an oath to an individual.

**HISTORY:**
  (Aug. 21, 2002, P.L. 107-217, § 1, 116 Stat. 1068.)

### HISTORY; ANCILLARY LAWS AND DIRECTIVES

Prior law and revision:

```
------------------------------------------------------------------
Revised Section  Source (U.S. Code)   Source (Statutes at Large)
------------------------------------------------------------------
121(a), (b)      40:486(a), (b).      June 30, 1949, ch. 288, title
                                      II, Sec. 205, 63 Stat. 389;
                                      Sept. 5, 1950, ch. 849, Sec.
                                      9, 64 Stat. 591; Pub. L. 87-
                                      619, Aug. 31, 1962, 76 Stat.
                                      414.
```

| | | |
|---|---|---|
| 121(c)(1) | 40:751(f). | June 30, 1949, ch. 288, title I, Sec. 101(f), as added Pub. L. 99-500, Sec. 101(m) [title VIII, Sec. 832], Oct. 18, 1986, 100 Stat. 1783-345; Pub. L. 99-591, Sec. 101(m) [title VIII, Sec. 832], Oct. 30, 1986, 100 Stat. 3341-345. |
| 121(c)(2) | 40:486(c). | |
| 121(d)(1), (2) | 40:486(d). | |
| 121(d)(3) | 40:486a. | Pub. L. 104-208, div. A, title I, Sec. 101(f) [title VI, Sec. 611], Sept. 30, 1996, 110 Stat. 3009-355. |
| 121(e)(1) | 40:486(e). | |
| | 40:754 (1st (sentence.) | June 30, 1949, ch. 288, title I, Sec. 106, 63 Stat. 381. |
| 121(e)(2)(A) | 40:754 (last sentence). | |
| 121(e)(2)(B) | 40:486(f). | |
| 121(f) | 40:486(g). | |
| 121(g) | 40:486(h). | |
| 121(h) | 40:486(i). | |

---

In subsection (b)(3), the words "Comptroller General" are substituted for "General Accounting Office" because of 31:702 and for consistency in the revised title.

In subsection (d)(3), the words "For the fiscal year ending September 30, 1997, and thereafter" are omitted as unnecessary.

In subsection (e)(1)(C), the words "transfer the function from one component of the Administration to another" are substituted for "from time to time, to regroup, transfer, and distribute any such functions within the General Services Administration" (in 40:754 (1st sentence)) for clarity and to eliminate unnecessary words.

In subsection (e)(2), subparagraph (A) is substituted for 40:754 (last sentence) and subparagraph (B) is substituted for 40:486(f) to use more consistent terminology and to clarify the requirements and applicability of each provision. The words "Director of the Office of Management and Budget" are substituted for "Director of the Bureau of the Budget" in sections 106 (last sentence) and 205(f) of the Federal Property and Administrative Services Act of 1949 because the office of Director of the Bureau of the Budget was redesignated the Director of the Office of Management and Budget by section 102(b) of Reorganization Plan No. 2 of 1970 (84 Stat. 2085). Section 102 of Reorganization Plan No. 2 of 1970, was repealed by section 5(b) of the Act of September 13, 1982 (Public Law 97-258, 96 Stat. 1085), the first section of which enacted Title 31, United States Code, but the successor provision, 31:502, continued the designation as Director of the Office of Management and Budget.

In subsection (f), the words "expenses under" are substituted for "subsistence, as authorized by" for consistency in the revised title. The words "section 5703 of title 5" are substituted for "section 5 of the Act of August 2, 1946 (*5 U.S.C. 73b-2*)" in section 205(g) of the Federal Property and Administrative Services Act of 1949 because of section 7(b) of the Act of September 6, 1966 (Public Law 89-554, 80 Stat. 631), the first section of which enacted Title 5, United States Code.

References in text:
"This subtitle", as used in this section, refers to *41 USCS §§ 251* et seq., as well as to *40 USCS §§ 101* et seq., pursuant to *40 USCS § 111*.