## UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.0
## Eastern Division

Crescent Care, LLC
                          Plaintiff,

v.                                                     Case No.: 1:08–cv–00127
                                                         Honorable James B. Moran

Total Home Health, Inc.
                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, February 12, 2008:

      MINUTE entry before Judge James B. Moran :Defendant's motion to dismiss pursuant to Federal Rule Of Civil Procedure 12(b)(6) [5] is entered and continued. Defendant's response to plaintiff's motion to remand [11] to be filed by 3/4/2008. Plaintiff's reply in support of its motion to be filed by 3/18/2008. Status hearing set for 2/26/2008 is stricken and reset to 3/25/2008 at 09:15 AM.Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.