UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, ) ) ) Plaintiff, ) ) v. ) ) TOTAL HOME HEALTH, INC. ) ) Defendant ) | No. 08 C 127 Judge James B. Moran |

**NOTICE OF FILING OF MOTION TO FILE A RESPONSE IN EXCESS OF 15 PAGES REGARDING THE RESPONSE TO THE PLAINTIFF'S MOTION TO REMAND**

To Service List:

YOU ARE HEREBY NOTIFIED that on March 4, 2008 the Notice of Filing of Motion to File A Response in Excess of 15 Pages Regarding the Response to the Plaintiff's Motion to Remand was filed electronically with the Clerk of Court using the CM/ECF system and will be heard on April 1, 2008 at 9:15 am before Judge James B. Moran in court room 1843 at the Dirksen Federal Building, Chicago, IL.

/s/

Thomas H. James
James & Associates
P.O. Box 398
Forreston, IL 61030
Phone: (815) 938-3241
Fax: (815) 938-2221
E-mail-jameslaw1@ aol.com