UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, ) ) ) Plaintiff, ) ) v. ) ) TOTAL HOME HEALTH, INC., ) ) Defendant. ) | No. 08 C 127<br><br>Judge James B. Moran |

**MOTION TO FILE A RESPONSE IN EXCESS OF 15 PAGES REGARDING THE FILING OF RESPONSE TO THE PLAINTIFF'S MOTION TO REMAND**

NOW comes Total Home Health, Inc. by and through its attorney and for this Motion states as follows:

1. The Northern District of Illinois maintains a local rule limiting briefs to 15 pages absent leave of court. The attached Response to the Plaintiff's Motion to Remand is 19 pages and incorporates other prior filings. As such, the response exceeds the 15 page limit. The nature of the matters at issue coupled with the import of the multi-year multi-million dollar VA contract at issue simply required more than a 15 page effort.

2. Obviously, opposing counsel may want leave to exceed 15 pages in his Reply and may need more time to file his Reply. Both requests, if sought, would be agreed to by Counsel for Total Home. Counsel for Total will attempt to work out an agreed order with opposing counsel.

Wherefore, Total Home Health requests leave to exceed the 15 page limit and grant the filing of the attached response instanter.

By: _____
Thomas H. James attorney appearing for
Total Home Health, Inc.