IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

CRESCENT CARE, LLC d/b/a CARILLON   )
RESOURCES,   )
   )
       Plaintiff,   )
   )
   v.   )   No. 08 C 127
   )
TOTAL HOME HEALTH, INC.,   )   Judge James B. Moran
   )
       Defendant.   )

**PLAINTIFF'S RESPONSE TO DEFENDANT'S
MOTION FOR LEAVE TO FILE A
<u>BRIEF IN EXCESS OF FIFTEEN PAGES</u>**

Plaintiff Crescent Care, LLC d/b/a Carillon Resources ("Carillon"), by its undersigned attorneys, for its response to Defendant's Motion for Leave to File a Brief in Excess of Fifteen Pages, states as follows:

Plaintiff's motion to remand is nine pages.  In response, Defendant has filed a nineteen page tome which expressly incorporates a fifteen page memorandum in support of Defendant's motion to dismiss, a three page motion to dismiss, and a fifteen page "Brief in Support of the Notice of Removal" for a total of *fifty-two* pages.  Under any standard, this is excessive.

Asking this court to wade through fifty-two pages of quotes and string cites is uncalled for in response to a nine page motion.  Defendant's motion for leave to file an excessively long brief should be denied.

CRESCENT CARE, LLC d/b/a CARILLON RESOURCES,

/s/  David H. Latham

By: _____

One of Its Attorneys

David H. Latham
Law Offices of David H. Latham
Suite 1400
150 North Wacker Drive
Chicago, Illinois  60606
(312) 782-1910
Atty No.: 34878

## <u>CERTIFICATE OF SERVICE</u>

David H. Latham certifies that a copy of Plaintiff's Response to Defendant's Motion for

Leave to File a Brief in Excess of Fifteen Pages was served upon:

Thomas H. James
James & Associates
412 2nd Ave
P.O. Box 398
Forreston, Illinois  61030

by electronic means through the Court's Electronic Case Management system on this 18th day of

March 2008.

/s/  David H. Latham

David H. Latham