IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 127 |
| TOTAL HOME HEALTH, INC., | ) ) | Judge James B. Moran |
| Defendant. | ) ) | |

**PLAINTIFF CRESCENT CARE, LLC'S MOTION
FOR EXTENSION OF TIME TO FILE ITS REPLY
IN SUPPORT OF ITS MOTION TO REMAND**

Plaintiff Crescent Care, LLC d/b/a Carillon Resources, by its undersigned attorneys, for its Motion for Extension of Time to File its Reply in Support of its Motion to Remand, states as follows:

1. On January 8, 2008, Defendant filed its Notice of Removal.

2. On January 24, 2008, Plaintiff filed its Motion to Remand to state court.

3. On February 12, 2008, this Court set the following briefing schedule on Plaintiff's Motion to Remand:

   • Defendant's response to plaintiff's motion to remand to be filed by March 4, 2008;

   • Plaintiff's reply in support of its motion to be filed by March 18, 2008.

4. On March 4, 2008, Defendant filed a motion for leave to file a brief in excess of fifteen pages. This Court granted Defendant's motion on March 26, 2008.

5. Due to Defendant's pending motion, Plaintiff did not file its reply.

6. Now that Defendant has been granted leave to file its response, Plaintiff requests to Friday, April 4, 2008 in which to file its reply.

- 2 -

7.    This motion is made in good faith and not for purposes of delay.

WHEREFORE, Plaintiff Crescent Care, LLC requests that this Court enter an order granting Plaintiff to April 4, 2008 in which to file its reply in support of its motion to remand.

March 27, 2008                                            CRESCENT CARE, LLC d/b/a CARILLON RESOURCES,

By: /s/ David H. Latham
One of Its Attorneys

David H. Latham (#6198792)
Law Offices of David H. Latham
Suite 1400
150 North Wacker Drive
Chicago, Illinois 60606
(312) 782-1910

## CERTIFICATE OF SERVICE

David H. Latham certifies that a copy of Plaintiff Crescent Care, LLC's Motion for Extension of Time to File its Reply in Support of its Motion to Remand, was served upon:

Thomas H. James
James & Associates
412 2nd Ave
P.O. Box 398
Forreston, Illinois 61030

by electronic means through the Court's Electronic Case Management system on this 27th day of March 2008.

/s/ David H. Latham

David H. Latham