UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) No. 08 C 127 ) |
| TOTAL HOME HEALTH, INC., | ) Judge James B. Moran ) |
| Defendant. | ) |

## RESPONSE TO PLAINTIFF CRESCENT CARE, LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO REMAND

NOW COMES Defendant Total Home Health, Inc. (hereinafter "Total"), by and through its attorney and files this Response to Crescent Care, LLC's Motion for Extension of Time to File Its Reply In Support of Its Motion To Remand, as follows:

1. The Plaintiff seeks additional time to file its Reply on their Motion to Remand.

   The Defendant has does not contest the extension. Rather, the Defendant would

   request that the Court also set a briefing schedule on its pending Rule 12(b)(6)

   Motion to Dismiss as the Court is already reviewing same as part and parcel of the

   Motion for Remand.

   Wherefore the Plaintiff's extension of time to April 4, 2008 to file Plaintiff's reply on its Motion to Remand is not contested by the Defendant; and, a briefing schedule should set for the Plaintiff's Response and the Defendant's Reply on the Defendant's pending Rule 12(b)(6) motion. The Defendant suggests that a 28 day response time for the Plaintiff and a 21 Day reply time for the Defendant would be amenable.

By: _____
Thomas H. James for Total Home Health, Inc.
PO 398
Forreston, IL  61030
815-938-3241/fax 2221