UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, ) ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 08 C 127 |
| TOTAL HOME HEALTH, INC. ) ) | Judge James B. Moran |
| Defendant ) | |

**NOTICE OF FILING RESPONSE TO PLAINTIFF CRESCENT CARE, LLC'S MOTION FOR EXTENSION OF TIME TO FILE ITS REPLY IN SUPPORT OF ITS MOTION TO REMAND**

To Service List:

YOU ARE HEREBY NOTIFIED that on March 31, 2008 this Notice of Filing and Response to Plaintiff Crescent Care LLC's Motion for Extension of Time to File its Reply in Support of Its Motion to Remand was filed electronically with the Clerk of Court using the CM/ECF system.

/s/
Thomas H. James
James & Associates
P.O. Box 398
Forreston, IL 61030
Phone: (815) 938-3241
Fax: (815) 938-2221
E-mail-jameslaw1@ aol.com