CERTIFICATE OF SERVICE

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, ) ) | |
| Plaintiff, ) ) | |
| v. ) ) | No. 08 C 127 |
| TOTAL HOME HEALTH, INC., ) ) | Judge James B. Moran |
| Defendant. ) | |

**CERTIFICATEOF SERVICE**

    I, hereby certify that on March 31, 2008, I electronically filed this Certificate of Service of the Notice of Filing and Response to Plaintiff Crescent Care LLC's Motion for Extension of Time to File its Reply in Support of its Motion to Remand, with the Clerk of Court using the CM/ECF system which will send notification of such filings to the following:

Law Office of David H. Latham
150 North Wacker Drive, Ste. 1400
Chicago, IL 60606
312-783-1910

                                                              Respectfully submitted,

                                                              By: _____
                                                                  Thomas H. James
                                                                  James & Associates
                                                                  P.O. Box 398
                                                                  Forreston, IL 61030
                                                                  Phone:(815) 938-3241
                                                                   Fax:   (815) 938-2221
                                                                   E-Mail:jameslaw1@aol.com