UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.1.3
Eastern Division

Crescent Care, LLC
                      Plaintiff,

v.                                           Case No.: 1:08–cv–00127
                                                    Honorable James B. Moran

Total Home Health, Inc.
                      Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Thursday, April 3, 2008:

      MINUTE entry before Judge Honorable James B. Moran:Plaintiff Crescent Care, LLC's motion for extension of time to file its reply in support of its motion to remand [27] is granted. Plaintiff's reply in support of motion to be filed by 4/4/2008. Motion hearing held on 4/3/2008 regarding motion for extension of time to file response/reply, motion for relief[27] Status hearing set for 4/24/2008 is stricken. Mailed notice(ldg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.