IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| CRESCENT CARE, LLC d/b/a CARILLON RESOURCES, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | No. 08 C 127 |
| TOTAL HOME HEALTH, INC., | ) ) | Judge James B. Moran |
| Defendant. | ) ) | |

## NOTICE OF FILING

To:   Thomas H. James
      James & Associates
      412 2nd Ave
      P.O. Box 398
      Forreston, Illinois  61030

PLEASE TAKE NOTICE THAT on 4th day of April 2008, the undersigned filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, Plaintiff's Reply in Further Support of its Motion to Remand, a copy of which is served upon you.

                                        CRESCENT CARE, LLC d/b/a CARILLON
                                        RESOURCES,


                                        By: _____
                                              One of Its Attorneys

David H. Latham (#06198792)
Law Offices of David H. Latham
Suite 1400
150 North Wacker Drive
Chicago, Illinois  60606
(312) 782-1910