# United States District Court, Northern District of Illinois

MHN

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 127 | **DATE** | 5/28/2008 |
| **CASE TITLE** | CRESCENT CARE, LLC vs. TOTAL HOME HEALTH, INC. | | |

**DOCKET ENTRY TEXT**

Enter Memorandum Opinion And Order. We find that we have no subject matter jurisdiction in this matter. Plaintiff's motion for remand [11] is granted, case is remanded to the Circuit Court of Cook County.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | LG |
|---|---|---|



2008 MAY 28 PM 1:14